UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

----------------------------------------------------------------------X   Case No: 1:18-cv-03421

EUGENE MOROZOV and MEM CONSULTING, INC.

    Plaintiffs,

        v.

ICOBOX HUB, INC., ICOBOX, ALEX MOSKOVSKY,
DARIA GENERALOVA, ANAR BABAYEV,
NICKOLAY EVDOKIMOV, MICHAEL RAITSIN,
1280 VENTURES, LLC, GVA VESTOR. IN PARTNERS
FUND, L.P.

    Defendants
----------------------------------------------------------------------X

**FRCP Rule 7.1 disclosure**

    Defendants ICOBOX Hub, Inc, ICOBOX, through their attorneys, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby state that they are a nongovernmental domestic business corporation which are defendants in the above action, and do not have any parent corporation or publicly held corporation that owns more than 10% of its stock.

Dated: June 12. 2018

                                                   /s/ Roman Leonov (RL 1452)_____
                                             Lust & Leonov, P.C.
                                             By: Roman Leonov, Esq
                                             75 Maiden Lane, #506
                                             New York, New York 10038
                                             (212) 960-3775
                                             (888) 740-4902
                                             RLeonov@VaLeLawGroup.com
                                             Attorneys for Defendants ICOBOX HUB, INC.,
                                             ICOBOX, ALEX MOSKOVSKY,
                                             DARIA GENERALOVA, ANAR BABAYEV,
                                             NICKOLAY EVDOKIMOV, and MICHAEL RAITSIN