# EXHIBIT G



**Naveen**

> I just landed in Channi
> What is the status of ICO box in us - I heard they have closed operation —
> I wanted to see if the software and any. Staff / infrastructure / training can be used for traditional fund raising  Not just crypto  — naveen

Thu, Apr 12, 11:47 AM

> Naveen, let's talk. Call me pls

Thu, Apr 12, 7:18 PM

> morozov@post.com

Sat, Apr 14, 9:38 AM

> Hi did you get my email naveen

Sat, Apr 14, 12:12 PM

