## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE MOROZOV and MEM CONSULTING INC., <br>     Plaintiffs, <br><br> v. <br><br> ICOBOX HUB INC., ICOBOX, ALEX MOSKOVSKY, DARIA GENERALOVA, ANAR BABAYEV, NICKOLAY EVDOKIMOV, MICHAEL RAITSIN, 1280 VENTURES LLC, GVA VESTOR.IN PARTNERS FUND, L.P. <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) NO. 1:18-cv-03421-GBD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF EUGENE MOROZOV

I, Eugene Morozov, depose and say as follows:

1. I am Plaintiff in the above-captioned consolidated action (the "Action").

2. I respectfully submit this affidavit in support of Plaintiffs' motion for a partial summary judgment on the breach of contract claims.

3. A true and correct copy of Defendant ICOBOX HUB Inc.'s Certificate of Incorporation is attached as Exhibit A hereto.

4. A true and correct copy of the December 4, 2017 email from Alexa Lopez is attached as Exhibit B hereto. The email was offered by Plaintiffs into evidence without objections at the deposition of Defendant Evdokimov.

5. A true and correct copy of the transcript of Defendant Evdokimov's deposition is attached as Exhibit C hereto.

6.      A true and correct copy of my Employment Agreement dated January 1, 2018 is attached as Exhibit D hereto. The Employment Agreement was offered by Plaintiffs into evidence without objections at the deposition of Defendant Evdokimov.

7.      A true and correct copy of Plaintiff MEM Consulting Inc.'s Services Agreement dated January 1, 2018 is attached as Exhibit E hereto. The Services Agreement was offered by Plaintiffs into evidence without objections at the deposition of Defendant Evdokimov.

8.      A true and correct copy on my email dated January 11, 2018 is attached as Exhibit F hereto. The email was offered into evidence without objections at the deposition of Victoria Pirumova.

9.      A true and correct copy on my email dated February 1, 2018 is attached as Exhibit G hereto. The email was offered into evidence without objections at the deposition of Defendant Evdokimov.

10.     A true and correct copy of my Telegram post dated February 1, 2018 is attached as Exhibit H hereto. This post was offered into evidence without objections at the deposition of Defendant Evdokimov.

11.     A true and correct copy of my email dated February 2, 2018 is attached as Exhibit I hereto. This email was offered into evidence without objections at the deposition of Defendant Evdokimov.

12.     A true and correct copy of Defendant Evdokimov's February 9, 2018 Telegram post is attached as Exhibit J hereto. This post was offered into evidence without objections at the deposition of Defendant Evdokimov.

13.     In the course of my employment prior to the February 9 termination, I received a single cash payment from Defendant Evdokimov, delivered by his personal assistant Alexa Lopez, in

the amount of $27,000 approximately equal to my base monthly salary ($6,666) and Plaintiff MEM's monthly fee ($20,417) for January 2018 combined. Plaintiffs have never received any other compensation from Defendants.

14. Following my termination, I undertook diligent efforts to find another employment, sending out hundreds of resumes and going to dozens of interviews. Despite my efforts, I was only able to find a temporary position in November 2018 (which lasted until January 2019), and then part-time positions from March 2019 until now, and also provided occasional consulting services through my company Plaintiff MEM. My and Plaintiff MEM's total earnings in a year and a half since the termination were approximately $75,000.

15. A true and correct copy of my email dated February 22, 2018 is attached as Exhibit K hereto. The email was offered into evidence without objections at the deposition of Victoria Pirumova.

16. A true and correct copy of the transcript of Victoria Pirumova's deposition is attached as Exhibit L hereto.

17. A true and correct copy of Defendant Moskovsky's email dated January 30, 2018 is attached hereto as Exhibit M. This email was offered into evidence without objections at the deposition of Defendant Evdokimov.

I affirm under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____ Aug 30, 2019

Eugene Morozov

Subscribed and sworn to before me
this ___ day of August, 2019.

**PLEASE SEE ATTACHED
CALIFORNIA JURAT**

3 of 3

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA  }

COUNTY OF Sacramento }

Subscribed and sworn to (or affirmed) before me on this __30th__ day of __August__, __2019__
*Date*   *Month*   *Year*

by __Eugene Morozov__

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: *Anna M. Finkelstein*
*Signature of Notary Public*

ANNA M. FINKELSTEIN
COMM. # 2132395
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES NOV. 1, 2019

*Seal*
*Place Notary Seal Above*

-------------------------------------------------- OPTIONAL --------------------------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Affidavit__

Document Date: __08/30/2019__

Number of Pages: __1__

Signer(s) Other Than Named Above: ____