# EXHIBIT F

From: Eugene Morozov me@morozov.me
Subject: Re: Personnel at ICOBox Hub
Date: 11 January 2018 at 07:18
To: Victoria Pirumova victoria@icobox.io, Alex Yastremski alex.yastremski@icobox.io
Cc: liana shushkevich lianashuu@gmail.com, Alexa Lopez alexa.lopez@icobox.io, Nick Evdokimov neo@icobox.io

Victoria, Alex, thank you.

To proceed we need to:

1. Confirm employment authorisations for all suggested employees. I suggest to use e-verify.
2. Fill the form sent yesterday by Liana to Alex.
3. Obtain a Certificate for NY State in addition to CA.

Thank you,

Eugene Morozov, CPA
CEO
ICOBOX HUB

MOB +1-703-203-8374
WHATSUP +7-903-1301707
SKYPE E.MOROZOV

CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT: This transmission may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted, as applicable, for any loss or damage arising in any way from its use.

On 10 Jan 2018, at 20:50, Victoria Pirumova <victoria@icobox.io> wrote:

Dear Eugene:

Please see below the list of our 1099th & W-2s and the payment for the services.
The documents confirming the right to work in the U.S. will follow within next one week or so. All the employees below are qualified and have right to work in the U.S.

1) Oleksandra Syniacheva (W-2, $60,000 annual)
2) Nikolay Evdokimov (W-2, $60,000 annual)
3) Viktoriia Pirumova (W-2, $60,000 annual)
4) Alex Yastremskiy (W-2 $150,000 annual)
5) Andrey Verbitsky (1099)

Your other questions that you addressed to Nick:

Currently, Alex will be working on obtaining a Certificate with a Secretary of State allowing ICOBox Hub to perform the services in California.

There are currently no contracts since we have not yet registered our office in California.

Please let me know if you have any further questions, and I will be happy to discuss / respond to the questions over the phone or email.

--
Best regards,

**Victoria Pirumova**

Chief Communications Officer
Four Embarcadero Center
4 Embarcadero Center, Suite 1409
San Francisco, CA 94111
victoria@icobox.io | www.icobox.io

PLAINTIFFS' EXHIBIT
P-3