# EXHIBIT G

**From:** **Eugene Morozov** me@morozov.me 
**Subject:** Re: Loan and model
**Date:** 1 February 2018 at 18:00
**To:** artem.smirnov@comongames.com
**Cc:** Kirill Golovanov kirill.golovanov@gmail.com, Илья zibareff@yahoo.com, Nick Evdokimov neo@icobox.io

Артем,

Мои комментарии в тексте **синим**.

Спасибо

On 1 Feb 2018, at 13:56, artem.smirnov@comongames.com wrote:

Евгений, добрый день!

По модели дадим фидбек завтра, встречаемся с финансовым директором для обсуждения.

**Артем, Ваши вопросы по модели прошу направить:**

**по формулам - на CFO Павел Приголовко по p.prigolovko@scgi.ru и мне**
**по входным данным - ко мне и Николаю.**

По emergency loan решили следующее - так как мы плохо понимаем затраты проекта(при том, что по модели старт в Сан-Франциско в апреле, а уже в январе было потрачено 350к

**Корректировка - за январь не потрачено ровно ничего кроме зарплаты CEO. Но подписаны три договора на сумму $50 тыс юристам и налоговикам, ждут оплаты.**

) мы бы хотели попросить расписать Вас их более подробно, а именно: что было запланировано сделать по каждой позиции

**Дублирую свой мейл от 25 января 2018 гпо уже подписанным договорам и устным договоренностям ниже, прошу ознакомиться. Если это не отвечает на поставленный вопрос, прошу его уточнить.**

**Кратко что сделано в ЯНВАРЕ 2018:**

**Персонал:**

**- Найдены юристы для написания основных договоров и opinions, поставлена задача, договор подписан и ждет оплаты.**
**- Найден юрист в штат в NY, условия согласованы - нужно подписать договор.**
**- Найдены юридические консультанты в СФ по калифорнийской части работы, ведем переговоры по условиям.**
**- Подписан договор с внешним CFO, сделана модель.**
**- Достигнута договоренность с опытным sales в NY, нужно подписать договор. Подготовлен landing page, согласован с Генераловой.**
**- Достигнута договоренность с опытным IR в NY, представляющим несколько Ultra-High Networth Home Offices. У этого контакта уже есть готовые клиенты и на финансирование и на услуги хаба.**
**- Написана основная часть обязательной для начала найма Employee Handbook - договор с ее автором адвокатом Катей Иоффе ждет подписания и оплаты.**
**- Достигнуты договоренности с опытным токен-архитектором и IT-директором, условия согласованы, договор ждет подписания.**
**- Достигнута договоренность с RTVI на видео/трансляцию/редактровние выступлений в СФ и NY. Найден оператор. Нужно формализировать.**
**- Проведены встречи со всеми сотрудниками работающими в офисе в СФ, определены их обязанности.**

**Аренда офисов:**

**- Найден выход на собственников 4 Time Sqare через владельца Protax Илью Быкова, налогового консультанта с 25-летним опытом, договор ждет подписания. Нам нужно подписывать наш офер, процесс приторможен до получения финансирования.**

**- Через Protax привлечен брокер по недвижимости в NY лично знакомый с сыном г-на Трампа, они ведут от нас переговоры с Trump Org, уже существенно улучшены условия. В данное время мы должны оплатить 75 тыс за проверку на "этику", документы в процессе подготовки.**

**- Осмотрен и одобрен офис в СФ. Идет процесс переговоров по условиям**

**Процесс:**

PLAINTIFFS' EXHIBIT E-28

**прочее.**

**- Сделана модель**
**- Сделана Оргструктура**
**- Описаны функциональные обязанности сотрудников**
**- Проведена проверка на право сотрудников офиса в СФ работать в США, найдены нарушения, людям предоставлен иммиграционный адвокат.**

и что было/не было сделано

**Работы по найму приостановлены до прихода средств. Нам еще нужны:**

1. Бухгалтер с опытом работы на или хотя бы с пониманием крипто-рынка в NY или СФ.
2. Sys admin в NY и СФ
3. PAs
4. Sales. community management & marketing
5. Architect (контракт) на планировку помещений
6. HR & headhunter in NY and SF.
7. Инженера в NY и SF

; а также как планируется догонять план.

**Сроки выполнения плана сдвигаются на срок задержки финансирования.**

Со своей стороны мы готовим документы для перевода денег(наш юрист сказал, что они будут готовы в понедельник), соответственно до конца следующей недели при принятии нами модели и оперативном подписании со стороны Николая мы планируем совершить перевод.

Также мы считаем необходимым срочный наём HR-консультанта по той же причине - мы не понимаем ценообразование зарплат и бонусов, а также саму оргструктуру - нужно ли действительно для этого бизнеса так много топ-менеджеров?

