# EXHIBIT H


Report Spam

Инвесторы попросили поставить человека на контроле от них. Я предполагаю, что Гери будет отличным вариантом.   13:54

Все будет хорошо в общем. Просто отвлекся на смежные проекты, все решу сейчас.   13:55

**Eugene Morozov**   13:57
По Гэри возражений нет. Помощь по маркетингу очень актуальна. Landing с Дарьей согласован кроме ее трех вопросов к тебе.

По прежнему нет протоколов и денег.   13:57

Алекс дал местных юристов, уже нужны для CA части employee handbook. Сегодня говорю с ними.   13:58

**Nick Evdokimov**   14:00
Жень, деньги затянулись только по одной единственной причине. Ты же это прекрасно знаешь. Для того чтобы стартовать продажи протоколы не нужны, а денег требуется очень немного, я сейчас с подрядчиками договорюсь и все им оплачу. Это стартап, тут все по своим законам живет.

**Eugene Morozov**   14:03
Ник, если мы с тобой не хотим в тюрьму, то без правильно выстроенного бэк офиса и договоров продажи начинать нельзя. Если моего 25-летнего опыта недостаточно, спроси любого юриста в сша.

Законы в сша едины для всех.   14:03

**Nick Evdokimov**   14:08
Найм юриста в штат и разработка договоров никак не противоречит тому что ты пишешь.

К сожалению тратить время больше нельзя, не более того. Нужен lending, договора, sale, accoiunting, ir.   14:10

**Eugene Morozov**   14:10
Верно. Весь мой план выстроен и представлен акционерам исходя из того что мы будем под лупой и против нас могут быть поданы иски от регуляторов или инвесторов. Для его реализации нужны средства. Их пока нет.

**Nick Evdokimov**   14:11
Для этого нужен юрист в штате и ретейнер на 20к оплаченый.

Раз уж поступление средств задержались, а я об этом предупреждал - надо выкручиваться.   14:12

При текущем курсе для меня 300к = 600к, поэтому надо платить только по необходимым статьям.   14:13

**Eugene Morozov**   14:13
Да, юристы это первый шаг. Далее все остальные части - HR, IT, Compliance, все как мы договаривались.

**Nick Evdokimov**   14:13
IT у нас свой внутренний.

HR пока что сами реализуем. Тем более у icobox два агентства подключены.   14:14

**Eugene Morozov**
С Михаилом согласовали что в хабах мы наймем своих sys admin

M275