# EXHIBIT I

**From:** **Eugene Morozov** me@morozov.me
**Subject:** Re: Вопросы по модели
**Date:** 2 February 2018 at 12:43
**To:** artem.smirnov@comongames.com
**Cc:** Pavel Prigolovko p.prigolovko@scgi.ru, Kirill Golovanov kirill.golovanov@gmail.com, Илья zibareff@yahoo.com, mihlis9@gmail.com, Nick Evdokimov neo@icobox.io

Артем,

Благодарим за подробные комментарии.

Предварительные ответы в тексте синим.

Спасибо,

Thank you,

Eugene Morozov, CPA
CEO
ICOBOX HUB INC

MOB/TELEGRAM +1-703-203-8374
WHATSAPP +7-903-1301707
SKYPE E.MOROZOV

CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT: This transmission may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted, as applicable, for any loss or damage arising in any way from its use.

On 2 Feb 2018, at 08:30, artem.smirnov@comongames.com wrote:

Евгений, Павел, добрый день!

Мы обсудили с фин. директором модель, у нас возникли следующие комментарии и вопросы.

Финансовая модель позволяет сделать следующие общие выводы:

1) Изначальная концепция развития проекта предполагала эволюцию бизнеса: организация первого ICOBoxHub в локации, где услуги наиболее востребованы, далее тестирование идеи на практике, обкатка процедур и порядка внутри и в работе с внешними контрагентами, затем этап масштабирования и постепенный, хотя и достаточно агрессивный, рост.

Сейчас финансовая модель, предлагаемая к утверждению, изначально настроена на глобальный бизнес:

Совершенно верно. Именно так передо мной поставил задачу Николай и косвенно подтверждали Вы подняв тему офиса в Москве.

При построении первоначальной модели я предложил начать не с 200, а с 30 стартапов для обкатывания практики, но Николай настоял что для того чтобы проект работал, нужно сразу не менее 180.

**Мы готовы к изменению концепции, но имеющиеся первичные затраты важны для проекта любого размера.**

**Убедительно прошу не задерживать. Мы теряем репутацию еще не начав работать. Нужно оплатить юристам, налоговикам, Трампу и всем с кем уже достигнуты договоренности. Это на сегодня 150 тыс и еще столько же нужно на ближайший месяц.**

PLAINTIFFS' EXHIBIT
E-29

- в первую очередь набирается не полевой персонал, а надстройка;

Это обязательно. Без юристов, HR, учетной политики, compliance начинать продажи нельзя. Мы ведь не хотим в тюрьму.

- бизнес onshore не окупается при такой надстройке на первом этапе, только при открытии новых офисов. Это значит, что сдвиг в сроках открытия новых офисов или их ненаполнение приведет к отсрочке окупаемости (либо ее недостижении).

Мы можем пустить дополнительно часть средств на US компанию. Это вопрос Transfer Pricing Documentation, уже предусмотренный в плане работ.

- за первый год планируется набрать персонал на ФОТ около 13 млн. долларов (и это при отсутствии налаженных внутренних процессов), на конец 2018 года будет работать 100 человек, при этом 20 - управление и 30 - офис в Сан-Франциско,

Мы с CFO в ближайшие 2-3 дня внесем изменения в модель и оргсхему, чтобы отразить постепенное выстраивание процессов. Назовем это условно HUB-LITE.

- офис в Сан-Франциско в модели стабильно убыточный при планируемых доходах от Merchandizing/vending/café, выпускников, спонсоров (что спорно по сути) расходы офиса в полной мере относятся на бизнес onshore.

По концепции когда у нас только один офис с оплачиваемыми столами, это нормально. Доли в токенах будут распределены так чтобы были оптимальные финпотоки (снова TPD work)

Это означает мультипликацию всех возможных рисков и размытие тактических задач. Кроме того высок риск, что потребность в первоначальных инвестициях вырастет.

Концепцию офиса в СФ прошу обсудить с Николаем. В данное время мы работаем исходя из его указания сначала открывать в Сан Франциско. Мое предпочтение было сразу делать в NY используя готовое помещение в WeWork.

Корреляция между расходами и доходами отсутствует (так бывает, когда строится модель с ориентацией на глобальные задачи).

Неясно что имеется в виду. Модель сделана для 200 стартапов, если цифра будет другая, то нужно будет больше или меньше людей. Эластичность расходов в зависимости от спроса мы не считали.

Бизнес строится не от производственной площадки и задачи выхода на операционную окупаемость и возврата инвестиций - финансовая модель отражает идею построения глобальной корпорации с нуля.

По модели акционеры получают миллиарды долларов. Не совсем ясно что имеется в виду.

2)    Конкретно по модели:

Мы с CFO готовим подробный ответ и корректировки, пришлем в течение 2-3 дней.

Выручка

1.    Арендный бизнес в Сан-Франциско функционирует 2 месяца, после этого планируются небольшие доходы по статьям  Merchandizing/vending/café, ICO UNIVERCITY ALUMNI FEE, Sponsors revenue. Не понятно как это будет работать, зачем им всем платить на этой площадке, если она больше не ICOBoxHub? При этом все затраты на офис Сан-Франциско сохраняются в полном размере. Какой смысл сохранять офис в Сан-Франциско?

