# EXHIBIT J

| | |
|---|---|
| От НикаЕвгению<br>9 февраля, 2018<br><br>Привет, всю неделю общаюсь с нашими партнерами. Ну конечно у них аналогичное моему виденье. Все категорически настроены против подобных трат до того момента пока мы являемся стартапом.<br><br>Ну то есть тут вопрос не в том, что я не могу защитить позицию, а в том, что я с ней категорически не согласен. В общем, всю неделю занимались с ними моделью самостоятельно, сейчас сижу на последний набор вопросов отвечаю.<br><br>Параллельно поговорил с Мишей, конечно же он был готов принять задачу в любом формате описания, я как только закончу с моделью - буду ставить задачу, там очень незначительное количество доделок. | From Nick to Eugene<br>Feb. 9, 2018<br><br>Hello, all week long I communicate with our partners. Well of course they have a similar vision. Everyone is categorically opposed to such spending until we are a startup.<br><br>Well, that is the question here is not that I can not defend the position, but that I categorically disagree with it. In general, the whole week they were engaged with the model on their own, now I'm sitting on the last set of questions I answer.<br><br>At the same time I talked with Misha, of course he was ready to accept the task in any format of the description, I will finish the task with the model as soon as I finish the task, there is a very small number of doings. |
| От НикаЕвгению<br>Жень, с партнерами ситуация патовая. Они под твою модель средства не выделяют, это очень компетентные люди с колосальным опытом. Они построили десятки эффективных бизнесов, как собственно и я. Я бы тоже не выделил.<br><br>Мы когда начали сотрудничать у меня была модель, в которую они просили добавить одну строчку и были готовы средства переводить. Прошло полтора месяца. Я серьозно не доволен текущей ситуацией.<br><br>Ты присылаешь им косты которые может нести огромная работающая корпорация, а не стартап, у которого ни одной продажи. Они же вменяемые люди, у них свои консультанты, таких ЗП не бывает у | From Nick to Eugene<br><br>Zhen, with partners, the situation is stalemate. They do not allocate funds for your model, they are very competent people with a colossal experience. They built dozens of effective businesses, as I myself did. I would allocate it either.<br><br>When we began to cooperate I had a model in which they asked to add one line and were ready to transfer funds. A month and a half passed. I am seriously unhappy with the current situation.<br><br>You sent them the costs that a huge working corporation can carry, and not a start-up, which has no sales. They are sane people, they have their own consultants, there are no such salaries for startups here. |

PLAINTIFFS' EXHIBIT
E-3

| | |
|---|---|
| стартапов здесь.<br><br>Ты пойми, для них это венчур, это важно. Твоя модель ни единого шанса бизнесу не дает. Там объективно видно что 3м$ не хватает, а на самом деле до прибыли в этом бизнесе рукой подать. | You understand, for them it's a venture, it's important. Your model does not give a chance to business. There you can see objectively that $ 3m is not enough, but in fact, it's easy to make a profit in this business. |
| От НикаЕвгению<br><br>Я понимаю, ты хочешь сразу построить "Гугл", но так не бывает, поверь мне, человеку который имеет более 10-ти суперприбыльеых предприятий. Всегда строится действующая модель минимальным ресурсом, после выхода в прибыль начинается ее усиление и развитие. По другому это не работает.<br><br>Я понимаю, у тебя нет опыта строительства бизнеса с нуля и нет опыта работы в IT проектах, но тут именно такая ситуация. | From Nick to Eugene<br><br>I understand that you want to build Google at once, but it does not happen that way, believe me, a person who has more than 10 super-profit enterprises. The existing model is always constructed as a minimum resource, after gaining profit, its strengthening and development begins. Otherwise, it does not work.<br><br>I understand that you have no experience building a business from scratch and no experience working in IT projects, but this is exactly the situation. |
| От НикаЕвгению<br><br>Сейчас я вынужден все взаимоотношение с партнерами взять на себя иначе это приведет на 100% к расторжению сделки. Но тут даже и не в сделке то дело, я бы тоже под такие косты не выделил бы средств.<br><br>Жень, вот я целую неделю это все вытягиваю из болота и вроде бы уже на завершающей стадии. Мне правда тяжело, так как коллеги видят штатное расписание с колоссальными ЗП и пытаются себе представить, что я с этого откаты получаю - я так думаю. В общем, это в начале недели выглядело как квотум недоверия, объективно тяжелая ситуация. Сейчас я ее вытянул с грехом пополам, но второй раз не хочу в такое влезать. | From Nick to Eugene<br><br>Now I have to take all the relationship with partners on myself otherwise it will lead to 100% of the termination of the transaction. But even then, it's not the deal that matters, I would not allocate funds for such costs either.<br><br>Zhenya, I've been pulling it all out of the swamp for a whole week and seemingly at the final stage. It's really hard for me, since my colleagues see the staff schedule with the claws and try to imagine that I'm getting kickbacks from this - I think so. In general, this at the beginning of the week looked like a quota of mistrust, an objectively difficult situation. Now I stretched it with a sin in half, but the second time I do not want to get into this.<br><br>I understand that it's just that you have an approach to build Google at once, and we have a way - to come to this in a few steps. Well, here you understand, I tell you about this last month and the guys the same way. Just a |

