# EXHIBIT K

**From:** **Eugene Morozov** me@morozov.me
**Subject:** ICOBOX HUB INC CEO call 21 Feb 2018
**Date:** 22 February 2018 at 09:40
**To:** Victoria Pirumova victoria@icobox.io
**Cc:** Nick Evdokimov neo@icobox.io, Alex Yastremski alex.yastremski@icobox.io, Dimitry Joffe dimitry@joffe.law, Liana Shushkevich lianashuu@gmail.com, Илья zibareff@yahoo.com, Kirill Golovanov kirill.golovanov@gmail.com, Артем Смирнов artem.smirnov@comongames.com, Gary B.D gvgonline@gmail.com, Pavel Cherkashin pavel.cherkashin@vestor.in
**Bcc:** Pavel Prigolovko p.prigolovko@scgi.ru, Mark Feldman m.feldman@scgi.ru, Ilya Bykov ilyabykov007@gmail.com, Marlen Kruzhkov marlen@kruzhkovrusso.com, Katya Yoffe katya@kyoffelaw.com, Andrey Alekhin alehin@me.com, Arthur McCallum almccallum@gmail.com, Dmitry Goroshevsky dmitry@gnup.org

Victoria,

Thank you for the call yesterday. To summarise:

Acting at Mr. Ilya Zibarev's request, and with approval from Mr Nickolay Evdokimov you informed us that:

1. Mr. Evdokimov is considering placing Icobox Hub Inc into bankruptcy if potential new shareholders including Mr Zibarev do not fund the company.

2. Potential new shareholders in Icobox Hub Inc, including Mr. Zibarev, together with Mr. Evdokimov wish me to calculate the required payments to satisfy the existing personal and corporate agreements with Icobox Hub Inc in the event of CEO Termination.

3. Mr. Evdokimov acknowledges that Icobox Hub Inc has to pay for work actually performed pursuant to validly executed contracts by

- Marlen Kruzhkov
- Protax Inc
- Katya Ioffe Esc

AND verbal agreements with third parties for work already performed:

- Mitya Goroshevsky
- Andrey Alekhin
- Arthur McCallum
- Standard Capital Group,

as specified in my email dtd 29 Janiuary 2018 entitled "ICOBOX HUB INC urgent payments as of Jan 29, 2018", also shared with you earlier today, and Nickolay Evdokimov wishes to reach amicable resolution on those agreements and liabilities.

<u>Please confirm that our understanding is correct.</u>

Regarding my personal employment and MEM Consulting contract, please refer to their actual language.

In accordance with the Employment Agreement, during the initial 3 year term, the Company may terminate my employment only if the company determined that CEO is not fully performing his duties.

There is no determination that CEO is not performing his duties at this time.

Therefore if I am terminated without cause, the company is obligated to pay the full amount of salaries, benefits and bonuses under Employment Contract for 3 years.

My calculation is as follows:

1. 3 yr salary - $80,000x3=240,000 less cash advance received 27,000, total remaining $213,000.

2. MEM agreement cancellation fee $81668

3. MEM unpaid fee for Jan-Feb 2018 plus 30-days notice period - 20,417x3=$61251

3. Unpaid relocation assistance $10,000

4. Unpaid Expenses - travel between NY and San Francisco, hotels and car rentals in SF for 1.5 мес - approx $12,400

5. Salary to Personal Assistant and Acting Corporate Secretary as I am entitled per co[ntract] market salary for this position for 2 months in SF - $8840,

PLAINTIFFS' EXHIBIT P-11

6. Compensation for the lack of medical, dental, vision policies for 3 months - $6,590

7. Reputational damage $100,000

TOTAL $493,749

Also, I am prepared to value all of the additional rights under the Employment agreement for a % of equity and EBITDA as $106,251,

for a total payment of **$600,000.**

This proposal is valid for 4 business days and will expire on Feb 28, 2018.

In conclusion, I ask the current ICOBOX HUB INC shareholders to consider alternative funding sources which would allow for successful launch of our wonderful project without taking money from individuals on the US Congress sanctions list.

Thank you,

Eugene Morozov, CPA
CEO
ICOBOX HUB INC

MOB/TELEGRAM +1-703-203-8374
WHATSAPP +7-903-1301707
SKYPE E.MOROZOV

CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT: This transmission may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted, as applicable, for any loss or damage arising in any way from its use.