**Приветствую решение акционеров привлечь специалиста по HR - мы пока не нашли.**

**От себя добавлю, что в США мне не известны going concern компании с выручкой полмиллиарда долларов и где не предусмотрены все предложенные мной позиции.**

**Нужно пояснить, что 162 чел - это в течение 2 лет в офисах в 5 городах. Корпоративная часть у нас в модели и оргсхеме - 11 человек не считая секретарей и смотрящего от СД.**

**Кроме того, некоторые функции, возможно, будут исполняться уже существующими сотрудниками icobox.io (маркетинг например) и/или icobox fund. Договоренности об этом еще предстоит достичь.**

Является ли штат 165 человек достаточным, или возможно наоборот, он слишком большой?

**Прошу указать на те позиции, необходимость которых вызывает сомнение. По каждой есть описание функциональных обязанностей, предоставим.**

Мы начали поиск человека

Еще один момент, который хотелось бы обсудить - это возможность Вашего прилета к нам в ближайшее время(на следующей неделе). Мы считаем, что нам с Вами очень сильно не хватает личного общения, и все провисания, которые возникают, являются следствием этого. Поэтому Ваш прилет на следующей неделе кажется нам самым эффективным способом финально обсудить модель, частично оргструктуру и затраты первого месяца.

**В целом идея встречи всех stakeholders и топ менеджеров правильная, но ее нужно готовить и важно чтобы были все.**

**Поэтому пока для экономии времени предлагаю начать с видеозвонка по Discord в любое удобное вам время.**

Если вдруг у Вас нет визы в Россию, то можно встретиться, например, в Белоруссии - у них с США 5-дневный безвизовый режим.

Спасибо!

--
Kind Regards,
Artem Smirnov
ComonGames CEO & Founder

artem.smirnov@comongames.com
+7 (910) 484-50-21

Коллеги,

Справочно сообщаю статус по персоналу и подрядчикам ICOBOX HUB INC на 25 января 2018 г:

**А. Подписаны и ждут оплаты договора:**

1. Retainer Agreement с Марленом Кружковым на разработку договоров и general corporate matters.



Marlen Kruzhkov
KRUZHKOV RUSSO PLLC
The Empire State Building
350 Fifth Avenue, Suite 7230
New York  NY 10118
+1 212 363 2000    www.kruzhkovrusso.com

2. Engagement letter с Protax Services (Руководитель Илья Быков) на поиск владельцев подходящих помещений в NY подготовку документов для арендодателей и налоговое консультирование по сделке. Они привели The Durst Organization, владельца 4 Times Square.

http://protaxservicesinc.com

3. Engagement letter с адвокатом Катей Йоффе на разработку Employee Handbook

Katya Yoffe, Esq.
77 Water Street, 8th Fl.
New York, New York 10005
Telephone (direct) (646) 450-2896
Fax (646) 430-8368
katya@kyoffelaw.com
www.kyoffelaw.com

**Б. Устные договоренности, нужно оформить:**

1. С Андреем Алехиным, опытным sales на позицию VP Sales NY или подобную.



ALEKHIN ANDRE...D.docx

2. С Митей Горошевским (Латвия) на консультирование по systems, токен-архитектуре, сайту хаба и другим IT-вопросам. Митя уже пишет нам Policies по IT и безопасности для Employee Handbook.

https://www.linkedin.com/in/goroshevsky/

3. С Димитрием Джоффе, известным литигатором, на позицию in-house counsel - NY (он примет дела у уходящего Алекса Ястремского если не найдем кого-то быстро в Калифорнии.)



Endorsements.pptx

4. С Романом Саркисовым - CTO RTVI в NY, который любезно согласился помочь решить нам ВСЕ локальные вопросы в СФ И NY по IT и видео-инфраструктуре и обработке данных.

5. С Михаилом Фабрик, опытным бизнес-аналитиком и Quality Tester, работающим в Вашингтоне на крупную IT-компанию, специализирующуюся на SDLC - на подготовку необходимых нам технических заданий на изменения в систему.

https://www.linkedin.com/in/michael-fabrik-aa897729/

6. С брокерами по Trump Tower и 4 TS.

8. Ждет подписания договор с Standard Capital Group http://standardcapitalgroup.us - их партнер Павел Приголовко - соавтор модели Icobox Hub Inc.

9. Достигнута договоренность с иммиграционным адвокатом Максом Шмидтом на консультирование по визовым вопросам иностранных граждан, находящихся в СФ.

10. Достигнута договоренность с Arthur McCallum на роль Investor Relations в NY - Артур опытный sales и IR, представляет группу ultra high net worth individuals.

**B. Ищем:**

1. Бухгалтера с опытом работы на или хотя бы с пониманием крипто-рынка в NY или СФ.
2. Sys admin в NY и СФ
3. PAs
4. Sales. community management & marketing
5. Architect (контракт) на планировку помещений
6. HR & headhunter in NY and SF.
7. Инженера в NY и SF


Thank you,

Eugene Morozov, CPA
CEO
ICOBOX HUB

MOB +1-703-203-8374
WHATSUP +7-903-1301707
SKYPE E.MOROZOV

CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT: This transmission may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted, as applicable, for any loss or damage arising in any way from its use.