Вопрос к Николаю. Я считаю, что только NY.

2.    По новым офисам (за исключением Нью-Йорка) прогноз выручки от аренды и сервисов по ICO отсутствует, при этом затраты включены в бюджет полностью. Почему?

Такова концепция, предложенная Николаем. Аудитории во многих городах, столы только в NY.

3.    Спонсорское участие учитывается во всех офисах. Мне не понятен механизм этого спонсорства там, где нет ICOBox.

На обсуждение с Николаем. Это информация от него и Гэри.

4.    Выпускники платят только в Нью-Йорке и Сан-Франциско. Вероятно потому, что только там есть прогноз по выручке от сопровождения ICO. Но ведь затраты включены в план в полном объеме.

Выпускники платят независимо от их нахождения. Проверим что в модели так.

5. Сервисные компании платят во всех офисах, кроме Сан-Франциско.

Сервисные платят везде. Проверим что в модели так, исправим если нет.

6. Onshore бизнес очень чувствителен к курсу биткоина. Например, при текущем курсе проект окупается только в 2021 году по плану, если согласиться с операционным бюджетом.

Использование BTC в качестве платежа - маркетинговый фактор, инициатива Николая. Нам в США было бы комфортнее считать все в USD. В отсутствие долгосрочных инструментов по crypto неясно как прогнозировать курс.

Затраты

1. Расходы ежемесячно индексируются с учетом инфляции. Обычно контракты с персоналом содержат фиксированную сумму и обязанность пересмотра раз в год (но это не обязательно). Аналогичная история с прочими затратами. Предлагаю исключить инфляцию, либо индексировать затраты раз в году.

Нет возражений.

2. Фонд заработной платы увеличивается на 34% налогов. Обычно налоги удерживаются из заработной платы сотрудника и выплачиваются компанией. В России компания платит за сотрудника взносы в пенсионный и прочие фонды, а налог на доходы удерживает из заработной платы сотрудника, в Ирландии, например, налоги целиком удерживаются. Либо в контракте устанавливается заработная плата, выплачиваемая сотруднику на руки, а все налоги берет на себя сотрудник.

Цифры по США согласованы с налоговым экспертом. Налоги реально 7.5% (исправим в модели), еще 20% это стоимость всех страховок - medical, dental, vision, Life и др.

3. Cost acceleration programs - какой физический смысл этих затрат? В 2018г. планируется потратить 2,5 млн. долларов.

Вопрос для Николая, цифру считал он.

4. Нет нормальной юридической службы: Генеральный консул и юрист с зарплатой как у целого юридического отдела. Все будет на аутсорсинге? Аналогичный вопрос о бухгалтерской службе.

Нормально так:

- In-house General Counsel
- внешний опытный адвокат с именем и судебной практикой
- in-house lawyer(s)

GC Ястремский только что нас покинул, будем искать.

Staff lawyer в NY и outsource в СФ найдены, ждут подписания договоров
Внешний counsel найден, ждет retainer

Цены вполне рыночные по США, Ваш консультант по HR это подтвердит.

5. Затраты на маркетинг в 2018г. 3 млн. долларов. Есть понимание что это конкретно?

Вопрос к Дарье и Николаю.

6. С октября 2019г. возникают затраты на поддержание здания 240 тыс. долларов ежемесячно. Меняются условия контракта? Но арендная ставка не меняется. По ссылкам видно, что это условие на случай покупки недвижимости, однако, в оттоках покупки нет. Нужны пояснения.

Проверим. Спасибо.

7. На наш взгляд завышены затраты на командировки и занижены регулярные платежи, типа банковские, почтовые (но это мелочь).

Цифра ориентировочная. Участие в 1 конференции по словам Николая - 10-20 тыс долларов. Вы можете предложить иную цифру.

В общем можно сказать, что нас очень волнует уход от модели стартапа в сторону глобальной корпорации.

Коллеги, мне тоже этот вопрос важен. Изначальная задача сильно

<span style="color: blue">Коллеги, мне тоже этот вопрос важен. Изначальная задача сильно изменилась, теперь нужно снова обсуждать строим ли мы стартап-гараж, которому серьезные инвесторы денег не дадут, или понятную фондам и UHNWI компанию, полностью соблюдающую законы и опирающуюся на тяжеловесов, известных в финансовой индустрии в США. Лично я за второе.</span>

Мы считаем, что надо изменить модель и двигаться поступательно - запуститься в СФ с минимальными костами, чтобы проверить модель(это будет видно уже в первые два месяца). При успехе продолжать дальнейшее масштабирование и рост, при неуспехе вносить корректировки в модель.

<span style="color: blue">Принято. Вносим изменения. Срок 2-3 дня.</span>

Также хотелось бы понять, насколько критичным является постоянная убыточность onshore бизнеса - в России такая компания очень быстро бы привлекал внимание налоговой. Насколько велик подобный риск в США?

<span style="color: blue">Как указано выше, это легко изменить через направление дополнительного потока на компанию в США в рамках работы по TPD.</span>

<span style="color: blue">Спасибо!</span>

Спасибо!


--
Kind Regards,
Artem Smirnov
ComonGames CEO & Founder

[artem.smirnov@comongames.com](artem.smirnov@comongames.com)
+7 (910) 484-50-21