| | |
|---|---|
| Я понимаю что просто у тебя подход сразу строить "Гугл", а у нас путь - придти к этому в несколько шагов. Ну и тут сам понимаешь, я тебе об этом говорю последний месяц и ребята так же. Просто вопрос опыта.<br><br>Я сейчас буду спасать ситуацию и закрывать с ними сделку. А так же стартовать продукт: запущу софт в доработку, финализируюлиз, найму юриста в штат и запущу создание договоров. Больше нельзя времени ерять к сожалению.<br><br>Давай договоримся о чем либо комфортном для нас обоих. Я с удовольствием бы предложил тебе позицию советника, консультанта с последующим возвращением в тот момент, когда мы уже выйдем в устойчивую прибыль. Сейчас я объективно понимаю, что проекту нужны скилы операционного руководителя именно применяя подходы, которые обыкновенно применяются к стартапам. | matter of experience.<br><br>I will now save the situation and close the deal with them. And also start the product: I'll launch the software in the finalization, finalize the leases, hire a lawyer in staff and launch the creation of contracts. We can't waste any more time here.<br><br>Let's agree on something comfortable for both of us. I would be pleased to offer you the position of an adviser, a consultant with a subsequent return at a time when we are already going to a sustainable profit. Now I objectively understand that the project needs the skills of the operational manager precisely by applying approaches that are usually applied to start-ups. |
| От Евгения Нику<br>Ник, чтобы попытаться разрешить сложившийся конфликт, предлагаю поговорить по zoom в понедельник 9 AM или 3 PM по СФ. Мы сегодня летим в NY, поговорим с моим адвокатом Дмитрием Джоффе (я вас знакомил по скайпу). Желательно чтобы с тобой также был адвокат. Уточни пожалуйста что делать по текущим переговорам с инвесторами, подрядчиками, вендорами, советниками, арендодателями и коллегами? | From Eugene to Nick<br><br>Nick, to try to resolve the conflict, I suggest you talk on the zoom on Monday 9 AM or 3 PM on the SF. Today we are flying to NY, we will talk with my lawyer Dmitry Joffe (I introduced you via Skype). It is desirable that you also had a lawyer. Please specify what to do on current negotiations with investors, contractors, vendors, advisers, landlords and colleagues? |
| От НикаЕвгению<br>По моему нет никакого конфликта вообще, есть ситуация в которой мы оказались и которую можно из явно проигрышной попробовать спасти, чем я и занимаюсь. Зачем тебе адвокат, я же | From Nick to Eugene<br>In my opinion there is no conflict whatsoever, there is a situation in which we turned out to be and it is possible to try out an save a clearly losing situation, that's what I am trying to do. What for do you need a |

| | |
|---|---|
| тебе не предъявляю претензий никаких, типа "срыва сделки с инвесторами", "афилированныей кадры в структуре с завышенными ЗП". Надо просто понять как мы можем дальше сотрудничать - перевести тебя на должность советника, оставить в СД, подключить после выхода в плюс и продолжить взаимодействие.<br><br>Основной момент здесь таков, что оставить все как есть нельзя, так как сорвется сделка, я очень много раз пытался объяснить виденье мое и партнеров. Но ты привык по другому работать, просто виденье не сошлось и то только на текущем этапе. Это же не катастрофа какая то :).<br><br>По этому я бы рассмотрел вариант участия твоего и в дальнейшем. Сейчас как советника, а после выхода в плюс уже и в операционке | lawyer, I do not have any claims against you like "failure of the transaction with investors", "the affiliated people in structure with the overestimated salaries". We just need to understand how we can continue to cooperate - to transfer you to the post of adviser, to let you stay in the Board of Directors, to connect after we have profit and continue the interaction.<br><br>The main point here is that you can not leave everything as it is, because the deal will break, I have tried many times to explain you my vision and partners vision. But you used to working differently, it's just that the vision has not come together and it's only at the current stage. It's not a catastrophe :).<br><br>Therefore, I would consider the option of your participation in the future. Now as an advisor, and after the release of a plus already in the operating system |
| ОтЕвгенияНику<br><br>, <br><br>. | From Eugene to Nick<br><br>As we discuss the changes to my contract, I ask you to invite your lawyer in the USA to a call. Thank you |
| От НикаЕвгению<br><br>Привет. Я буду конечно. Да, мне негде взять взять, сам же знаешь :). Я честно и не понимаю до конца зачем он на первом звонке в связи с отсутствием конфликта. Сели бы да обсудили, я бы согласовал бы со всеми - продвинулись бы дальше. | From Nick to Eugene<br><br>Hey. I will certainly participate. Yes, I have nowhere to take, you know :). I honestly do not understand why he is on the first call because of the absence of conflict. We could just sit down and discuss, I would have conformwith everyone - would have moved on. |
| От НикаЕвгению<br><br>Жень, привет. Слушай, мне не удалось прямо полноценный созвон сделать с партнерами, не сумели все присутствовать и попросили время на изучение договоров с подрядчиками. | From Nick to Eugene<br><br>Zhen, greetings. Listen, I did not manage to make a full-fledged call to partners, they could not all attend, and asked for time to study the contracts with contractors. Tomorrow, February 14, and no one can. There is a huge request - to postpone the day after tomorrow. |

| | |
|---|---|
| Завтра 14 февраля и никто не может. Есть огромная просьба - перенести на послезавтра. | |
| ОтЕвгенияНику<br><br>Ник,<br><br>Вот повторно описание задач ICOBOXHUBINC для IT, которое мы с Михаилом обсудили 10 января 2018 г.<br><br>1 POLICIES: стандарты оргтехники, стандарты корпоративных коммуникаций и безопасности для employeehandbook<br>2 локальные программы и их линк в нашу систему - QB, e-verify, Gusto, accesscontrol (biometrics/QR)<br>3 по сайту - доделка программы с учетом функционала http://coworking.nexudus.com/en/page/passport (мое мнение: подписка быстрее и дешевле чем разработка);<br>4 разделение потоков по каналу монетизации по юрлицам и перевод BTC в USD и в банк (совместно с CFO);<br>5 в кабинет клиента: добавить подробные вопросы по юр статусу и возможность оплаты аренды и других услуг<br>6 возможность работы с клиентом после 1 месяца - новый функционал для сайта<br>7 sysadmin в NY/SF<br><br>Пп. 1 и 7 он делегировал нам (и любезно согласился проинтервьюировать кандидатов на 7);<br>Пп. 2, 3 и 4 Михаил попросил ТЗ и поэтому я привлек специалиста по SDLS из крупного подрядчика по таким работам Tista, но из-за нашей неготовности платить я приостановил;<br>по 5 мы подготовили дополнительные вопросы к анкете, но еще не передали;<br>по 6 - нужно дополнительно обсуждать и | From Eugene to Nick<br><br>Nick,<br><br>Here is a re-description of the tasks ICOBOX HUB INC for IT, which Mikhail and I discussed on January 10, 2018.<br><br>1 POLICIES: standards of office equipment, standards of corporate communications and security for employee handbook<br>2 local programs and their link to our system - QB, e-verify, Gusto, access control (biometrics / QR)<br>3 on the site - the completion of the program taking into account the functional http://coworking.nexudus.com/en/page/passport (my opinion: subscription is faster and cheaper than development);<br>4 division of flows through the channel of monetization by legal entities and transfer of BTC to USD and to the bank (together with CFO);<br>5 to the client's office: add detailed questions about the legal status and the ability to pay rent and other services<br>6 possibility to work with the client after 1 month - new functionality for the site<br>7 sys admin in NY / SF<br><br>Nos. 1 and 7 he delegated to us (and kindly agreed to interview the candidates for 7);<br>Nos. 2, 3 and 4 Michael asked TZ and so I recruited an SDLS specialist from a major contractor for such works of Tista, but because of our unpreparedness to pay, I suspended;<br>By 5 we have prepared additional questions for the questionnaire, but have not yet been transmitted;<br>for 6 - it is necessary to further discuss and again write the TK as it should be. |

| | |
|---|---|
| опять же писать ТЗ как положено. | |
| | |
| | |
| | |
| | |