EXHIBIT K

Page 1

1                UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF NEW YORK

3                         --o0o--

4    EUGENE MOROZOV and MEM CONSULTING,

     INC.,

5

                    Plaintiffs,

6

                    Vs.                    Case No. 1:18-cv-03421

7

     ICOBOX HUB, INC., ICOBOX, ALEX

8    MOSKOVSKY, DARIA GENERALOVA,

     ANAR BABAYEV, NICOLAY EVDOKIMOV,

9    MICHAEL RAITSIN, 1280 VENTURES,

     LLC, GVA VESTOR, IN PARTNERS

10   FUND, L.P.,

11                  Defendants.

     _____/

12

13                       --o0o--

14               THURSDAY, APRIL 11, 2019

15                       --o0o--

16               DEPOSITION OF

17               VICTORIA PIRUMOVA

18                       --o0o--

19   Reported By:  CAROL S. NYGARD

20               California CSR No. 4018

21               Nevada CCR 915

22               Registered Merit Reporter

23

24   Job Number: 159066

25

Page 2

```
1              APPEARANCES:
2        For the Plaintiffs:
         (Via Conference Call)
3        JOFFE LAW
4        BY:  DIMITRY JOFFE, Attorney at Law
5        765 Amsterdam Avenue
6        New York, New York  10025
7
8        For the Defendants and VICTORIA PIRUMOVA:
         (Via Conference Call)
9        LUST & LEONOV
         BY:  ROMAN LEONOV, Attorney at Law
10       75 Maiden Lane
11       New York, New York  10038
12
13              --o0o--
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1                    INDEX
2        EXAMINATION BY COUNSEL
3                          Page No.
4    Examination by Mr. Joffe          7
5    Examination by Mr. Leonov       153
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1              EXHIBITS
2    Exhibit       Description      Page No.
3    Exhibit 1   January 10, 2018 E-mail From
                 Victoria Pirumova to Eugene
4                Morozov               32
5    Exhibit 2   E-mail String         59
6    Exhibit 3   E-mail String         69
7    Exhibit 4   January 23, 2018 E-mail From
                 Victoria Pirumova to Alex
8                Yastremski           104
9    Exhibit 5   Memorandum of Terms for the
                 Private Placement of Series A
10               Preferred Stock and Warrants
                 of ICOBox Hub, Inc.    110
11
     Exhibit 6   E-mail String         87
12
13   Exhibit 7   E-mail String         89
14
     Exhibit 8   E-mail String         84
15
     Exhibit 9   E-mail String         76
16
     Exhibit 10  January 2, 2018 E-mail From
17               Victoria Pirumova to Eugene
                 Morozov               37
18   Exhibit 11  February 22, 2018 E-mail From
                 Eugene Morozov to Victoria
19               Pirumova             120
20   Exhibit 12  January 23, 2018 E-mail From
                 Victoria Pirumova to Kirill
21               Golovanov            114
22   Exhibit 14  January 8, 2018 E-mail From
23               Victoria Pirumova to Lianashuu  117
     Exhibit 15  January 24, 2018 E-mail From
24               Victoria Pirumova to Alex
25               Yastremski           118
```

Page 5

```
1    Exhibit 16   ICOBox Announces the
                  Conclusion of its ICOS
2                 Program, Dated March 1, 2019   131
3    Exhibit 17   ICOBox Founder Nick Evdokimov
                  Announces That He Has Left the
4                 Company a Whiloe Ago to Focus
                  His Energy on His Own Projects,
5                 Dated November 21, 2018        147
6    Exhibit 18   ICOBox Founder and Owner Nick
                  Evdokimov Returning to Run the
7                 Company                        147
8                    --o0o--
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--oOo--
EUGENE MOROZOV and MEM CONSULTING,
INC.,

       Plaintiffs,

       Vs.     Case No. 1:18-cv-03421

ICOBOX HUB, INC., ICOBOX, ALEX
MOSKOVSKY, DARIA GENERALOVA,
ANAR BABAYEV, NICOLAY EVDOKIMOV,
MICHAEL RAITSIN, 1280 VENTURES,
LLC, GVA VESTOR, IN PARTNERS
FUND, L.P.,
       Defendants.
_____/

--oOo--
    BE IT REMEMBERED, that on Thursday, April 11, 2019, commencing at the hour of 12:13 p.m. thereof, at Regus, 201 Mission Street, San Francisco, California, before me, Carol S. Nygard, a Certified Shorthand Reporter of the State of California, there personally appeared
       VICTORIA PIRUMOVA,
called as a witness by the Plaintiffs, who, being by me first duly sworn, was thereupon examined and interrogated as hereinafter set forth.
    MR. JOFFE:  Yes.  Good afternoon.
    MR. LEONOV:  Can we get appearances?

## Page 7

    MR. JOFFE:  My name is Dimitry Joffe, with Joffee Law, P.C., and I represent Plaintiffs in the Case Number 1:18-cv-03421, Morozov versus ICOBox and others.
    MR. LEONOV:  I'm Roman Leonov.  I represent the remaining Defendants, currently being ICOBox Hub, Inc., ICOBox, and Nickolay Evdokimov, and I'm representing the witness for this testimony, 75 Maiden Lane, New York, New York, 1003.
    Thank you so much.
    MR. JOFFE:  Has the witness been sworn?
    THE REPORTER:  Yes.
    MR. JOFFE:  Yes.
        EXAMINATION
BY MR. JOFFE:
    Q.  Well, good afternoon again, Ms. Pirumova.
    As I mentioned, I represent Plaintiffs in this lawsuit, and I'll be asking you some questions today.
    Have you had your deposition taken before?
    A.  No.
    Q.  Okay.  Do you understand that you are under oath?
    A.  Yes.
    Q.  And you understand that means you're sworn to tell the truth today?
    A.  Yes.

## Page 8

    Q.  And, unlike in a typical conversation, your answers today are under oath, and that might subject you to --
    MR. LEONOV:  Objection.  Asked and answered.  Move on, please.
BY MR. JOFFE:
    Q.  -- charges of perjury if you don't answer truthfully.
    Do you understand that?
    A.  Yes.
    Q.  And, even though we're in an informal setting, your answers have the same force and effect as if we were in a courtroom with a Judge and a jury.
    Do you understand that?
    A.  Yes.
    Q.  You're not taking any medications that will prevent you from giving me full, complete and truthful answers today; are you?
    A.  No.
    Q.  Okay.  And if you don't tell me --
    MR. LEONOV:  Objection.  Compound question.  Objection.  Compound question.
    MR. JOFFE:  Don't interrupt, please.
    MR. LEONOV:  I shall do so.  It's a compound question.  I'm allowed to do that.

## Page 9

    She's fine.  Let's just move on.
    MR. JOFFE:  Counsel, please wait 'til I finish the question, and then state your objection for the record.
    MR. LEONOV:  Okay.  Are you finished with your question?
BY MR. JOFFE:
    Q.  Ms. Pirumova, If you don't understand any of my questions, will you please let me know?
    A.  Yes.
    Q.  And, if you need to take a break at any time, please let me know, and we'll take a break; is that okay?
    A.  Yes.
    Q.  Thank you.
    Are you familiar with the lawsuit in which you are being deposed today?
    A.  Yes.
    Q.  Have you read the Complaint in that lawsuit?
    A.  I did.
    Q.  Thank you.
    What is your current address?
    A.  301 Mission Street, Apartment 3H, San Francisco, California 94105.
    Q.  And how long have you been at this address?

Page 10

1    A.   A couple of months.
2    Q.   And did you reside in San Francisco prior to
3    that?
4    A.   Yes.
5    Q.   How long have you lived in San Francisco?
6    A.   Since 2015, I believe.
7         Yes.
8    Q.   And how long have you been in the United
9    States?
10   A.   The same, since 2015.
11   Q.   Are you a U.S. citizen?
12   A.   No.
13        MR. LEONOV:  Objection.  Irrelevant.
14        You may answer.
15        THE WITNESS:  No.
16   BY MR. JOFFE:
17   Q.   Are you a permanent resident of the United
18   States?
19   A.   Yes.
20        MR. LEONOV:  Objection.  Irrelevant.
21        You may answer.
22        THE WITNESS:  Yes.
23   BY MR. JOFFE:
24   Q.   You have a green card?
25        MR. LEONOV:  Objection.  Irrelevant.

Page 11

1         You may answer.
2         THE WITNESS:  Yes.
3    BY MR. JOFFE:
4    Q.   Since when do you have the green card?
5         MR. LEONOV:  Objection.  Irrelevant.
6         You may answer.
7         THE WITNESS:  I don't remember exact date.
8         MR. LEONOV:  How about --
9         You know what, Dimitry?
10        How about I waive the objections?
11        So this way I don't interrupt you.  How about
12   that one?  Make sense?
13        MR. JOFFE:  I'll accept the waiver.
14        MR. LEONOV:  There we go.  We do it --
15        Look, go ahead.
16        Just get to the merits, please.
17   BY MR. JOFFE:
18   Q.   Where did you live before coming to the United
19   States?
20   A.   In several countries.
21   Q.   And where are you originally from?
22   A.   I was born in Azerbaijan.
23   Q.   And are you a citizen of Azerbaijan?
24   A.   No.
25   Q.   Which country are you a citizen of?

Page 12

1    A.   Russian Federation.
2         MR. LEONOV:  Objection.  Irrelevant.
3         Irrelevant.  Stop it.
4         Dimitry, get to the merits.
5    BY MR. JOFFE:
6    Q.   Ms. Pirumova, go ahead and answer my question,
7    please.
8    A.   Russian Federation.
9    Q.   Okay.  Do you have the authority to work in
10   the United States?
11   A.   Yes.
12   Q.   And what is the highest educational degree
13   that you've attained?
14   A.   Ph.D.
15   Q.   And in what subject is your Ph.D.?
16   A.   International Public Law.
17   Q.   And which institution did you obtain your
18   Ph.D. from?
19   A.   Zhongnan University of Economics and Law.
20   Q.   Where is that?
21   A.   Zhongnan.
22        MR. LEONOV:  We can have the Reporter read
23   back that.  She just answered.
24        Or, Victoria, you can clarify because I heard
25   something "International Economic;" right?

Page 13

1         THE WITNESS:  Zhongnan University of Economics
2    and Law.
3    BY MR. JOFEE:
4    Q.   Could you please repeat the first word,
5    because I don't see it on the transcript, and I couldn't
6    hear it.
7         MR. LEONOV:  Well, how are you looking at the
8    transcript, Dimitry?
9         Because I don't see it.
10        MR. JOFFE:  Ms. Pirumova?
11        MR. LEONOV:  That's okay.
12        THE WITNESS:  Z-h-o-n-g-n-a-n, Zhongnan.
13   BY MR. JOFFE:
14   Q.   And where is that school?
15   A.   In China.
16   Q.   Thank you.
17        Are you currently employed, Ms. Pirumova?
18   A.   I'm self-employed.
19   Q.   And what does your self-employment consist of?
20        In other words, what do you do for a living?
21        MR. LEONOV:  Compound question.
22        Can you please one at a time please, Dimitry,
23   because I'm confused.
24        No offense.
25        THE WITNESS:  Okay.  I negotiate.

Page 14

1  BY MR. JOFFE:
2     Q.  Ms. Pirumova, what do you do for a living?
3     A.  Uh-huh.
4        I negotiate --
5     MR. LEONOV:  No, no.  It's okay?
6     I'm not okay.  One at a time, please.
7     THE WITNESS:  I negotiate the deals.
8  BY MR. JOFFE:
9     Q.  On whose behalf do you negotiate the deals?
10    A.  On behalf of the client.
11    Q.  And who is your client?
12    A.  I have several clients.
13    Q.  Can you name them, please.
14    MR. LEONOV:  Objection.
15    Victoria, please be wary of agreements that
16 you may have, nondisclosure agreements, which I'm not
17 privy to, and counsel should be aware.
18    But, as far as this litigation, please answer
19 the question to help facilitate and get to the merits.
20    I'm just trying to help out, because I really
21 don't know.
22    THE WITNESS:  I don't --
23 BY MR. JOFFE:
24    Q.  Ms. Pirumova, who are your clients?
25    A.  Yes, I don't remember the -- for -- the

Page 15

1  company's name at this point.
2     It's Energo something.
3     Yeah, that's one of the companies that I'm
4  working with.
5  BY MR. JOFFE:
6     Q.  You don't remember the name of the companies
7  you're working for?
8     A.  Correct.
9     I don't work for them.  I work with them.
10 This is my client.
11    Q.  Are you saying that you don't remember the
12 name or the names of your clients, the current clients?
13    A.  I don't remember the company.
14    MR. LEONOV:  Objection.  You're confusing the
15 witness.
16    Can we move to the merits, please.
17    Please read the record.
18    Dimitry, we're confused.  Have the Reporter
19 read back the answers.
20    MR. JOFFE:  Stop interrupting my question.
21    MR. LEONOV:  I can't, because you give me no
22 possibility to do not so.  That's --
23    So have the Reporter read back the answer.
24 This way you don't have to repeat the same questions
25 over and over.

Page 16

1     Just -- just move on.
2     Let's just get to the merits of the case.  Why
3  don't we get to ICOBox already?
4  BY MR. JOFFE:
5     Q.  Ms. Pirumova --
6     Ms. Pirumova, could you please name one of
7  your present clients.
8     A.  I don't remember the full name of the company,
9  but it starts with the words Energo something --
10    Systems?
11    Yeah.
12    Q.  Do you work as an independent consultant,
13 contractor, for that company?
14    A.  Yes.
15    Q.  Do you have a consulting agreement with that
16 company?
17    A.  Yes.
18    Q.  And what kind of consulting do you provide for
19 that company?
20    A.  It's an introducer agreement that -- lets me
21 introduce the customers to the client.
22    Q.  Is the client affiliated with Mr. Nickolay
23 Evdokimov?
24    A.  No.
25    Q.  Can you please tell me your employment history

Page 17

1  in the United States?
2     A.  Yes.
3     Q.  Go ahead, please.
4     A.  The first job was with San Francisco State
5  University.  I -- I worked as an assistant of the
6  Director.
7     Then there was an internship.  Then there was
8  work as a -- paralegal with a law firm, and then there
9  was a -- I worked with Nickolay Evdokimov.
10    Q.  And after your work with Nickolay Evdokimov,
11 what was your employment or consulting?
12    A.  It's a current employment that I have.
13    Q.  And can you explain what -- who is --
14    MR. LEONOV:  Dimitry, asked and answered
15 several times.
16    Read back the transcript.
17    Come on.  Stop it.
18    She says she doesn't remember.  It's Endo
19 something Energy.
20    Come on.  Really, move on.
21    MR. JOFFE:  Mr. Leonov, you state the
22 objection, and --
23    MR. LEONOV:  I stated it.  I stated them, but
24 I stated them, and I hope you --
25    I'm glad you accept them.

## Page 18

1  So let's move on, please. We're going back
2  and forth, and my battery is going to die. Please.
3  BY MR. JOFFE:
4  Q. Ms. Pirumova, are you familiar with the
5  Decenturion Project, that's spelled
6  D-e-c-e-n-t-u-r-i-o-n?
7  A. Yes, I am familiar.
8  Q. And what is the Decenturion Project?
9  A. First blockchain country, blockchain -- state,
10  country.
11  Q. And what is your position at the Decenturion?
12  A. I don't --
13  MR. LEONOV: Objection.
14  THE WITNESS: I don't have a position at
15  Decenturion.
16  BY MR. JOFFE:
17  Q. Are you not the Minister of Foreign Affairs of
18  Decenturion?
19  A. Currently, no.
20  MR. LEONOV: Objection. Leading the witness.
21  MR. JOFFE: Go head and answer, Ms. Pirumova.
22  MR. LEONOV: Of course, please do.
23  THE WITNESS: Currently, I don't.
24  BY MR. JOFFE:
25  Q. Have you ever been the Minister of Foreign

## Page 19

1  Affairs of the Decenturion?
2  A. I have.
3  Q. And when did you stop being the Minister of
4  Foreign Affairs of the Decenturion?
5  A. I think it was August or September 2018.
6  Yes, 2018.
7  Q. August or September, that is when you stopped
8  being the Minister?
9  A. Correct.
10  Q. And when --
11  MR. LEONOV: Dimitry, I'm sorry to interrupt.
12  The Decenturion --
13  (Unintelligible)
14  THE REPORTER: Counsel --
15  Counsel --
16  Counsel --
17  Counsel --
18  Counsel --
19  MR. LEONOV: Just don't guess if you don't
20  know.
21  THE REPORTER: Counsel, I didn't get --
22  MR. LEONOV: Because I'm confused.
23  THE REPORTER: Counsel, hold on.
24  Counsel --
25  MR. LEONOV: Just don't guess if you don't

## Page 20

1  know.
2  THE REPORTER: Counsel, I didn't get --
3  MR. LEONOV: Because I'm confused.
4  THE REPORTER: Counsel, this is the Reporter.
5  I didn't get any of that, because when you guys aren't
6  here I can't differentiate --
7  MR. LEONOV: I apologize. I will state my
8  name before, and I will do my best to limit my
9  objections.
10  I apologize for that. Sorry.
11  BY MR. JOFFE:
12  Q. And, Ms. Pirumova, when did you start being
13  the Minister of Foreign Affairs?
14  A. I think it was June 2018.
15  Q. Is it fair to say you served less than three
16  months as a Minister of Foreign Affairs of the
17  Decenturion?
18  MR. LEONOV: Objection. Counsel is
19  testifying.
20  THE WITNESS: I think so.
21  BY MR. JOFFE:
22  Q. Ms. Pirumova?
23  A. I think so.
24  June, July, August -- yes.
25  Q. And what did you do in that capacity as you

## Page 21

1  served as the Minister of Foreign Affairs?
2  A. I met with people that worked with foreign
3  international organizations.
4  Yeah.
5  Q. Did you get paid as the Minister?
6  A. Yes.
7  Q. How did you get paid?
8  A. In BTC.
9  Q. That means Bitcoins?
10  A. That is correct.
11  Q. And who nominated you to be the Minister?
12  A. I don't know if there was a nomination.
13  Q. Well, who appointed you as the Minister?
14  A. Well, Nick asked me to be a Minister.
15  Q. You mean Mr. Evdokimov?
16  A. That is correct.
17  Q. Was he the founder of the Decenturion Project?
18  A. Yes.
19  Q. And why did you leave that position in August
20  or September 2018?
21  A. I didn't feel comfortable working there.
22  Q. Why didn't you feel comfortable?
23  A. There were some misunderstandings between
24  people that worked there and me.
25  Q. By "people who worked there," do you mean

Page 22

1  Mr. Evdokimov?
2  A.   And him as well.
3  Q.   And what was the nature of the
4  misunderstanding?
5  A.   There were several.  Yeah.
6  Q.   Well, go ahead, please.
7  MR. LEONOV:  Victoria, just answer.  Let's
8  move on.  It's okay.
9  THE WITNESS:  I didn't feel that we were a
10 team for the -- for the -- for the purposes of work.
11 There were some things on the team that didn't
12 line up with what I felt at the moment, and so I left
13 this.
14 MR. LEONOV:  This is Roman Leonov.
15 I'm going to do a little bit -- with
16 permission of counsel, I'm going to do something to
17 facilitate this.
18 Counsel, --
19 MR. JOFFE:  You don't have my permission.
20 MR. LEONOV:  Okay.  Great.
21 So I'm still going to do it, and you preserve
22 your objections as well.
23 Victoria --
24 MR. JOFFE:  I don't --
25 MR. LEONOV:  Well, if you don't, I'll still do

Page 23

1  it.
2  Victoria, is it fair to say that the
3  business --
4  (Unintelligible)
5  MR. LEONOV:  Well, I can do it, and you can
6  preserve your objections like I preserved mine.
7  THE REPORTER:  Counsel --
8  Counsel --
9  Counsel, I can't hear you both.
10 MR. LEONOV:  Victoria, is it fair to say that,
11 just like counsel said, you were just not happy
12 with the business the way it was going for you?
13 Is that fair enough to say?
14 THE WITNESS:  Yes.
15 MR. JOFFE:  You will be sanctioned, Mr.
16 Leonov, if you interrupt and ask the witness questions
17 during my questioning.
18 MR. LEONOV:  I did not.
19 MR. JOFFE:  You will be.
20 If you continue to interrupt, I will seek
21 sanctions against you.
22 MR. LEONOV:  Oh, really?
23 MR. JOFFE:  Okay.
24 Yes.  You may not ask the witness questions or
25 coach witness while I --

Page 24

1  MR. LEONOV:  I'm not coaching.  I'm trying to
2  move this along.  I'm not coaching anything.
3  MR. JOFFE:  You may not -- you may not do
4  that, sir.
5  MR. LEONOV:  I'm not coaching.
6  MR. JOFFE:  You state --
7  You may state your objections --
8  MR. LEONOV:  I actually am curious.
9  Just off the record.
10 This is Roman Leonov.
11 I do not understand even this name that you
12 mentioned.
13 My understanding is that whatever happened has
14 no relevance to this case whatsoever.
15 So I'm actually curious to listen to this.
16 I just want to get to it the -- to the point
17 of this litigation.
18 So maybe you should be sanctioned, Dimitry,
19 for the point of doing this in -- doing this exposition
20 and expedition into whatever it is that is not relevant
21 to this case, but I'm so glad to hear.
22 And thank you very much for your time, both of
23 you, and the Reporter and the witness.
24 MR. JOFFE:  Okay.  We got on the record, your
25 speaking objections, and let's move on.

Page 25

1  MR. LEONOV:  No, I'm not.
2  Thank you.
3  BY MR. JOFFE:
4  Q.   When was the last time you spoke with
5  Mr. Evdokimov?
6  A.   I'm not sure.
7  Maybe today or maybe yesterday.  I don't
8  remember.
9  Q.   Did you talk to Mr. Evdokimov today?
10 A.   Maybe.
11 We definitely --
12 I definitely sent him a message, but I don't
13 remember if I spoke to him over the phone, if we --
14 Yeah.
15 Q.   When was the last time you spoke to him over
16 the phone?
17 A.   I don't remember exact date.  It was either
18 today or yesterday.
19 Q.   What did you talk about when you last spoke?
20 A.   I don't remember.
21 Q.   Did you talk about your upcoming deposition
22 with Mr. Evdokimov?
23 A.   I could have told him that I have a
24 deposition.  I think I did.
25 Q.   Did you tell him that you're having a

## Page 26

1  deposition?
2      A.   I think I did.
3      Q.   What did he say?
4      A.   "Okay."
5          MR. LEONOV:  Objection.
6      Don't answer that.
7          Let Mr. Evdokimov say that.
8          That's pure hearsay, counsel.
9          What does it matter to the case?
10          MR. JOFFE:  Are you instructing the witness
11  not to answer?
12          MR. LEONOV:  No, I'm instructing the witness
13  to answer.
14          I'm sorry.  I just hope you can move on.
15          Like really, to me it was fun to listen to
16  your questions before, but this is definitely not fun.
17          Of course, Victoria, answer.
18          Dimitry, please move on.
19          THE WITNESS:  Could you please repeat the
20  question?
21          THE REPORTER:  Counsel, did you want me to
22  read that back?
23          MR. LEONOV:  Sorry.  I thought I lost you
24  guys.  I apologize.
25          THE WITNESS:  Could you please repeat the

## Page 27

1  question?
2  BY MR. JOFFE:
3      Q.   What did Mr. Evdokimov tell you?
4      A.   I think he said "Okay."
5      Q.   Did Mr. Evdokimov tell you how you should
6  answer questions during the deposition?
7      A.   No.
8      Q.   Have you ever discussed this lawsuit with
9  Mr. Evdokimov?
10      A.   Yes.
11      Q.   And what did Mr. Evdokimov tell you about the
12  lawsuit?
13      A.   I don't remember.
14      Q.   Did Mr. Evdokimov make any promises to you
15  with respect to your deposition answers?
16      A.   No.
17      Q.   When was the last time that you saw
18  Mr. Evdokimov?
19      A.   Well, definitely this year -- maybe January or
20  February.
21          I don't remember exact months or day.
22      Q.   Do you know where Mr. Evdokimov live -- lives?
23      A.   From what he told me, yes.
24      Q.   And what did he tell you?
25      A.   In Beverly Hills, Los Angeles.

## Page 28

1      Q.   Do you communicate with Mr. Evdokimov often?
2      A.   I think so.
3      Q.   How often would you say?
4      A.   A couple of times a week.
5      Q.   Do you use E-mails, or texts, or other means
6  of communications?
7      A.   We speak on the phone.
8      Q.   Okay.  Were you ever employed by the company
9  named ICOBox?
10      A.   No.
11      Q.   Were you ever a consultant for the company
12  ICOBox?
13      A.   No.  I worked for Mr. Nickolay Evdokimov.
14      Q.   And in what capacity did you work for
15  Mr. Evdokimov?
16      A.   In different capacities during the time
17  period.
18      Q.   And which time period are you referring to?
19      A.   During the different time periods I had
20  different positions with Mr. Nickolay Evdokimov.
21      Q.   Let's go over the positions that you had with
22  Mr. Evdokimov.
23          When did you start working for Mr. Evdokimov?
24      A.   It was 2017.
25      Q.   Can you be more specific as to when in 2017?

## Page 29

1      A.   It was end of the year, I think -- maybe
2  November or December -- probably November.
3      Q.   And at that time you were -- you were residing
4  in San Francisco; correct?
5      A.   Yes.
6      Q.   And in what capacity did you start working for
7  Mr. Evdokimov at the end of 2017?
8      A.   Personal assistant.
9      Q.   Are you familiar with the company called
10  ICOBox?
11      A.   Yes.
12      Q.   Did you ever have any positions at the company
13  called ICOBox?
14          MR. LEONOV:  Objection.  Asked and answered.
15          You may answer, please.
16          THE WITNESS:  No.
17  BY MR. JOFFE:
18      Q.   Did you have any titles at ICOBox?
19      A.   No.
20      Q.   You never had the title of Chief
21  Communications Officer?
22      A.   No, not officially.
23      Q.   And you never had the title of CPO?
24      A.   Not officially.
25      Q.   What do you mean, "not officially"?

Page 30

1  A.  ICOBox never employed me in the position of
2  PPO or any other position that you mentioned.
3  Q.  Have you ever used an ICOBox E-mail address?
4  A.  I did.
5  Q.  Have you ever represented yourself as Chief
6  Communications Officer?
7  A.  I did.
8  Q.  Have you ever represented yourself as a CPO?
9  A.  I don't remember.
10  Maybe.
11  Q.  Do you know what --
12  Do you know what "CPO" stands for?
13  A.  Chief People's Officer.
14  Q.  Okay.  And so what period of time you were --
15  you considered yourself to be Chief Communications
16  Officer?
17  MR. LEONOV:  Objection.  Counsel, you're
18  testifying.
19  THE WITNESS:  I don't remember.
20  BY MR. JOFFE:
21  Q.  When did you start representing yourself as
22  Chief Communications Officer?
23  MR. LEONOV:  Objection.  Counsel is
24  testifying.
25  THE WITNESS:  I don't remember.

Page 31

1  BY MR. JOFFE:
2  Q.  Was it in the end of 2017?
3  A.  I don't remember.
4  Q.  How long have you been associated with ICOBox?
5  A.  I don't understand the word "associated."
6  Q.  You --
7  A.  Could you please --
8  Q.  You used an ICOBox E-mail address, as you just
9  testified, and you represented yourself as Chief
10  Communications Officer and Chief People's Officer of
11  ICOBox; is that correct?
12  A.  I don't --
13  MR. LEONOV:  Objection.  Incorrect testimony.
14  THE WITNESS:  I don't remember --
15  MR. LEONOV:  Counsel, if you want the
16  transcript to be read back --
17  Don't confuse the witness and don't confuse
18  me.
19  I believe the proper question would be "Since
20  when did you use the E-mails?"
21  And that's about it.  That would facilitate
22  literally.
23  I'm trying to figure this out on my own.
24  Thank you.
25  BY MR. JOFFE:

Page 32

1  Q.  Ms. Pirumova, do you understand my question?
2  A.  No.
3  Q.  For some period of time you used the ICOBox
4  mailbox and you represented yourself as Chief
5  Communications Officer and Chief People's Officer of
6  ICOBox; is that not correct?
7  A.  I don't remember representing myself as a
8  Chief People's Officer.
9  Maybe I did.  I'm not sure.
10  MR. JOFFE:  Well, let's just clarify that.
11  Let me show --
12  Let me ask the Reporter to show you Exhibit
13  Number 1.
14  THE REPORTER:  Counsel, I'm looking for it.
15  MR. JOFFE:  Thank you.
16  (Exhibit 1 previously marked.)
17  THE WITNESS:  Yes, I do see the document.
18  BY MR. JOFFE:
19  Q.  Have you had a chance to review it?
20  A.  Yes.
21  Q.  Is that your E-mail?
22  A.  Looks like it.
23  Q.  And that's the ICOBox E-mail address; is that
24  correct?
25  A.  Yes.

Page 33

1  Q.  And you see your signature -- not signature,
2  but your name --
3  A.  Yes.
4  Q.  -- under the E-mail?
5  It says "Victoria Pirumova."
6  Do you see that?
7  A.  Yes, Chief Communications Officer, yes.
8  Q.  And under it says "Chief Communications
9  Officer;" correct?
10  A.  Yes.
11  Q.  So, at least in this E-mail, you were
12  representing yourself as Chief Communications Officer?
13  A.  Yes.
14  MR. LEONOV:  Objection.
15  BY MR. JOFFE:
16  Q.  I didn't hear your answer, Ms. Pirumova.
17  A.  Yes.
18  Q.  And that's Chief Communications Officer of
19  ICOBox; correct?
20  A.  I'm not sure -- what I meant.
21  Q.  Does it have the website www.icobox.io?
22  MR. LEONOV:  Objection.  Not in evidence.
23  You want to present something, present it as
24  an exhibit so we can look at it.
25  MR. JOFFE:  It is in the exhibit.

Page 34

1  　　　MR. LEONOV:  Well, then mark it as an exhibit,
2  and we'll take a look at it.
3  　　　And mark it for -- mark it for the Reporter.
4  　　　MR. JOFFE:  It is premarked as Exhibit 1.
5  　　　MR. LEONOV:  Well, let's premark it, then
6  reference it.
7  　　　MR. JOFFE:  I just did.
8  　　　MR. LEONOV:  Go ahead.
9  　　　Which exhibit is it?
10 　　　MR. JOFFE:  Exhibit 1.
11 　　　MR. LEONOV:  No.  Exhibit 1 doesn't have a
12 website www.
13 　　　As a matter of fact, there is no www. within
14 that entire E-mail -- or at least I'm blind.
15 　　　MR. JOFFE:  You're not blind.  You're making
16 a --
17 　　　MR. LEONOV:  Okay.  Good.  So I'm not blind.
18 　　　Present me to that or stop misrepresenting to
19 my witness.
20 　　　Thank you very much.
21 　　　Ms. Pirumova, thank you so much for your
22 testimony.
23 　　　Please move on.  Thank you, guys.
24 BY MR. JOFFE:
25 　　Q.　Ms. Pirumova, do you see "www.Icobox.io" at

Page 35

1  the end of Exhibit 1?
2  　　A.　I do.
3  　　Q.　You do.
4  　　　So is it fair to say that in this E-mail you
5  represent yourself as Chief Communications Officer of
6  ICOBox?
7  　　A.　I don't know.
8  　　Q.　You don't know whether you represent yourself
9  as Chief Communications Officer?
10 　　A.　I don't know if it is fair to say that I
11 represented myself as a Chief Communications Officer at
12 ICOBox.
13 　　　MR. LEONOV:  This is wrong.
14 　　　I just believe that --
15 　　　I believe the witness is confused as to the
16 legal interpretation of the word "representation."
17 　　　That's all I have to say.
18 　　　That's what --
19 　　　That's why I'm confused.
20 　　　And, by the way, for the record now that I
21 scrolled down, I do see the "www.Icobox.io" on the
22 bottom of the signature.
23 　　　Yes, I do.
24 　　　Thank you.
25 　　　In script.

Page 36

1  　　　Don't worry about it.  No objections.
2  　　　Just move on.
3  　　　You're doing a great job.
4  　　　MR. JOFFE:  I do worry about it.  I do worry
5  about it, and I advise you to stop making speaking
6  objections or I will seek sanctions against you.
7  　　　MR. LEONOV:  Yeah.  You already told me that.
8  Okay.  I heard that already.
9  　　　MR. JOFFE:  I just reaffirm that because you
10 continue your behavior.
11 BY MR. JOFFE:
12 　　Q.　Ms. Pirumova, in this E-mail you write that
13 you are Chief Communications Officer, you give the
14 address of Four Embarcadero Center, and you provide your
15 E-mail address as victoria@icobox.io and then you put
16 the website www.icobox.io; is that correct?
17 　　A.　Yes.
18 　　Q.　Is it fair to say that in this E-mail you
19 represent yourself as Chief Communications Officer of
20 ICOBox?
21 　　　MR. LEONOV:  Objection.  Asked and answered,
22 as my objection states.
23 　　　Counselor, you're doing a great job.  Move on
24 to the merits.
25 　　　MR. JOFFE:  Mr. Leonov, stop screaming.

Page 37

1  　　　MR. LEONOV:  I'm not screaming.  This is all
2  on the record.
3  　　　You believe I'm screaming.  I'm not.
4  MR. JOFFE:
5  　　Q.　Ms. Pirumova, please answer that.
6  　　　MR. LEONOV:  I can't testify for you.
7  　　　Just answer Mr. Joffe's questions so he can
8  move on and we'll be fine with that -- please.
9  　　　THE WITNESS:  I don't know.
10 　　　MR. LEONOV:  Thank you so much for everyone.
11 　　　THE WITNESS:  I don't know.
12 BY MR. JOFFE:
13 　　Q.　Ms. Pirumova, I would like you to take a look
14 at the exhibit premarked Number 10.
15 　　　And please let me know when you've got it.
16 　　　THE REPORTER:  Just a second.  They're all out
17 of order.
18 　　　MR. JOFFE:  Thank you.
19 　　　THE WITNESS:  Okay.
20 　　　(Exhibit 10 previously marked)
21 BY MR. JOFFE:
22 　　Q.　Do you have that Exhibit 10 in front of you?
23 　　A.　I do.
24 　　Q.　Is it your E-mail?
25 　　A.　Yes.

Page 38

1    Q.   And from --
2         Yes.
3         And it is sent from victoria@icobox.io; is
4    that correct?
5    A.   Yes.
6    Q.   And do you see where at the end of it you put
7    "victoriacpo@icobox"?
8         Do you see that?
9    A.   Yes.
10   Q.   So is it fair to say that in this E-mail you
11   represent yourself as a CPO at ICOBox?
12   A.   I think so.
13   Q.   Thank you.
14        What was your responsibility as the CPO of
15   ICOBox?
16   A.   I didn't have any responsibility as a CPO of
17   ICOBox.
18   Q.   What did you do as a CPO?
19   A.   Nothing.
20   Q.   In that Exhibit 10 that you signed -- that you
21   sent as a CPO of ICOBox, it is in Russian.
22        You speak and read Russian; correct?
23        MR. LEONOV:  Objection.
24        Not objection, inquiry.
25        This is Roman Leonov.

Page 39

1         I don't see --
2         Oh, yes, it is in Russian.
3         I apologize.
4         Yes, I see.
5         Thank you, guys.
6         Sorry.  Strike everything I said.
7         THE WITNESS:  Yes.
8         MR. LEONOV:  Sorry about that.
9         THE WITNESS:  Yes, I do speak Russian.
10   BY MR. JOFFE:
11   Q.   So the E-mail is half in Russian and part in
12   English?
13   A.   Uh-huh, right.
14   Q.   And -- and you correct me if I translate
15   incorrectly, but it says that "Nickolay asked me to talk
16   to you about labor relations and independent
17   contractors.  I have a couple of things I want to
18   confirm with you."
19        Is that correct?
20   A.   Yes.
21   Q.   Do you recall what was the labor relations and
22   the independent contractors that you wanted to talk to
23   Mr. Morozov about?
24   A.   No.
25   Q.   Was it part of your responsibilities as a CPO

Page 40

1    to deal with labor relations and independent
2    contractors?
3    A.   No.
4    Q.   Why did you write that E-mail then?
5    A.   Because Nickolay asked me to.
6    Q.   And you signed it as a CPO because Nickolay
7    asked you to?
8         MR. LEONOV:  Objection.  There was no
9    signature.
10   BY MR. JOFFE:
11   Q.   You put in the line "CPO of ICOBox" because
12   Nickolay asked you to?
13   A.   I don't remember.
14   Q.   Do you know when ICOBox was founded?
15   A.   No.
16   Q.   Do you know who the founder of ICOBox was?
17   A.   I'm not sure, but I -- probably there were
18   several of them.
19   Q.   Can you please name them?
20   A.   Well, Nickolay was, as far as I know.
21        There was someone else.
22        Daria -- Michael.
23        I think that's --
24        Yeah, I think that's all.
25        Oh, there was one more.  I'm sorry.

Page 41

1         Anar was his name.  Yeah, Anar.
2    Q.   Thank you.
3         And what type of business did ICOBox conduct?
4    A.   They were providing services to some ICO
5    companies.
6    Q.   And what type of services did ICOBox provide?
7    A.   I think there were multiple types.  I'm not
8    sure.
9    Q.   And how was ICOBox making money from the
10   services that it provided?
11   A.   I don't know.
12   Q.   Do you know who ICOBox's customers were?
13   A.   No.  I don't think so.
14        No, I don't know.
15   Q.   Did you ever arrange meetings between ICOBox
16   representatives and potential customers?
17   A.   ICOBox and customers.
18        I don't think so.  I'm not sure.
19   Q.   Did ICOBox market any initial coin offerings
20   in the United States?
21   A.   I don't know.
22   Q.   Were you involved in ICOBox's business in the
23   United States?
24   A.   I'm not sure.
25        I worked for Nickolay, so I don't know if any

1  of his business involved ICOBox.
2      I don't know.  I'm not sure.
3      Q.   Well, can you explain to me, Ms. Pirumova, how
4  it is that you've provided to us a long list of
5  documents that, and there were many other documents in
6  this litigation, with your name and your ICOBox E-mail
7  on multiple communications, and now you don't remember
8  whether you did something for ICOBox?
9      And we'll go over some of those documents
10  today to refresh your recollection.
11      A.   Mr. Leonov asked me to look into my E-mail
12  and see any mentioning -- any words that -- or any
13  E-mails that mentioned Mr. Morozov, and so I did.
14      Q.   Only Mr. Morozov?
15      You didn't look for any communications with
16  Mr. Evdokimov, for example?
17      A.   Not from Mr. Morozov, but any E-mails that
18  mentioned Mr. Morozov -- including E-mails that I have
19  between other people, like Nickolay, or any E-mails that
20  I have that mentioned Mr. Morozov.
21      Q.   Were you asked to look for any other E-mails
22  that did not mention Mr. Morozov?
23      A.   I don't remember exact wording or -- exact
24  instructions that I was given.
25      Q.   Which office did you work from while you were

1  working with ICOBox?
2      A.   So I was working with Mr. Evdokimov, and, when
3  I worked with Mr. Evdokimov, I had several locations,
4  and one of them, the office, was at Embarcadero.
5      And, looking at the E-mail exhibit that you
6  provided, I could say, yes, it was Four Embarcadero
7  Center in San Francisco.
8      Q.   And was that the ICOBox office?
9      A.   I don't know whose exact office that was.
10      Q.   Well, who else worked out of that office?
11      Do you know?
12      A.   Well, there were several companies that were,
13  you know, sitting in -- in the area, so I don't know
14  which one exactly that was.
15      Q.   Okay.  Which other representatives of ICOBox
16  worked in that office?
17      A.   I'm sorry.
18      Could you please repeat that question again.
19      Q.   What other representatives of ICOBox worked
20  out of that office?
21      A.   Well, Nickolay, I think, is a representative
22  of ICOBox, so Nickolay was there.
23      Q.   Anybody else?
24      A.   I'm not sure whether other people that I've
25  seen were employees or representatives or -- yeah,

1  connected with ICOBox.
2      Q.   Which other people have you seen that you're
3  not sure about their status?
4      A.   There was a -- lawyer, I think, Alex
5  Yastremski, that I know.  They were -- another girl.
6      Okay.  Is that okay -- if I look at the --
7  what is it -- at the exhibit right now?
8      Q.   Well, just if you could see if you can recall
9  some of the names, and then we'll go over the exhibits.
10      A.   Okay.  Well, --
11      Q.   If you can recall any other names other than
12  Mr. Yastremski and Mr. Evdokimov.
13      A.   Yeah, I think that's all I can remember right
14  -- right away.
15      Q.   Did you --
16      A.   Oh, there was Mr. Morozov there.
17      Q.   Did Mr. Morozov work in that office?
18      A.   Yeah, I've seen him there.
19      He -- he was there.  We communicated, yeah.
20      Q.   When did you leave that office?
21      A.   It was either January or February 2018.
22      Q.   And do you know the reason why that office was
23  vacated?
24      A.   No.
25      Q.   Did ICOBox move to any other office?

1      A.   I don't think so.  I don't know.
2      Q.   Did ICOBox stop doing its business after it
3  moved out of the office?
4      A.   I don't know.
5      MR. LEONOV:  Dimitry, just to facilitate this,
6  can we make a distinction?
7      Because we did this on previous depositions,
8  and I believe this is helpful for me, if you don't mind.
9      And I'm not objecting.  I'm not saying
10  anything bad, so stop sanctioning me already.
11      Is there a difference between ICOBox, which is
12  -- and ICOBox Hub, Inc.?
13      And I'm not testifying.
14      I'm jut trying to figure out for myself.
15      Thank you so much.  You're doing a great job.
16  I'm actually learning.
17      Thank you.
18      MR. JOFFE:  I didn't mention Hub.
19      MR. LEONOV:  Thank you.
20      MR. JOFFE:  Stop making speaking objections.
21      MR. LEONOV:  I'm not making any objections.
22      MR. JOFFE:  If you want to clarify, she will
23  be able to do it.
24  BY MR. JOFFE:
25      Q.   Ms. Pirumova, do you -- do you know that

## Page 46

1 ICOBox was a Cayman Island company?
2 A. I know that. I was told it was.
3 Q. Did --
4 A. Yeah.
5 Q. Sorry?
6 A. I was told it was a Cayman Island company.
7 Q. So my question is that, from late 2017 until
8 sometime in January or February of 2018, ICOBox --
9 sorry -- ICOBox had an office at Four Embarcadero Center
10 in San Francisco; is that correct?
11 A. I'm not sure.
12 Q. Well, that's the office where you appear to
13 have worked at the time; is that correct?
14 A. Yes.
15 Q. So at some point you said that that office was
16 vacated, and all I'm trying to establish is whether
17 ICOBox then moved to another office, or discontinued its
18 operations, or what happened.
19 A. I don't know.
20 Q. Did you get paid for your work at ICOBox?
21 A. I got paid for my work for Mr. Nickolay
22 Evdokimov.
23 Q. Who paid you?
24 A. Nick, Nickolay.
25 Q. So, when you worked or signed your E-mails as

## Page 47

1 Chief Communications Officer, you were working
2 personally for Mr. Evdokimov?
3 A. Yes.
4 Q. And, when you signed your communications as
5 Chief People's Officer at ICOBox, you were still working
6 personally for Mr. Evdokimov?
7 A. Yes -- I believe so.
8 Q. And is that your testimony, that you were paid
9 by Mr. Evdokimov?
10 A. Yes.
11 Q. How did he pay you?
12 MR. LEONOV: Objection. Leading.
13 I'm tired of this. I need to take a break. I
14 personally am tired from this.
15 Can I take a break, please?
16 I need to recharge my phone. I'll reconvene.
17 Dimitry, I need to take a break.
18 Is that okay, Dimitry?
19 MR. JOFFE: I have a question.
20 MR. LEONOV: Well, after she answers it.
21 After --
22 Obviously, I need like five minutes.
23 I truly need to recharge my phone.
24 Of course, just finish.
25 Of course, please. Literally --

## Page 48

1 MR. JOFFE: Let's finish this line of
2 questioning.
3 MR. LEONOV: Of course. Of course.
4 Finish this line of questioning, and I'll call
5 you guys back.
6 BY MR. JOFFE:
7 Q. Ms. Pirumova?
8 A. Yes.
9 Q. The question was, I believe --
10 Let me find it.
11 How did Mr. Evdokimov pay you?
12 A. He paid me money, like salary.
13 Q. Were you a salaried employee of Mr. Evdokimov?
14 A. I'm not sure how to define a "salaried
15 employee," but --
16 Well, as I said, I was his assistant, so he
17 paid me for me being his assistant.
18 Q. Did he issue a check?
19 A. I don't think so. I don't remember him
20 issuing a check.
21 Q. Did he pay you in cash?
22 A. Yes, I think -- I think -- yes.
23 Q. Do you think or you're sure?
24 A. He definitely paid me in cash, but I don't
25 remember if he paid me in BTC at that time.

## Page 49

1 Maybe, maybe not.
2 I don't remember.
3 Q. You mentioned "salary."
4 Do you understand that you were working for
5 salary?
6 A. I don't see the difference between the salary
7 and between the -- money that he paid me as a payment
8 for my assistance.
9 Q. Did you receive a form W-2, --
10 A. No.
11 Q. -- which is typically given to salaried
12 employees?
13 A. No.
14 Q. You did not?
15 A. No.
16 Q. Did Mr. Evdokimov withhold any taxes from your
17 salary?
18 A. I don't know. I don't think so.
19 Q. Did you receive a Form 1099 from
20 Mr. Evdokimov?
21 A. No.
22 Q. Does Mr. Evdokimov speak English?
23 A. Not very well, as far as I can see, but I
24 don't know. I'm not sure.
25 Q. Do you know if Mr. Evdokimov was a CEO of

## Page 50

1  ICOBox?
2      A.   I don't know.
3      Q.   Did he play any role in the management of
4  ICOBox?
5      A.   Could you please repeat the question again.
6      Q.   Did Mr. Evdokimov play any role in the
7  management of ICOBox?
8      A.   I don't know.
9      Q.   What was your understanding of Mr. Evdokimov's
10 role at ICOBox?
11     A.   He was one of the founders.
12     Q.   Was he actively involved in the business of
13 ICOBox?
14     A.   I don't know.
15     Q.   Did he tell you the reason why ICOBox left the
16 office at Four Embarcadero Center?
17     A.   No.
18     Q.   To your knowledge did ICOBox continue its
19 business after it moved out of the office?
20     A.   I don't know.
21     Q.   MR. JOFFE:  Okay.  Mr. Leonov, you wanted to
22 take a break?
23         MR. LEONOV:  Whatever --
24     Please.
25     I just need to recharge my phone.  So I can

## Page 51

1  call you back, I promise.
2      Whenever you're ready.
3          MR. JOFFE:  Well, --
4          MR. LEONOV:  It will take like five minutes.
5  I just need to dial you from a different -- from a
6  number; is that okay?
7          MR. JOFFE:  Five minutes.  We're waiting for
8  you.
9          MR. LEONOV:  Eight minutes.
10     I'm not calling the witness.  Don't worry
11 about it, but I will call you back from a different
12 number.
13     To the same number, right, same access code?
14     Deal?  Good?
15         MR. JOFFE:  Yeah.
16         MR. LEONOV:  Thank you so much.  I will call
17 you back in five to eight minutes, I promise.
18     Thank you so much, guys.
19     (Thereupon a recess was taken at 1:15 p.m.
20     and the deposition resumed at 1:25 p.m.)
21         MR. LEONOV:  Okay.  I'm ready whenever Dimitry
22 is ready.
23         MR. JOFFE:  I am.
24 BY MR. JOFFE:
25     Q.   Ms. Pirumova, are you ready to resume?

## Page 52

1      A.   Yes.
2      Q.   Okay.  Thank you.
3      How many people to your knowledge work for
4  ICOBox?
5      A.   I don't know.
6      Q.   Do you know who was the head of sales at
7  ICOBox?
8      A.   No.
9      Q.   Do you know who was the head of strategy at
10 ICOBox?
11     A.   No.
12     Q.   When you started working for Mr. Evdokimov at
13 the end of 2017, did you already have authorization to
14 work in the United States?
15     A.   Yes.
16     Q.   When did you receive it?
17     A.   So my first authorization I received I think
18 in 2000 -- I think in 2000 -- no.
19     '16.
20     That was my first authorization, and then I
21 received my green card, and that was --
22     Yeah, I don't remember the dates.  I'm sorry.
23     Q.   But you were authorized to work since 2016;
24 correct?
25     A.   Yes.

## Page 53

1      So there must be a little of, I think,
2  explanation here.
3      So the authorization to work as a card, I
4  received, yes, in 2016 -- I think.
5      Yes, '16.  Right.
6      Okay.  Sorry.
7      Q.   Okay.  You said that there is some
8  explanation.
9      So you received the authorization to work in
10 2016; correct?
11     A.   Yes, and then I received my green card.
12     Yes, that's right.
13     Q.   Okay.  And you understand that to work in the
14 United States legally you have to have some type of
15 authorization, whether by green card or visa; correct?
16     A.   Generally, yes, I understand that.
17     Q.   Okay.  I want to look at the Exhibit 1 again.
18     A.   Okay.
19     Q.   And we've already looked at it, and it's an
20 E-mail from to you Mr. Morozov; correct?
21     A.   Yes.
22     Q.   And, if you see in the subject line it says
23 "Personnel at ICOBox Hub."
24     A.   That is correct.
25     Q.   Do you see that?

Page 54

1  A.  Yes.
2  Q.  And what was "ICOBox Hub"?
3  A.  I don't understand the question.
4  Q.  How was ICOBox Hub related to ICOBox?
5  A.  I don't know.
6  Q.  What was your role at the company called
7  ICOBox Hub?
8  A.  I didn't work for ICOBox Hub, so --
9  There was no role that I had -- at the moment,
10  yes.
11  Q.  Could you please take a look at this E-mail.
12  A.  Yes.
13  Q.  The text of the E-mail itself.
14  A.  Uh-huh, yes.
15  Q.  And you say in that E-mail all the employees
16  are qualified and have the right to work in the United
17  States.
18  Do you see that?
19  A.  Yes.
20  Q.  And then you list a number of employees?
21  A.  Yes.
22  Q.  Correct?
23  A.  Yes.
24  Q.  All right.  And number 3 on that list is
25  Victoria Pirumova, and it says "W-2 annually"?

Page 55

1  A.  Correct.
2  Q.  And was it -- an employee of which company?
3  A.  These people were not employees yet.
4  They were supposed to be employees of the
5  ICOBox Hub.  They were supposed to become employees.
6  Q.  Including you; correct?
7  A.  Correct.
8  Q.  And did any of these people ever become
9  employees of ICOBox Hub?
10  A.  I'm not sure, but I don't --
11  I didn't for sure.  I didn't become.  I don't
12  know about others.
13  Q.  Why didn't you become an employee of ICOBox
14  Hub?
15  A.  Because the company didn't operate, as far as
16  I know.
17  Q.  Why did the company not operate?
18  Do you know?
19  A.  No.
20  Q.  The first person on the list is Alexandra
21  Syniacheva, S-y-n-i-a-c-h-e-v-a.
22  Do you see that?
23  A.  Yes.
24  Q.  Do you know Ms. Syniacheva?
25  A.  Yes.

Page 56

1  Q.  Have you personally met her?
2  A.  Yes.
3  Q.  And where did you meet her?
4  A.  In several places.
5  Do you mean the first time I met her or --
6  Q.  Did you meet her in the San Francisco office?
7  A.  So I met her --
8  Well, I met her at the gym the first time, but
9  then --
10  Yes, I've seen her in our San Francisco
11  office.
12  Q.  What did she do in the San Francisco office?
13  A.  I don't remember her role.
14  Q.  I'm not asking about specific role, but what
15  did she actually do?
16  Did she meet with clients or do any work in
17  the office?
18  What did she do?
19  A.  I'm not sure exactly, yeah, what she did, but
20  maybe she met some clients.
21  I'm not sure.
22  Q.  Did -- did you arrange any meetings between
23  Ms. Syniacheva and clients?
24  A.  For her I did not arrange meetings.
25  Q.  Do you know how Ms. Syniacheva was paid?

Page 57

1  A.  Yes.
2  MR. JOFFE:  I'm sorry.  There is a lot of
3  noise.  I don't know where it's coming from.
4  I suspect it's from Mr. Leonov.
5  MR. LEONOV:  Not from my end.  I'm staying
6  quiet.
7  MR. JOFFE:  Okay.  Thank you.
8  MR. LEONOV:  I apologize.
9  Thank you, guys.
10  BY MR. JOFFE:
11  Q.  How was Ms. Syniacheva paid?
12  A.  I think she was paid also in cash.
13  Q.  Who paid her cash?
14  A.  Nick.
15  Q.  Nick personally paid her cash?
16  A.  Yes.
17  Q.  Did you ever pay her cash?
18  A.  Maybe Nick asked me maybe one or two times to
19  give it to her, but generally it was Nick who was
20  giving.
21  Q.  So you gave her cash on Nick Evdokimov's
22  behalf; correct?
23  A.  Yes.
24  Q.  Do you know what was that payment for?
25  A.  I assume it was for her work.

## Page 58

1   Q.   For work for ICOBox or ICOBox Hub?
2   A.   Well, I don't know.
3   Q.   But was it for one or the other?
4   A.   I don't know.
5   Q.   Did you pay her in the United States?
6   A.   I didn't pay her. Nick paid her.
7   Q.   When you did give her cash physically, the
8   location was in the United States?
9   A.   Yes.
10  Q.   Did you know that Ms. Syniacheva had no
11  authorization to work in the United States?
12  A.   No.
13  Q.   Did you pay cash to any other representatives
14  of ICOBox?
15  A.   I don't remember. I don't think so.
16  Q.   Did you pay cash to Mr. Yastremski?
17  A.   I don't remember giving him cash.
18  Q.   Do you remember giving cash to anyone else?
19  A.   I don't remember.
20  Q.   Do you recall Mr. Evdokimov paying cash to any
21  other representatives of ICOBox?
22  A.   I don't know.
23  Q.   Did Mr. Evdokimov instruct you to pay cash to
24  any other representatives of ICOBox?
25  A.   I'm sorry.

## Page 59

1       Could you please repeat the question.
2   Q.   Did Mr. Evdokimov instruct you to give cash,
3   to pay cash, to any other representatives of ICOBox?
4   A.   Yeah, I don't remember.
5   Q.   Could you please take a look at Exhibit Number
6   2.
7       THE WITNESS: Thank you. Yes.
8       (Exhibit 2 previously marked.)
9   BY MR. JOFFE:
10  Q.   It's a two-page E-mail.
11      Is that what you have in front of you?
12  A.   Yes.
13  Q.   And I believe you're copied on that E-mail; is
14  that correct?
15  A.   Yes.
16  Q.   The E-mail is from Mr. Morozov, and it states
17  in the subject line "L-1A Nonimmigrant Visa
18  Classification;" is that correct?
19  A.   Yes.
20  Q.   Okay. I want you to look at the second page
21  of this E-mail, at the very bottom.
22  A.   Oh.
23  Q.   It says "Shchetinin," S-h-c-h-e-t-i-n-i-n?
24  A.   Uh-huh, yes.
25  Q.   And it says "Head of Sales, ICOBox"?

## Page 60

1   A.   Yes.
2   Q.   Do you know Mr. Shchetinin?
3   A.   Yes.
4   Q.   Do you have any reason to doubt that
5   Mr. Shchetinin was the head of sales of ICOBox?
6   A.   I don't know. I didn't work with him in the
7   capacity of Head of Sales or -- so I don't know.
8   Q.   What capacity did you work with him?
9   A.   I communicated with him, but I didn't work
10  with him.
11  Q.   Was he physically present in the San Francisco
12  office from time-to-time?
13  A.   I've seen him several times.
14  Q.   What did he do in the offices?
15  A.   Attended maybe conferences.
16      I'm not sure.
17  Q.   What conferences did he attend?
18  A.   I don't remember the names. Maybe --
19      I don't know. I don't remember.
20  Q.   Do you recall that Mr. Shchetinin did not have
21  authority to work in the United States?
22  A.   Yeah, I see it in the E-mail.
23      MR. JOFFE: Objection. Leading questions.
24      You're asking --
25      This is Roman Leonov.

## Page 61

1       You're asking counsel to testify.
2       Answer to the best of your ability, please,
3   Victoria.
4       Thank you so much, both of -- and everyone.
5       MR. JOFFE: Stop. Stop interrupting and
6   telling the witness what to do.
7       MR. LEONOV: I'm waiting 'til the end of your
8   question, and I'm not objecting; okay?
9       MR. JOFFE: Then -- then don't speak at all.
10      MR. LEONOV: Oh. You're going to order me not
11  to do things?
12      Okay, Dimitry, that's it.
13      MR. JOFFE: I'm not ordering you not to do
14  things.
15      MR. LEONOV: Okay. You dictate me the rules.
16      I'm confused.
17      Come on. Stop.
18      Really.
19      I don't understand. I'm confused.
20      You confuse me, Dimitry. You confuse me.
21      But go ahead, please, to the best of your
22  abilities.
23      Thank you.
24      You're doing a great job. I commend you.
25      Thank you.

Page 62

1    Stop sanctioning me already; all right?
2    I don't have enough money to pay for the
3    sanctions; all right?
4    Okay?
5    Thank you very much.
6    Please move on.
7    I'm personally confused.
8    Thank you, guys.
9  BY MR. JOFFE:
10   Q.   Ms. Pirumova, did Mr. Shchetinin have
11  authority to work in the United States?
12   A.   I don't know.
13   Q.   Did you have a chance to review this E-mail
14  that's marked Exhibit 2?
15   A.   Yes.  I'm looking at it right now.
16   Q.   Well, let me know when you're done looking at
17  it so I can ask the question.
18   A.   Okay.  I'm done.
19   Q.   Do you see that on page 1 of this exhibit,
20  starting halfway down, Mr. Morozov writes that
21  Mr. Shchetinin needs an immigration attorney?
22   A.   Yes.
23   Q.   Do you see that?
24   A.   Yes.
25   Q.   And that Mr. Morozov asks that immigration

Page 63

1  attorney should be paid?
2    A.   Yes.
3    Q.   And do you see immediately above Mr. Morozov's
4  E-mail there is an E-mail, from what it says, Nick
5  Evdokimov, but it says from you at the end of the
6  E-mail?
7    It says "Victoria."
8    Do you see that?
9    A.   Yes.
10   Q.   Did you have access to Mr. Evdokimov's E-mail
11  box?
12   MR. LEONOV:  Excuse me.
13   Oh.  You mean in Russian?
14   I apologize.
15   Oh, I see it.
16   I apologize.
17   From 2018.
18   I just want to make sure I'm looking at the
19  same document; right?
20   Are we looking at the same thing?
21   So it says "Victoria;" correct?
22   I just want to make sure.
23   Yes, Dimitry?
24   Am I looking at the same document?
25   MR. JOFFE:  If you're looking at Exhibit 2,

Page 64

1  you're looking at the same document, yes.
2    MR. LEONOV:  Yeah, there we go.
3    Thank you.  I just wanted to make sure I found
4  the page.
5    Thank you.  Thank you very much.  Thank you.
6  BY MR. JOFFE:
7    Q.   There was a pending question, Ms. Pirumova.
8    Did you have access to Mr. Evdokimov's E-mail
9  box?
10   A.   Yes.
11   Q.   And you wrote E-mail from that box?
12   A.   Yes.
13   Q.   With your name on it; correct?
14   A.   Yes.
15   Q.   So were you aware that Mr. Shchetinin needs an
16  immigration attorney?
17   A.   Yes, that's what Mr. Morozov wrote in the
18  E-mail.
19   Q.   Correct.
20   And above your E-mail there is actually an
21  E-mail from Mr. Shchetinin.
22   Do you see that one?
23   A.   Yes.
24   Q.   It's again, in Russian, but Mr. Shchetinin is
25  asking colleagues if there are any feedback on this

Page 65

1  question, perhaps he needs some more information from
2  me, he says.
3    Do you see that?
4    A.   Yes.
5    Q.   So is it clear that Mr. Shchetinin did not
6  have immigration -- did not have authority to work in
7  the United States at the time?
8    MR. LEONOV:  Objection.
9    No, no, no, no, no.
10   She's not an attorney.
11   Stop this, Dimitry.  This stops right now.
12   She is not --
13   Please answer the question to the best of your
14  ability.
15   Dimitry, stop it.
16   You're asking, counsel, leading conclusions.
17  That is sanctionable.
18   MR. JOFFE:  Make your objections.  Stop
19  telling the witness what to say.
20   MR. LEONOV:  I am not telling the witness.  I
21  did not speak to the witness.
22   I went to recharge my phone, believe you me;
23  okay?
24   So please answer --
25   But, seriously, I just know where you're

Page 66

1    going, and this is great.
2         However, me, I'm --
3         You're asking for legal conclusions.
4         But okay.
5         Victoria, answer to the best of your ability,
6    please.
7         Thank you, Dimitry.
8    I need to make my objections.  Otherwise, what
9    and I doing over here?
10        THE WITNESS:  Could you please repeat the
11   question again?
12        I'm sorry.
13   BY MR. LEONOV:
14        Q.   Going back to that question --
15        A.   Dimitry, could you please repeat the question
16   again.
17        Q.   Yes.
18        A.   Thank you.
19        Q.   Is it clear that Mr. Shchetinin did not have
20   authority to -- authorization to work in the United
21   States --
22        A.   No.
23        Q.   -- at that time?
24        A.   No.
25        Q.   Why was --

Page 67

1         Why was he in need of an immigration attorney?
2         A.   I don't know.
3         Q.   Did you resolve that question?
4         A.   That he needed an attorney?
5         I didn't resolve that question, no.
6         Q.   Your E-mail states "We will discuss that
7    question and come back to you."
8         It's in Russian, but I'm translating.
9         And let me know if that's not a fair
10   translation.
11        Do you see that?
12        A.   Yes.
13        MR. LEONOV:  This is Roman Leonov.
14   I have no objection to the translation.
15   Thank you very much.
16   BY MR. JOFFE:
17        Q.   Did you --
18        Did you discuss that question with anyone?
19        A.   I don't remember.
20        Q.   Did you come back to Mr. Shchetinin's with any
21   resolution?
22        A.   I don't think so.
23        Q.   And why not?
24        A.   Because I didn't know the resolution?
25        Q.   Did it surprise you that the head of sales of

Page 68

1    ICOBox needed an immigration lawyer?
2         A.   No.
3         Q.   Why not?
4         A.   Because many people in the United States need
5    immigration lawyers.
6         Q.   Mr. Shchetinin was working at ICOBox Hub;
7    correct?
8         We just established that?
9         A.   No, I never said that Mr. Shchetinin was
10   working for ICOBox Hub.
11        Q.   I asked you if you had any reason to doubt
12   that he was Head of Sales of ICOBox Hub -- ICOBox.
13        My apology.
14        MR. LEONOV:  ICOBox or was it ICOBox Hub?
15        MR. JOFFE:  ICOBox.  ICOBox.
16        MR. LEONOV:  Thank you so much for clarifying
17   to me; okay?
18        Thank you.
19        Okay.  Stop sanctioning me.
20        I'm just listening.  I'm very interested.
21   Thank you.
22   BY MR. JOFFE:
23        Q.   There was a question whether Mr. Shchetinin
24   was head of sales of ICOBox.
25        A.   Well, maybe he was.  I'm not sure.

Page 69

1         I'm sorry.
2         Could you please repeat again.
3         Q.   Can --
4         Could I repeat my question?
5         I think you answered it already.
6         A.   I think I did.
7         Q.   You said, "Well, maybe he was.  I'm not sure."
8         A.   Yes.
9         Q.   That's what you said.
10        A.   That is correct.
11        Q.   Can you please take a look at Exhibit Number
12   3.
13        A.   One second please.
14        Uh-huh.
15        (Exhibit 3 previously marked)
16        MR. JOFFE:  Thank you.
17        THE WITNESS:  Yes.  Yes.
18   BY MR. JOFFE:
19        Q.   And do you see that this is an E-mail from
20   Mr. Morozov?
21        A.   Yes.
22        Q.   With the subject line "personnel at ICOBox
23   Hub"?
24        A.   Yes.
25        Q.   And you are the recipient of that E-mail;

## Page 70

1  correct?
2      A.   Yes.
3      Q.   And this E-mail response to your E-mail that
4  we already looked at as Exhibit 1, which lists 1099s and
5  W-2s and states that all the employees are qualified and
6  have right to work in the United States?
7      A.   Yes.
8      Q.   Do you see that?
9      A.   Yes.
10     Q.   And do you see that Mr. Morozov in his E-mail
11 says that "We need to confirm employment authorizations
12 for all suggested employees"?
13          Do you see that?
14     A.   Yes.
15     Q.   Did you confirm employment authorization for
16 the suggested employees?
17     A.   No.
18     Q.   Why not?
19     A.   Because I am not an attorney -- and it was not
20 in my functions.
21     Q.   But in the E-mail below you represented all
22 the employees below are qualified and able to work in
23 the United States.
24          MR. LEONOV:  Counsel, you're testifying.  Stop
25 badgering the witness.

## Page 71

1          This is Roman Leonov.
2          Stop.  I understand where you're going.  You
3  keep doing this.
4          I understand.
5          She's testifying, but I have --
6          Now, you know my objection literally.
7          Please, Dimitri, I know where you're going,
8  and this is good.  This is good for all of us -- maybe
9  not so much for you, for my alleged sanctions.
10         Just please stop, because you're confusing me.
11         She'll explain it to you.
12         And enough is enough, Dimitry.
13         Nevertheless, Victoria, answer to the best of
14 your ability, --
15         THE WITNESS:  Of course.
16         MR. LEONOV:  -- please.
17         Thank you.
18         THE WITNESS:  Yes, I did state --
19         MR. JOFFE:  Stop telling the witness what to
20 do.
21         State the objection, and let's move on.
22 You've wasted enough time, Mr. Leonov.
23 BY MR. JOFFE:
24     Q.   Ms. Pirumova, I'll repeat the question.
25     A.   Uh-huh.

## Page 72

1      Q.   In your E-mail to Mr. Morozov and others, you
2  say all the employees below are qualified and have the
3  right to work in the United States.
4          You see that; correct?
5      A.   Yes.
6          MR. LEONOV:  I don't see that.
7          How come I don't see that?
8          MR. JOFFE:  Mr. Leonov, --
9          MR. LEONOV:  Dimitry, I'm not testifying.  I'm
10 just --
11 BY MR. JOFFE:
12     Q.   The first page of Exhibit 3, Ms. Pirumova --
13         MR. LEONOV:  So I know --
14         Listen, where --
15         Oh, please list below the paying for services
16 the documents confirming the rights.
17         Is that what --
18         I'm just trying to look at Exhibit 3 --
19         I mean, that's Exhibit 2 on your --
20         It's Exhibit 2 on your attachments, but it's
21 Exhibit 3 as marked; correct?
22         Yeah, it is correct.
23         MR. JOFFE:  Ms. --
24         I'm not asking you, Mr. Leonov.
25         I'm asking the witness.  Stop interrupting me

## Page 73

1  or interrupting the witness.  Stop testifying for her.
2          MR. LEONOV:  I'm not --
3  BY MR. JOFFE:
4      Q.   On the first page of Exhibit 3 --
5          Ms. Pirumova?
6      A.   Yes.
7      Q.   Do you see that you on January 10th, 2018, you
8  wrote to Mr. Morozov --
9      A.   Yes.
10     Q.   -- the E-mail that appears on Exhibit 3, page
11 1?
12         Do you see that?
13     A.   Yes.
14     Q.   In that E-mail don't you say that all the
15 employees below qualify and have right to work in the
16 U.S.?
17     A.   Yes.
18     Q.   Yes.
19         And do you see that in response to that E-mail
20 Mr. Morozov writes "We need -- to proceed we need to
21 confirm employment authorizations for all suggested
22 employees"?
23     A.   Yes.
24     Q.   Do you see that?
25     A.   Yes.

Page 74

1      Q.   And my question was, did you confirm the
2   authorization for all suggested employees?
3      A.   And I answered I did not.
4      Q.   And you answered --
5           And your answer was, no, you didn't; correct?
6      A.   Correct.
7           MR. LEONOV: Oh, Dimitry, this must stop.
8           Even the witness is saying that she answered.
9           Come on.
10          Sanctions really?
11          Let's do it.
12          Stop.
13   BY MR. JOFFE:
14     Q.   My question was, why not?
15     A.   Because, as I said, --
16          MR. LEONOV: You're not -- you're not going to
17   sanction me? Okay. Go ahead.
18          Victoria, please, tell Dimitry. Let's move
19   on.
20          You're doing a great job.
21          Dimitry, thank you. This is to the merits at
22   least a little bit.
23          Thank you.
24          Get it?
25          Thank you. You going to thank me for thanking

Page 75

1   you, too?
2           THE WITNESS: Because I am not an attorney to
3   verify the employment authorizations for suggested
4   employees as Mr. Morozov instructed doing that through
5   E-Verify.
6   BY MR. JOFFE:
7      Q.   What was the basis for your statement that all
8   the employees have the right to work in United States?
9      A.   I asked them.
10     Q.   And -- do I understand it correctly, you
11  didn't verify the employment status?
12     A.   No, I did not verify.
13     Q.   You just took their word for it; correct?
14     A.   Correct.
15     Q.   Who was Alexa Lopez?
16     A.   She was --
17          Who she was?
18          What do you mean by "who she was"?
19     Q.   Do you know a person by the name Alexa Lopez?
20     A.   Yes.
21     Q.   Do you know if she worked for ICOBox?
22     A.   I don't know.
23     Q.   I'd like to ask you to look at Exhibit Number
24  8.
25     A.   Just one second.

Page 76

1           MR. JOFFE: Oh. Sorry. I apologize.
2           Exhibit Number 9.
3           MR. LEONOV: Dimitry Exhibit Number 9 is --
4           MR. JOFFE: Exhibit Number 9.
5           MR. LEONOV: Thank you.
6           THE WITNESS: Thank you. I have it in front
7   of me.
8           (Exhibit 9 previously marked.)
9   BY MR. JOFFE:
10     Q.   Okay. I ask you to look at the last -- second
11  page of the exhibit.
12     A.   Yes.
13     Q.   And do you see at the very bottom it says
14  "Alexa Lopez, Head of Strategy at ICOBox"?
15     A.   Oh, okay.
16          Yes, I see.
17     Q.   Do you see that?
18     A.   Yes.
19     Q.   Does it refresh your recollection that Ms.
20  Lopez worked for ICOBox?
21     A.   Yeah, I'm not sure.
22          I see the signature on the E-mail, but I'm not
23  -- I don't know if she worked for ICOBox.
24          I don't know. I can't -- say.
25     Q.   It has an E-mail box --

Page 77

1      A.   Yeah.
2      Q.   -- that is alexalopez@icobox?
3      A.   Yeah.
4      Q.   Do you see that?
5      A.   Yes.
6      Q.   And she also puts ICOBox website at the end of
7   her E-mail signature block?
8      A.   Yes.
9      Q.   And she states there is Head of Strategy
10  at ICOBox.
11     A.   Uh-huh.
12     Q.   Do you see that in the E-mail?
13     A.   Yes.
14     Q.   Is there any reason not to believe that --
15          MR. LEONOV: Dimitry, objection. Objection.
16          Dimitry, please.
17          This is all --
18          Please. If you want to ask Alexa, ask Alexa.
19          What you're asking for --
20          You're testifying.
21          You're threatening me for sanctions on the
22  record for no reason -- is my opinion.
23          You're doing a great job, and I thank you for
24  it, and for my short break so I could recharge my phone.
25          You're asking for -- you're eliciting

Page 78

```
 1  testimony --
 2      MR. JOFFE:  Please stop interrupting me every
 3  five minutes.  Please stop it.
 4      You should state your objection briefly.
 5      MR. LEONOV:  I'm confused, Dimitry.
 6      But please --
 7      I am confused.
 8      Victoria is there.  I'm not even close to her.
 9  Everything is good.
10      I am confused.  You're asking questions for
11  people who told you don't know -- don't know, or if you
12  want to ask questions from Ms. Lopez, fine.
13      But in general this is your deposition.
14  Please proceed.
15      And I thank you for getting to the merits, and
16  I apologize if I caused any inconveniences.
17      Thank you.
18  BY MR. JOFFE:
19   Q.   Ms. Pirumova, we saw one of the exhibits where
20  you call yourself Chief People's Officer of ICOBox;
21  correct?
22   A.   Uh-huh, yes.
23   Q.   And there is a -- this E-mail where Alexa
24  Lopez calls herself Head of Strategy of ICOBox; correct?
25   A.   Yes.
```

Page 79

```
 1   Q.   Is there any reason for you not to believe
 2  that Alexa Lopez was Head of Strategy at ICOBox?
 3   A.   I don't know.
 4   Q.   You don't know whether you have a reason not
 5  to believe her?
 6   A.   I didn't know what she was doing exactly at
 7  ICOBox or generally.
 8   Q.   Well, did you meet her at San Francisco?
 9   A.   I did.
10   Q.   What was she doing there?
11      MR. LEONOV:  Objection.  Stop this.
12      This is the fifth time I'm asking -- I'm
13  making this objection for asked and answered.
14      Dimitry, please move on or have the transcript
15  read back -- respectfully; okay?
16      MR. JOFFE:  State your objection, and we'll
17  move on.
18      MR. LEONOV:  Please move on.  Please, Dimitry.
19      But, Victoria, please repeat it.
20      Thank you again.
21      But this must come to an end.
22      My other battery is going to run out, and
23  that's about it, which is, by the way, Dimitry, your
24  fault, because you delayed the deposition, and you're
25  sanctioning me.
```

Page 80

```
 1      So you know what?
 2      Please move on.
 3      Thank you so much.
 4  BY MR. JOFFE:
 5   Q.   Ms. Pirumova, my question was, what was Ms.
 6  Lopez doing there?
 7   A.   I don't know.
 8   Q.   Was she doing anything work related?
 9   A.   I'm not sure.
10      She was --
11      She was coming to the office, and I've seen
12  her.  We spoke sometimes.
13      She mostly was with Nick.
14      Yeah, I don't -- I'm not sure what exactly she
15  was doing.
16   Q.   Do you know how she was paid?
17   A.   Yes.
18   Q.   And how was she paid?
19   A.   In cash.
20   Q.   Who paid her cash?
21   A.   Nick paid her cash, and he asked me, I think,
22  yeah, to give her cash, too, maybe one or two times.  I
23  don't remember exactly how many times or -- yeah.
24   Q.   Was it more than once?
25   A.   Maybe two times.
```

Page 81

```
 1      I don't remember.
 2   Q.   Do you know if Ms. Lopez had permission to
 3  work in the United States?
 4   A.   I'm not a hundred percent sure.
 5   Q.   Did you have any doubt whether she was
 6  authorized to work in the United States?
 7   A.   I didn't --
 8      MR. LEONOV:  Objection.  Asked --
 9      Dimitry, don't ask these questions or I will
10  stop this deposition.
11      MR. JOFFE:  I will repeat the question.
12  BY MR. JOFFE:
13   Q.   Did you have any doubts whether she was
14  authorized to work in the United States?
15   A.   I didn't have doubts that Alexa had employment
16  authorization to work in the United States.
17   Q.   Your previous answer was "I'm not a hundred
18  percent sure"?
19   A.   Yes.
20   Q.   So I'm just trying to explore that.
21      Why were you not sure?
22      MR. LEONOV:  I'm putting on the record because
23  you're confusing the witness.  You're confusing the
24  witness.  You're also confusing counsel.
25      So let that be on the record too; okay,
```

Page 82

```
1   Dimitry?
2         I'm not sure how this is relevant to this
3   case.  I'm not saying to the witness not to answer.
4         You're confusing everyone in your eliciting
5   testimony, threatening sanctions.
6         And I don't even know what you're asking, and
7   I'm not testifying.
8         Victoria, to the best of your abilities.
9         Objections may be preserved, but, Dimitry, I
10  hope we can get to the rest of the exhibits and get it
11  done with.
12        Thank you very much once again.
13        THE WITNESS:  At the time I didn't --
14  BY MR. JOFFE:
15    Q.  Ms. Pirumova, is that your testimony today,
16  that you didn't have any doubt that Ms. Lopez had
17  authority to work in the United States?
18    A.  Correct.
19    Q.  That same exhibit, Exhibit Number 9, --
20    A.  Uh-huh.
21    Q.  -- also has Yana Kunitsky.
22        Do you see her name --
23    A.  Yes.
24    Q.  -- on the E-mail chain?
25        Do you know --
```

Page 83

```
1         Did you know Yana Kunitsky?
2     A.  Sounds familiar.
3     Q.  Have you met her?
4     A.  I think so, yes.
5     Q.  Where did you meet her?
6     A.  I think she was in the office, too.
7     Q.  In the San Francisco office?
8     A.  Yes.
9     Q.  And you see that she is using an ICOBox E-mail
10  address as well?
11        Do you see that?
12    A.  Yes.
13    Q.  What was she doing for ICOBox?
14    A.  I don't know.
15        MR. LEONOV:  Excuse me.
16        Can you please ask the witness.
17  BY MR. JOFFE:
18    Q.  What did she do in the San Francisco office?
19    A.  I don't know.
20    Q.  How was Ms. Kunitsky paid?
21    A.  I don't know.
22    Q.  Was she paid in cash?
23    A.  I don't know.
24    Q.  Okay.  Can you take a look at Exhibit 8,
25  please.
```

Page 84

```
1         MR. LEONOV:  God bless.
2         (Exhibit 8 previously marked.)
3         THE WITNESS:  Yes, I'm looking at it right
4   now.
5   BY MR. JOFFE:
6     Q.  And do you recognize this as your E-mail from
7   November 20th, 2017?
8     A.  Yes, yes.
9     Q.  And it is sent to Mr. Morozov; correct?
10    A.  Yes.
11    Q.  And it appears to be from the E-mail that this
12  is first communication with Mr. Morozov; correct?
13    A.  Maybe, but I don't remember.
14    Q.  And it says "Hi, Eugene.  My name is Victoria,
15  and I'm assisting Nick."
16        Do you see that?
17    A.  Yes.
18    Q.  So is it fair to say, -- to assume that this
19  is your introduction?
20        MR. LEONOV:  You know what, Dimitry?
21        This stops now.  Stop saying "fair."
22        You ask if it's --
23        You know what?
24        Dimitry stop.  Move on.
25        Because, to me it's not fair.
```

Page 85

```
1         To me --
2         MR. JOFFE:  Did you make an objection?  Did
3   you make an objection?
4         MR. LEONOV:  I'm not --
5         I'm asking as a personal normal question to
6   you as an attorney and as an individual, and it can be
7   off the record.
8         MR. JOFFE:  What's the basis of your
9   objection?
10        MR. LEONOV:  I don't understand.
11        You're saying it's the first, and you're
12  putting words in the person's mouth, which confuses
13  everyone and also confuses the transcript, which is
14  exactly what you have been doing in order to seek
15  sanctions, because that's all you can do.
16        My assumption is --
17        Forget the assumptions.  We'll deal with it
18  later.
19        Dimitry, I just do not personally see whether
20  the question, is it your first time --
21        I'm not coaching my witness.  I am not.
22        She's not.
23        She is doing this as a courtesy.  So am I, and
24  so are you, and so is the Reporter.
25        I am confused.  If you're confusing me --
```

Page 86

1    I am confused. That's all I ask -- that's it.
2    And there's no objections. There are none,
3  and there will be none.
4    But, please, let's get to it. You've been
5  getting to the merit.
6    Did I make any objections?
7    No, I have not.
8    All I've heard is threats of sanctions and
9  everything else.
10    I've heard repeated questions consistently
11  where I ask the Reporter to read it back, and that's
12  about all that I have done.
13    Thank you very much.
14    Now, if you want to deconfuse me, that's fine.
15    If you recognize, Victoria answers all your
16  questions.
17    I objected because I'm confused -- sometimes.
18    Thank you in advance.
19  BY MR. JOFFE:
20    Q.   Ms. Pirumova, is it fair to say that this is
21  an introduction to Mr. Morozov?
22    A.   I'm not sure. I assume it was, but maybe
23  there was another communication.
24    I don't remember.
25    Q.   Okay. And you see Ms. Lopez's E-mail in the

Page 87

1  -- in the middle of the page, first page of Exhibit 8?
2    A.   Yes, I see.
3    Q.   And to --
4    In her E-mail number 1 she refers to Nick and
5  Natalia will be back.
6    Do you see that?
7    A.   Yes.
8    Q.   Do you know who Natalia referred to in that
9  E-mail is?
10    A.   No.
11    Q.   And in line 3 of Ms. Lopez's E-mail she says
12  "I usually send contracts directly to clients."
13    Do you see that?
14    A.   Yes.
15    Q.   Do you know which contracts Ms. Lopez was
16  referring to?
17    A.   No. I have no idea.
18    Q.   I would like you to take a look at Exhibit 6,
19  please.
20    (Exhibit 6 previously marked.)
21    THE WITNESS: Yes. I'm looking at it right
22  now.
23  BY MR. JOFFE:
24    Q.   And you see it?
25    A.   Yes.

Page 88

1    Q.   This E-mail looks like it's sent from
2  natalia@icobox.io?
3    A.   Uh-huh.
4    Q.   And you're copied on that E-mail; is that
5  correct?
6    A.   Yes.
7    Q.   And the subject line is --
8    Again, it's in Russian, but the translation
9  would read "Materials on startups for ICOBox Hub, Inc.;"
10  is that correct?
11    A.   Yes.
12    Q.   Do you know who Natalia is?
13    A.   I don't remember.
14    Q.   You don't remember her last name or you don't
15  remember this person at all?
16    A.   I don't remember this person.
17    Q.   Does the last name Arshovskaya (ph.) remind
18  you who Natalia was?
19    A.   Natalia Arshovskaya?
20    No.
21    Q.   Okay. Yeah.
22    Maybe Exhibit 7 will remind you, but let's
23  take a look at Exhibit 7.
24    THE WITNESS: Just one second.
25    MR. JOFFE: Thank you.

Page 89

1    (Exhibit 7 previously marked.)
2    THE WITNESS: Thank you. Okay. Okay.
3  I'm looking at it.
4  BY MR. JOFFE:
5    Q.   Do you see Exhibit 7?
6    A.   Uh-huh.
7    Q.   Are you able to review it?
8    A.   I'm looking at it right now.
9    Yes, I'm looking at it.
10    Q.   Okay.
11    A.   Okay.
12    Q.   Okay. So this is an E-mail from Nick Morozov,
13  and its subject line says "VIP Clients," and you are in
14  the cc line of that E-mail; is that correct?
15    A.   Yes.
16    Q.   And you see that that E-mail --
17    MR. LEONOV: Wait, wait, wait.
18    I will stop you right there. I will stop you
19  right there now.
20    You are also copied in that cc, so either --
21    You understand where I'm going with this?
22    You are also copied within that E-mail, so do
23  you want to testify?
24    Because that's what you have been doing,
25  Dimitry.

Page 90

1    MR. JOFFE: Did you make your objection?
2    Did you make your objection?
3    MR. LEONOV: I am not.
4    I'm asking you --
5    I am not making an objection. I'm making a
6    notice, because I like this E-mail, but you're copied
7    there, too.
8        If you're asking about it, about somebody
9    being copied, you should also be afforded the ability to
10   ask about your copy, and, if that's not correct, then
11   we'll see what happens.
12       That being said, please let Victoria answer
13   and get to the point.
14       You've been doing a great job, and I thank you
15   for your courtesies, all of you, and myself, thank you.
16       Just keep that in mind.
17       You're copied on the same E-mail, Dimitry.
18   BY MR. JOFFE:
19   Q.   Ms. Pirumova?
20   A.   Yes.
21   Q.   My question is, do you see that Mr. Morozov's
22   E-mail is forwarding another E-mail from natalia@icobox?
23       Do you see that?
24   A.   Yes, I see that.
25   Q.   And on page 2 of that E-mail Natalia states

Page 91

1    that she's Investment Director at ICOBox Fund, San
2    Francisco.
3        Do you see that?
4    A.   Yes, I see that.
5    Q.   And on top of page 2 of Exhibit 7 in that
6    E-mail Natalia writes "To give you a better perspective,
7    ICOBox Fund was founded by the team of ICOBox."
8        Do you see that?
9    A.   Yes.
10   Q.   Are you familiar with the ICOBox Fund?
11   A.   I don't remember hearing that.
12       Yeah, I'm not sure.
13       MR. LENOV: Dimitry, are you referring to
14   Defendants who were -- who are part of the Defendants?
15       I'm just trying to clarify for myself.
16       MR. JOFFE: I'm referring to Natalia, who is
17   Investment Director of ICOBox Funds.
18       MR. LENOV: You mentioned ICOBox Fund, and I
19   believe it was one of the Defendants in this action.
20       MR. JOFFE: It was not.
21       MR. LEONOV: It was not? Okay.
22   BY MR. JOFFE:
23   Q.   Ms. Pirumova?
24   A.   Yes.
25       MR. LEONOV: All right.

Page 92

1    MR. JOFFE:
2    Q.   Is it your testimony you don't know who
3    Natalia is?
4    A.   No, I don't remember --
5        I'm not --
6        Yeah, I'm not sure.
7        That's not --
8        Yeah, I'm not sure. I don't remember.
9        Yeah, I don't remember.
10   Q.   I believe I asked you about Yana Kunitsky;
11   correct?
12   A.   Yes.
13   Q.   And you testified that you don't remember
14   what --
15       Let me rephrase that.
16       You know Yana Kunitsky?
17   A.   Yeah, I remember her in the office.
18       She was --
19       Yeah, I've seen her there.
20   Q.   Did you know if Yana was authorized to work in
21   the United States?
22   A.   I don't know.
23   Q.   Do you know how she was paid?
24   A.   I don't know.
25   Q.   Did you ever pay her cash?

Page 93

1    A.   I don't think so, no.
2        MR. JOFFE: May I just go off the record for a
3    second?
4        Because I got disconnected from the
5    LiveLitigation. I need to log back on.
6        MR. LEONOV: Dimitry --
7        MR. JOFFE: Let's just take a second -- a
8    second while I do that.
9        Thank you.
10       MR. LEONOV: Do you want me to call back?
11       MR. JOFFE: No. It will take me a minute.
12       MR. LEONOV: Thank you so much, obviously.
13   Thank you.
14       THE REPORTER: Okay. We're off.
15       (Thereupon a recess was taken at 2:22 p.m.
16       and the deposition resumed at 2:36 p.m.)
17       MR. JOFFE: Okay. So we go back on record.
18       MR. LEONOV: Anything you prefer, counselor.
19   What's up, Victoria?
20       You tired?
21       What is it?
22       THE WITNESS: No. I'm okay.
23       MR. LEONOV: Victoria, what?
24       You can speak.
25       What's up?

Page 94

1    THE REPORTER:  Are we back on the record then?
2    MR. JOFFE:  We are.  We are.
3    MR. LEONOV:  So we are.
4    Okay.  So does Victoria have a question on the
5  record or off?
6    I believe Victoria asked a question of me so
7  there's no colloquy.
8    Anyway, are we continuing then?
9    Because I'm here to listen.
10    Yes?
11    No?
12    MR. JOFFE:  Stop it.
13  BY MR. JOFFE:
14    Q.  Ms. Pirumova, did ICOBox have a bank account
15  in the United States?
16    A.  What ICOBox are you referring to?
17    Q.  ICOBox, the Cayman Island company.
18    A.  I don't know.
19    Q.  Do you know if ICOBox was a registered
20  broker/dealer in the United States?
21    A.  I don't know.
22    Q.  Was ICOBox authorized to do business in
23  California?
24    A.  I don't know.
25    Q.  As a Chief Communications Officer, did you

Page 95

1  have any role in ICOBox's press releases?
2    A.  No.
3    Q.  You did not draft them?
4    A.  Not as I remember.
5    I don't think so.
6    Q.  You did not review them before they go out?
7    A.  I don't remember reviewing any press releases.
8    Q.  When did you stop doing any work for ICOBox?
9    A.  I didn't work for ICOBox.  I worked for Nick
10  Evdokimov.
11    So -- I --
12    MR. LEONOV:  Objection on the record.
13    This is enough, Dimitry.  I advise this must
14  stop.  This is it.
15    This is the ninth time, or whichever time.
16    It's -- it's --
17    Victoria, please answer.
18    But, come on, Dimitry, please.
19    Please move along.
20    Just get to the point.  That's what I've been
21  asking before you threatened me with anything but a
22  guillotine already.
23    THE WITNESS:  I don't remember the time.
24    MR. LEONOV:  Victoria, please answer.
25    Please answer so Dimitry can move on.

Page 96

1    MR. JOFFE:  Mr. Leonov, stop interrupting me.
2    MR. LEONOV:  Stop confusing my witness.
3    Stop confusing.  Stop confusing me, the
4  witness, and the Court.
5    Maybe you should stop that; all right?
6    Please let's just move on.
7    Victoria, please answer to the best of your
8  ability.
9    Please.  Please.  Just --
10    Thank you, guys.
11    Really.
12    Dimitry, you're asking the same questions nine
13  times in a row.
14    Come on.
15    THE WITNESS:  I don't remember --
16    MR. LEONOV:  Victoria, please.
17    THE WITNESS:  I don't --
18    MR. JOFFE:  Would you stop, Mr. Leonov.
19    You're talking all the time.  You're
20  interrupting everyone.
21    You don't let me ask questions, and you
22  don't let Ms. Pirumova --
23    MR. LEONOV:  And you're not letting her answer
24  questions.  That's exactly what you've been doing.
25    Read the transcript and stop it.

Page 97

1    You want to sanction me?
2    I'll sanction you.
3    And it didn't work very well for you; did it?
4    I'm going to be quiet.
5    Please move on.
6    I am stopping it.
7    Thank you.
8    Please on the record state --
9    MR. JOFFE:  Thank you.
10    MR. LEONOV:  -- that I will be quiet, and
11  don't sanction.
12    Just move on.
13    Do you?
14    Yes, I'm asking you -- since you're
15  testifying.
16    Yes or no, can we just move on?
17  BY MR. JOFFE:
18    Q.  Ms. Pirumova, in your communications --
19    MR. LEONOV:  Wait, wait, wait.
20  MR. JOFFE:
21    Q.  Ms. Pirumova, in your communications done from
22  ICOBox's E-mail address, you refer to yourself as
23  "ICOBox Chief Communications Officer," you refer to
24  yourself as "Chief People's Officer," and -- and are you
25  telling me that you did not do any of those functions

Page 98

1  and those references?
2      A.  I don't -- I don't know.
3          I did communicate with -- with some people, so
4  I don't know.
5      Q.  Well, we've established a number of people you
6  communicated with who were associated with ICOBox;
7  correct?
8      A.  Yes.
9      Q.  And you were spending your time in ICOBox's
10 offices at Four Embarcadero Center; correct?
11     A.  No.
12         I said that I do not know.
13     Q.  Were you not spending --
14     A.  I said I do not know whether those offices
15 were ICOBox offices.
16     Q.  Whose offices were at Four Embarcadero Center?
17     A.  I do not know.
18     Q.  Did you call to Four Embarcadero Center
19 offices to any kind of --
20         MR. LEONOV:  Dimitri --
21         Dimitry, this is enough for the record.
22         Can I please have with your permission a short
23 voir dire?
24         And I'm not looking --
25         MR. JOFFE:  No, you can't have voir dire.

Page 99

1          MR. LEONOV:  I cannot.
2          So then my other request is I think this
3  should be done with the Court's supervision, because
4  this is really not --
5          This is confusing me.  The witness is doing
6  the best --
7          You have the same answers.  You do have the
8  transcript.  You've threatened sanctions.
9          I don't understand where you're going with
10 this.
11         If I can have a short voir dire to at least --
12 or if you can have it, and I'm on the record, to
13 distinguish between the testimony, and I'm not
14 testifying, that's why I'm asking you, and you're
15 telling me no.
16         You're asking the same questions over and
17 over, and you're trying to elicit different testimony,
18 which is the same, which I don't understand why you're
19 doing it.  I know why you're doing it.
20         So, please, I can go off the record and
21 explain to you the difference, which you know already,
22 you showed exhibits, or please stop asking the same
23 questions, or we can do it before a Judge.
24         And you can sanction me all you want.  I hope
25 not.

Page 100

1          That's why I asked you.
2          Please, Dimitry, I can facilitate to make this
3  work better, believe you me.  This is my intention here.
4          Okay, Dimitry?
5          So voir dire?
6          MR. JOFFE:  I'm waiting for you to stop,
7  that's all.
8          MR. LEONOV:  I am stopped.
9          I just --
10         I asked you before, and you told me no.
11         But, if you keep on --
12         If you keep on questioning the same things
13 over and over again, then you might as well read the
14 same transcript and just repeat it to yourself, or we
15 can move on.
16         I can --
17         I cannot testify for the witness, so there's
18 nothing to sanction me for.
19         However, you and I know what the difference
20 is, and you should be eliciting normal testimony -- at
21 least I should think that you would.
22         But this is your deposition.
23         But I'm getting tired of it -- respectfully.
24         So either let me have a voir dire or move on,
25 or not, or whatever you think you want.

Page 101

1          But eventually I will not be able to listen to
2  this to the end of the day.
3          Besides, we were scheduled for what, 1:00
4  p.m., seven hours?
5          And we're close to.  Those are the Federal
6  rules; right?
7          So we're going to be done very soon; correct?
8          Or you going to sanction someone else, too?
9  Dimitry?
10         MR. JOFFE:  We've got three hours to go.  We
11 started three hours --
12         MR. LEONOV:  I understand.
13         But do you really need the three hours or you
14 want to get somewhere?
15         Because I know where you're going.
16         MR. JOFFE:  Can I --
17         MR. LEONOV:  Please make --
18         Can I have a short voir dire, and it's going
19 to make it easier for you?
20         Oh, I understand.  You don't want it easier.
21         Fine.  I understand.  No problem.
22         It's not even an objection.  It's -- it's a
23 request for counsel on the record to facilitate
24 discovery.
25         Are you going to sanction me for it?

Page 102

1      Okay, Dimitry.
2      All I've been saying on the record, Victoria,
3  please state --
4      But I am --
5      Go ahead, Dimitry, please.  Please, please,
6  this is your deposition.  This is your witness.
7      I --
8      I can just --
9      I can just make it easier for you, but this is
10  your deposition.
11      Just stop.  I'm asking please.
12      That's on the record.
13      Is that fine?
14  BY MR. LEONOV:
15      Q.   So, Ms. Pirumova, let's continue from your
16  last statement that you don't know whose offices they
17  were at Four Embarcadero Center.
18      A.   There are several offices.
19      Q.   Let's take a look at Exhibit 2, please.
20      A.   I'm sorry.
21      There are several offices in the building and
22  on the floor, and I do not know which office was whose,
23  because I, myself, was sitting in -- first in one
24  office, then another one.
25      So I do not know for -- what -- which one was

Page 103

1  whose one on than floor, who was renting it, and like --
2  in terms of each office.
3      Q.   I understand that.
4      A.   Okay.
5      Q.   But I just ask you, when you signed as the CPO
6  at ICOBox, as Chief Communications Officer at ICOBox,
7  and give the address of Four Embarcadero Center, isn't
8  it reasonable to assume that's where ICOBox's offices
9  were?
10      MR. LEONOV:  That is for the jury to decide.
11      Dimitry stop.  That's it.
12      You know what, Victoria?
13      Let's call the Judge and let's see how he's
14  going to --
15      You want to call the Judge tomorrow?
16      We'll do that, Dimitry.
17      I'm fine.
18      Enough is enough.
19      You're not.
20      You're putting testimony into my mouth, into
21  -- not even mine, because I'm not --
22      Your testimony --
23      Dimitry, ask a question and let it be
24  answered.
25      Because you don't like the way it's answered

Page 104

1  doesn't mean that it should be answered the way you want
2  it to be.
3      Do you understand?
4      Do you comprehend that?
5      This is --
6      It's not personal to you whatsoever.
7      I -- I've got -- totally glad that we got to
8  do this, and I'm glad it's on the record, but, Dimitry,
9  move on.
10      She answered these questions.  Victoria
11  answered to you.
12      Victoria, answer again.
13      But, Dimitry, you're wanting --
14      Just like you wanted to do this in Court,
15  you're looking for documents that don't exist.
16      You're trying to get the person on the
17  question to testify -- and I think that is sanctionable.
18      But I will not sanction you; okay?
19      So, please, Victoria, move on.
20      But we must come to -- to a solution, so --
21  soon.
22      Thank you.
23      MR. JOFFE:  Let's take a look at Exhibit
24  Number 4.
25      (Exhibit 4 previously marked.)

Page 105

1      MR. LEONOV:  Thank you.
2      THE WITNESS:  Thank you.  Yes.
3      I'm looking at it right now.
4  BY MR. JOFFE:
5      Q.   Do you see it?
6      Yes?
7      Did you find that?
8      Did you have a chance to look at it?
9      A.   Yes.
10      Q.   And do you see that you are copied on this
11  E-mail?
12      A.   Yes.
13      Q.   And the E-mail subject line is "Term Sheet for
14  3 Million Dollar Investment in ICOBox Hub"?
15      A.   Yes.
16      Q.   Do you see that?
17      A.   Yes.
18      MR. LEONOV:  This is on the record finally.
19      Thank you.
20      MR. JOFFE:  I'll try to disregard this
21  interruption again.
22  BY MR. JOFFE:
23      Q.   Ms. Pirumova, were you aware of the 3 million
24  dollar investment in ICOBox Hub?
25      A.   I've heard of it.

## Page 106

```
1        Q.   And what did you hear about it?
2        A.   I remember that there was some negotiations
3   going on.
4        Q.   And where were those negotiations going on?
5        A.   I'm sorry?
6        Q.   Where?
7             Where did the negotiations take place?
8        A.   I don't know where.
9        Q.   Who --
10            Do you remember who was involved in those
11  negotiations?
12       A.   Nick was.  Mr. Morozov was.
13            I don't know.
14            I don't remember other people's names or --
15            Yeah, I don't know.
16       Q.   If you look at the E-mail, it is -- stamped to
17  several people, and one of them is Smirnov.
18            Do you see that?
19       A.   Yes.
20       Q.   Do you remember who Mr. Smirnov was?
21       A.   I never met him, and I don't know --
22            Like I don't --
23            Yeah, I don't remember knowing him in person.
24            So --
25       Q.   But other than in person, do you know anything
```

## Page 107

```
1   about Mr. Smirnov?
2        A.   No.
3             Maybe I was on the call or I was setting up
4   the call for him and Nick.
5             I don't remember.
6             Yeah, I don't remember.
7        Q.   Do you remember whether Mr. Smirnov was
8   affiliated with a Russian company called NovaTech?
9        A.   No.
10            MR. LEONOV:  Objection.
11            What does this have anything to do with our
12  case?
13            What does it have anything --
14            Not that I mind.
15            What does it have anything to do with our
16  case?
17            MR. JOFFE:  Mr. Leonov, can I ask you to stop
18  screaming.
19            MR. LEONOV:  I don't believe I'm screaming.
20  Maybe your phone is too loud.
21            MR. JOFFE:  Loud.
22            MR. LEONOV:  Well, just like the Internet
23  connection was not too loud, and it didn't work, not for
24  the first time, not for the second time, not for the
25  third.
```

## Page 108

```
1             So perhaps maybe you're making a mistake.
2             But, that being stated, I just don't
3   understand where this is going.
4             But, nevertheless, can we please finish it
5   because I'm interested in all this testimony, and I
6   thank you for it.
7             And I also would like for you to not mention
8   E-mails where you were copied as an attorney.
9             Do you understand that -- or do you not
10  understand that, counselor?
11            MR. JOFFE:  Are you done?
12            MR. LEONOV:  Of course.
13  BY MR. JOFFE:
14       Q.   Ms. Pirumova, another name mentioned in the to
15  line is Kirill Golovanoy.
16            Do you see that?
17       A.   Yes.
18       Q.   Do you know who Mr. Golovanoy was?
19       A.   The same answer as I had with Artem Smirnov.
20  I don't think I ever met him, and maybe I set up some
21  calls for him and -- Mr. Morozov, and Nick, but I'm not
22  sure.
23       Q.   And the last name in that line, Mr. Zibareff?
24       A.   Yes.
25       Q.   Do you know who Mr. Zibareff is?
```

## Page 109

```
1        A.   We --
2             I think, if that's the one Mr. Zibareff that
3   I'm thinking about, I think we met.
4             That was later in maybe -- summer of 2018
5   maybe.
6             Yeah, I think so.
7             So, yeah, that's --
8             If that's the man who is copied here, then,
9   yes, I met him.
10       Q.   You mentioned you met him in the summer of
11  2018?
12       A.   Yes, summer, maybe May.
13       Q.   Where did you meet him?
14       A.   Maybe it was New York.
15            Yeah, I think it was New York.
16       Q.   And do you recall what the purpose of the
17  meeting was?
18       A.   No, I don't remember.
19       Q.   To your knowledge is ICOBox still functioning?
20       A.   Are you referring to the ICOBox Cayman Islands
21  company or are you referring to --
22       Q.   Yes.
23            When I say "ICOBox," I mean the Cayman Island
24  company.
25       A.   Okay.  Okay.
```

Page 110

1      I'm not sure.  I don't know.
2      Q.   Do you still use the E-mail address, the
3  E-mail box icobox.io?
4      A.   I receive E-mails, some E-mails, to that
5  E-mail address.
6      MR. JOFFE:  Okay.  I want you to take a look
7  at Exhibit Number 5, please.
8      (Exhibit 5 previously marked.)
9      THE WITNESS:  Thank you.
10     I'm looking at it.
11 BY MR. JOFFE:
12     Q.   Do you remember seeing this document before?
13     A.   It looks familiar.
14     Q.   What do you think --
15     Can you tell me what the document is?
16     MR. LEONOV:  Excuse me.  Objection.
17     Don't answer that.  Don't answer.
18     Document speaks for itself.  Call the Judge.
19     No.
20     You know what?
21     This stops, Dimitry, because I don't even know
22  what the document states.
23     The document is there.  Don't ask what you
24  think it states.
25     You read it, you present it, and that's how

Page 111

1  it's going to go.
2      But, Victoria, please answer if you know.
3      Please.
4      THE WITNESS:  Well, the document --
5      MR. LEONOV:  It's on the record, Dimitry.
6      MR. JOFFE:  It's all on the record, Mr.
7  Leonov.
8      MR. LEONOV:  Great.  Thank you.
9      MR. JOFFE:  It's all on the record.
10     You're interrupting the record.
11     MR. LEONOV:  Oh, thank you so much.
12     MR. JOFFE:  Your completely inappropriate
13  deposition conduct is all on the record.
14     THE WITNESS:  The document is called a
15  "memorandum."
16     MR. LEONOV:  Dimitry, I think maybe, because
17  you think so, maybe we should have it before a JHO in
18  the office, which you actually wanted my -- this witness
19  to have it, which you couldn't conclude.
20     But, that being stated, I'm not here to state
21  to you or not.  I'm here to just actually get you to get
22  the facts in positivity for myself and from the witness.
23     So I hope that on the record you can state
24  that you withdraw your threats of sanctions, because
25  this witness is testifying, just like you said, to the

Page 112

1  best of her ability.
2      I don't understand.
3      And I don't understand the question, can you
4  interpret the document.
5      Please --
6      But you're not doing that.  You're just
7  threatening and threatening, and I understand that.
8      But I can't not say anything, because, if I
9  don't understand something, how can I look at it?
10     Victoria, please answer this to the best of
11  your ability.
12     That's it, Dimitry.
13     I'm not doing anything bad; all right?
14     THE WITNESS:  The Exhibit 5 that you showed
15  me, it states at the top of the document that it's a
16  memorandum of terms for the private placement of Series
17  8 preferred stock and warrants of ICOBox, Inc.
18 BY MR. JOFFE:
19     Q.   Right.
20     You see the amount it covers?
21     A.   The amount to be raised, 3 million, of which 3
22  million is new money, that's what it says here.
23     Q.   Yes.
24     And you see the list of the -- investors on
25  page 1 of this term sheet?

Page 113

1      A.   Investors.
2      Yes, I see four people mentioned here.
3      Q.   Does it refresh your recollection who Artem
4  Smirnov or Ilya Zibarev or Kirill Golovanov that we just
5  discussed were?
6      A.   Well, I assume that they were -- investors
7  here.
8      I'm not sure.
9      As I said, I didn't --
10     Yeah, I didn't meet Artem Smirnov or Kirill,
11  so I'm not -- I'm not sure.
12     Q.   Well, when people send you documents like --
13  like this term sheet, did you actually open and read
14  them or -- or did you not?
15     A.   It depends.
16     Q.   You know --
17     And maybe explain to me.  Maybe I
18  misunderstood your role at the company.
19     Judged by the documents you had fairly high
20  positions, Chief Communications Officer, Chief People's
21  Officer --
22     MR. LEONOV:  Objection.  Counsel is
23  testifying.
24 BY MR. JOFFE:
25     Q.   And it appears from your testimony that you

Page 114

1  were more of a personal assistant to Mr. Evdokimov.
2      Can you tell me whether you were -- whether
3  your role at the company was in the nature of a personal
4  assistant?
5      MR. LEONOV:  Objection.  Compound question.
6      THE WITNESS:  I was Nick's assistant, personal
7  assistant.
8      MR. JOFFE:  Okay.  Thank you.
9      I want you to take a look at Exhibit 12
10 please.
11     (Exhibit 12 previously marked.)
12     THE WITNESS:  Thank you.  Yes.
13 BY MR. JOFFE:
14     Q.   And have you had the chance to look at it?
15     A.   I'm looking at it, yes.
16     I --
17     Yes, I looked at it.
18     Q.   Okay.  And this appears to be an E-mail from
19 you to Gary --
20     Sorry.
21     The subject line, "Gary Baiton Viewed ASAP
22 Please Sign Via DocuSign."
23     Do you see that?
24     A.   Uh-huh, yes.
25     Q.   And the E-mail goes to Mr. Golovanov, Mr.

Page 115

1  Smirnov and Mr. Zibareff; correct?
2      A.   Yes.
3      Q.   And it appears --
4      MR. LEONOV:  Objection.  It goes to "and
5  Mr."
6      Objection.  Objection as to form.
7      It goes to Alex and, not or.  But preserved.
8      THE WITNESS:  Yes, I see that it goes to the
9  people.
10     MR. JOFFE:  Sorry about the interruption
11 again.
12 BY MR. JOFFE:
13     Q.   Ms. Pirumova, the documents that you sent in
14 for the signature appears to be minutes of a meeting of
15 Directors of ICOBox Hub.
16     Do you see that?
17     A.   Yes.
18     Q.   Were you part of those meetings of
19 Directors --
20     A.   No.
21     Q.   -- referenced in this E-mail?
22     A.   No.
23     Q.   I'm sorry.
24     I missed that.
25     A.   I said "no," -- as far as I remember.

Page 116

1      Q.   No?
2      A.   I was not, no.
3      Q.   Did you --
4      Did you set up the -- the meetings?
5      A.   Maybe.
6      I don't remember.
7      Q.   Do you remember who Gary Baiton was?
8      A.   I remember him.
9      Q.   Do you know his role at ICOBox Hub?
10     A.   No, I don't know.  I don't remember.
11     Q.   Do you remember --
12     Do you remember meeting him in person?
13     A.   Yes.
14     Q.   In San Francisco; was it?
15     A.   Yes.
16     Q.   Were you sending these minutes for the
17 signature at the direction of Mr. Evdokimov?
18     A.   Either Mr. Evdokimov, or Mr. Yastremski, or
19 maybe Mr. Morozov.
20     I don't remember.
21     Maybe -- yeah, one of those three people.
22     Q.   Okay.  Thank you.
23     And would you please take a look at Exhibit
24 14.
25     A.   Just one second.  Thank you.

Page 117

1      Yes.
2      (Exhibit 14 previously marked.)
3  BY MR. JOFFE:
4      Q.   Have you had a chance to review it?
5      A.   Just one second.
6      Yes, I see it.
7      Yes.
8      Q.   And is it an E-mail from you forwarding ICOBox
9  Hub, Inc., an employee identification number?
10     A.   I don't know if I was forwarding it to -- or
11 if it -- I was sending --
12     I don't remember exactly, but it's --
13     Q.   Do you remember whether you were the --
14     Sorry.
15     A.   No, I'm listening.
16     I'm sorry.
17     Q.   Who -- who obtained the employee
18 identification number for ICOBox Hub?
19     Do you recall?
20     A.   I don't.
21     Q.   Was it you?
22     A.   No.
23     When you're saying "obtained," do you mean
24 like applied and got it and --
25     Is that what you're referring to?

Page 118

1  Q.  Yes, yes.
2  A.  Oh, no, definitely not me.
3  Q.  That's what I mean, applied and received it.
4  A.  No.
5  Q.  You did not.  Okay.
6      Could you please take a look at Exhibit 15.
7      (Exhibit 15 previously marked.)
8      THE WITNESS:  Just a minute.
9      Yes, I'm looking at it right now.
10     Yes, I looked at it.
11 BY MR. JOFFE:
12     Q.  Okay.  And is that your E-mail?
13     A.  Yes.
14     Q.  With the subject like "Org chart"?
15     A.  Yes.
16     Q.  And attached to the E-mail is the org chart
17 itself; correct?
18     A.  I assume it is.
19     Q.  If you take a look at it, do you have any
20 reason to believe that it is not the org chart attached
21 to the E-mail?
22     A.  I just don't remember the -- the information
23 in the chart, if it's the same or not, so I'm not sure.
24     Looks familiar.
25     Q.  Do you know --

Page 119

1      Do you know who prepared the chart?
2      A.  I think I was the one who was putting it into
3 the Word document.
4      Yes.
5      I think, yeah, that was me.
6      Q.  Okay.  And it says that the chart is based on
7 the provided information in your cover E-mail?
8      A.  Right.
9      Q.  Do you see that?
10     A.  Yes.
11     Q.  And do you recall who provided you with that
12 information?
13     A.  Alex, I think.
14     Yeah, I think it was Alex.
15     Yeah, that was Alex Yastremski.
16     Q.  Yastremski, you said?
17     A.  Yes.
18     Q.  Okay.  Okay.  Thank you.
19     Do you know the person by the name Alex
20 Moskovsky?
21     A.  I remember that name, yes.
22     Q.  Do you remember meeting Mr. Moskovsky?
23     A.  I think we met, but --
24     I don't --
25     I think --

Page 120

1      Yeah, he was in San Francisco.  I think I met
2 him in San Francisco, yes.
3      Q.  Do you know what -- what was the purpose of
4 his visit?
5      A.  No, I don't know.
6      Q.  Do you know what the goal, if any, he played
7 in ICOBox?
8      A.  I'm not sure.
9      He had some position there, I think, but I'm
10 not sure.
11     Q.  Do you know if he did any work for ICOBox in
12 San Francisco?
13     A.  I don't know.
14     Q.  Did he spend much time in San Francisco -- to
15 your knowledge?
16     A.  I don't think --
17     I don't know.
18     I met him just maybe one or two times, so I
19 don't know.
20     Q.  Okay.  Please take a look at Exhibit 11.
21     A.  Thank you.  Yes.
22     (Exhibit 11 previously marked.)
23 BY MR. JOFFE:
24     Q.  It appears to be an E-mail from Mr. Morozov
25 to you dated February 22nd, 2018?

Page 121

1      A.  Yes.
2      Q.  Do you see that?
3      A.  Yes.
4      Q.  And it refers to "the call yesterday."
5      Do you see that?
6      A.  Yes.
7      Q.  Do you remember that call?
8      A.  Yes, I think I do.
9      Q.  Who was --
10     Do you remember what was discussed on the
11 call?
12     A.  I don't remember what was discussed, but I do
13 remember who was on the call -- I mean, at least some
14 people.
15     Q.  And who was on it?
16     A.  I think you were on the call.
17     Q.  And who was on the call?
18     A.  Yeah.
19     I think you were on the call, and I think
20 Mr. Morozov was on the call.
21     I don't remember if anyone else was.
22     MR. LEONOV:  Wait a second.  Excuse me.
23     You were on the call, with -- and --
24     Not even an objection, clarification.
25     Dimitry, I missed the question.

Page 122

1    Can you repeat the question for me, please.
2    And can you read the answer, please, which was
3    just stated?
4    THE REPORTER:  Do you want me to read it back?
5    MR. LEONOV:  I guess, yes, the question and
6    answer regarding who was on the call, because I -- kind
7    of heard something.  I just want to make sure.
8    (Record Read)
9    MR. LEONOV  Thank you so much.  I appreciate
10   that.
11   BY MR. JOFFE:
12   Q.   Was Mr. Evdokimov on the call?
13   A.   No, I don't think so.
14   Q.   So the call was between you and myself and
15   Mr. Morozov?
16   A.   Yeah.
17   I don't remember if there was anyone else on
18   the call, but I think that --
19   Well, at least there was a gentleman who said
20   that that was you.
21   Q.   But is your testimony that Mr. Evdokimov was
22   not on the call?
23   A.   Yes, I don't remember him being on that call.
24   I think that was the reason that I was on the call,
25   because he couldn't or something.

Page 123

1    Q.   Okay.  And then Mr. Morozov writes that Mr.
2    Evdokimov was considering placing ICOBox Hub into
3    bankruptcy.
4    Do you see that?
5    A.   Yes, I see that.
6    Q.   And is it your recollection that that's what
7    you conveyed to Mr. Morozov on that call?
8    A.   I do not remember.
9    Q.   Do you recall discussing the event of CEO
10   termination on the call?
11   A.   No, I don't remember.
12   Maybe we discussed it.  I'm not sure.
13   Wasn't the whole thing about Mr. Morozov's
14   work?
15   I'm not --
16   I don't remember.
17   Q.   Well, if it was, what was discussed about
18   Mr. Morozov's work?
19   Do you recall?
20   MR. LEONOV:  Objection.  Stop it.
21   Victoria, please answer it the way you are.
22   THE WITNESS:  I don't remember.
23   MR. LEONOV:  Dimitry, your answer?
24   THE WITNESS:  Yeah, I don't remember what we
25   were discussing on the call.

Page 124

1    BY MR. JOFFE:
2    Q.   Number 3 says that Mr. Evdokimov acknowledges
3    that ICOBox Hub has to pay for work actually performed
4    pursuant to that executed contract.
5    Do you see that number 3 in his E-mail?
6    A.   Just one second.
7    I see.
8    Q.   The same Exhibit 11?
9    A.   Yeah, I see that.
10   Q.   Do you know who Marlen Kruzhkov was?
11   A.   I remember that name, but --
12   Was he an attorney?
13   Yeah, I don't remember exactly.
14   Q.   And do you recall the Protax, Inc.?
15   A.   No, I don't remember that name.
16   Katya Yoffe, I think she was an attorney, too,
17   but I'm -- I don't remember.
18   Q.   Okay.  And, if you look at page 2 of the
19   E-mail, --
20   A.   Uh-huh.
21   Q.   -- at the conclusion of it, Mr. Morozov says
22   that "I ask the current ICOBox, Inc., shareholders to
23   consider alternative funding sources which would allow
24   for successful launch of our wonderful project without
25   taking money from individuals on the U.S. Congress

Page 125

1    sanctions list."
2    Do you see that?
3    A.   Yes, I see that.
4    Q.   And do you know which individuals Mr. Morozov
5    was referring to?
6    A.   No.  No.
7    Q.   You did not discuss it with Mr. Morozov on the
8    call?
9    A.   I do not remember discussing it on the call.
10   Q.   Do you remember any discussions of persons on
11   the U.S. sanctions list with anyone after the call?
12   A.   I don't remember.
13   No.
14   I think I saw it in the Plaintiffs' Complaint,
15   something about sanctions list.
16   Q.   Right.
17   But did you have any discussions about this
18   issue -- the issue of the sanctions list --
19   A.   No, I don't think so.
20   Q.   -- with anyone?
21   A.   I don't think so.
22   I don't remember.
23   Q.   Did Mr. Evdokimov typically discuss questions
24   like that with you?
25   A.   No.

1    Q.   Were you present at any conversations where
2  Mr. Evdokimov discussed this issue with somebody else?
3        MR. LEONOV:  Objection.
4        Not objection.
5        This is Roman Leonov.
6        Dimitry, I don't understand your question.
7  What did you just ask?
8        MR. JOFFE:  Whether Mr. Evdokimov was present
9  at any occasions where -- where Mr. Evdokimov discussed
10 the issue with anyone else.
11       THE WITNESS:  I don't remember that --
12 discussions.
13       MR. LEONOV:  Thank you.
14       I just -- I just heard.
15 BY MR. JOFFE:
16    Q.   So is that your testimony, you don't remember
17 any discussions?
18       MR. LEONOV:  No.  Stop.
19       MR. JOFFE:  Stop interrupting me again.
20       MR. LEONOV:  Okay.  Are your done now?
21       MR. JOFFE:  I'm waiting for you to finish.
22       MR. LEONOV:  Counsel, are you done now?
23       MR. JOFFE:  I am waiting for you to finish.
24       MR. LEONOV:  Tell me that you're finished.
25       Is that okay?

1        MR. JOFFE:  I'm not going to tell you
2  anything.
3        MR. LEONOV:  You're not going to tell me
4  anything.
5        You're going to testify --
6        MR. JOFFE:  You're going to state your
7  objection, and we'll move on.
8        MR. LEONOV:  I'm not going to --
9        MR. JOFFE:  And you've been grumbling all day
10 and interrupting the deposition all day long.
11       MR. LEONOV:  Dimitry, when you stopped you
12 clarified my question.
13       Fine.  I thank you for it.
14       I'm asking you, pursuant to your individual
15 rules which you make up, for me to know when you stop so
16 I can ask.
17       You repeated that question, and I thank you
18 for it.
19       What else do you want from me?
20       Nothing.
21       Thank you.
22 BY MR. JOFFE:
23    Q.   Ms. Pirumova?
24    A.   Yes.
25    Q.   To your knowledge did Mr. Evdokimov discuss

1  the issue of -- of U.S. sanctions list with anyone else?
2     A.   I do not remember that Mr. Evdokimov discussed
3  that question with anyone.
4     Q.   Okay.  To your knowledge did Mr. Evdokimov
5  discuss the issue of persons not authorized to work in
6  the United States working for ICOBox in San Francisco?
7     A.   I do not remember.
8        Maybe he discussed it with Mr. Morozov.  I
9  don't --
10       Yeah.
11    Q.   The E-mail where Mr. Morozov said that the
12 immigration status was to be concerned, do you know if
13 Mr. Evdokimov discussed the immigration status of people
14 on the list with anyone else?
15    A.   I don't know.
16    Q.   Do you know of any other projects by
17 Mr. Evdokimov in addition to what we've already
18 discussed?
19       MR. LEONOV:  Objection.  Total objection.
20       This is -- has been asked.
21       You mentioned projects.
22       Put that on the record.
23       Victoria, please answer again.
24       But, Dimitry, come on.  You're at the end of
25 the point.

1        Thank you very much.
2        Come on.
3        And I should have my -- either ask questions,
4  but you're not allowing me to do so.
5        Victoria, --
6  BY MR. JOFFE:
7     Q.   Ms. Victoria, --
8        MR. LEONOV:  -- don't worry about it.
9        THE WITNESS:  Yes.
10 BY MR. JOFFEE:
11    Q.   What are the projects --
12       Other than we mentioned what other projects
13 are you aware of by Mr. Evdokimov?
14    A.   He had a company, I think, in Russia.
15       I don't remember the name, but something, was
16 software technology connected.
17       Yeah, I don't remember his -- companies or all
18 his businesses.
19    Q.   Have you heard of the company Gigawatt,
20 G-i-g-a-w-a-t-t?
21    A.   I have heard that name.
22    Q.   Did you ever discuss it with Mr. Evdokimov?
23    A.   No.
24    Q.   Do you know there is a lawsuit against that
25 company pending in the United States?

Page 130

1    A.  I've heard of something like that, but I'm
2  not --
3        I wasn't following the --
4        Yeah, I don't know what's going on there.
5    Q.  Have you heard about the company called
6  Paragon?
7    A.  What's the name again?
8    Q.  Paragon, P-a-r-a-g-o-n?
9    A.  I've heard the name of that company.
10   Q.  Do you know if it's one of Mr. Evdokimov's
11  projects?
12   A.  I'm not sure.  I don't know.
13   Q.  Do you know if there's a lawsuit against
14  Paragon?
15       MR. LEONOV:  Asked and answered.
16       Stop it.  This must come to an end.
17       THE WITNESS:  No.
18  BY MR. JOFFE:
19   Q.  Do you know if there is a lawsuit pending
20  against Paragon?
21   A.  No, I don't know.
22   Q.  Do you know about the company Crytonomics
23  Capital?
24   A.  Yes.
25   Q.  And is this one of Mr. Evdokimov's projects?

Page 131

1    A.  Yes.
2    Q.  Do you know there is a lawsuit pending against
3  Cryptonomics Capital?
4    A.  No, I don't know.
5    Q.  Does Mr. Evdokimov discuss with you any of the
6  litigation that his projects are in?
7    A.  No -- except the current, Mr. Morozov's  case,
8  no.
9    Q.  But not any other cases?
10   A.  No.
11   Q.  Okay.  I would like you to take a look at
12  Exhibit -- Number 16.
13   A.  One second, please.
14       (Exhibit 16 previously marked.)
15       THE WITNESS:  Thank you.
16       Yes, I see that.
17  BY MR. JOFFE:
18   Q.  And do you see that it is a press release by
19  ICOBox dated March 1st, 2019?
20   A.  I'm sorry.
21       Are you referring to 16 or 18?
22       16?
23       Then this is not --
24   Q.  16.
25       So you had them all together there?

Page 132

1    A.  I just had one connected.
2        Can you please repeat the question again.
3        Sorry.
4        MR. JOFFE:  Yes.
5  BY MR. JOFFE:
6    Q.  If you have a chance to look at the exhibit, I
7  just wanted to confirm that that's a press release by
8  ICOBox dated March 1st, 2019, --
9    A.  Well, --
10   Q.  -- which you have in front of you?
11   A.  The document says --
12       MR. LEONOV:  Objection.
13       The exhibit is dated April 2010.
14       I assume it's only for submission; right,
15  Dimitry?
16       MR. JOFFE:  Mr. --
17       No.  You're looking at the wrong exhibit.
18       MR. LEONOV:  No.
19       I'm looking at --
20       It's dated differently, but I assume that's
21  just the E-mail you submitted for today; right?
22       MR. JOFFE:  The press release date, the date I
23  have --
24       MR. LEONOV:  March 1st, right.
25       I apologize.

Page 133

1        I just wanted to make sure I'm looking at the
2  same document.
3        Thank you.
4  BY MR. JOFFE:
5    Q.  Do you see that document, Ms. Pirumova?
6    A.  Yes.
7    Q.  And do you see on page 2 of the press release
8  in the last paragraph of it on top of the page it says
9  that "Over its lifetime the company helped 80 projects
10  enter the market and collect about 670 million via their
11  ICOs"?
12   A.  Yes, I see that.
13   Q.  And -- having ICOBox help the company collect
14  670 million dollars, you would expect that it receives
15  some money for its services; correct?
16   A.  I don't know.
17       Maybe.
18       I would assume it would.
19   Q.  You don't know whether ICOBox charged for the
20  services that it provided to its customers?
21   A.  Yes, I don't know how they worked.
22   Q.  You were not involved in any financial aspects
23  of the company?
24   A.  No.
25   Q.  Okay.  Do you know if ICOBox paid any taxes in

Page 134

1  the United States?
2      A.  I don't know.
3      Q.  Do you know if ICOBox had an employee
4  identification number in the United States?
5      MR. LEONOV:  Okay.  This must come to a stop.
6  This is Roman.
7      For the eleventh time, you've asked this,
8  Dimitry.
9      Victoria, please answer.
10     MR. JOFFE:  I asked it for the first time.
11     MR. LEONOV:  No, it's not.
12     Read back the transcript.
13     Have the Reporter read back about the EIN
14  number, and then we'll see who gets sanctioned.
15     MR. JOFFE:  We spoke about ICOBox Hub.  My
16  question is now about ICOBox.
17     MR. LEONOV:  Oh.  And now all of a sudden you
18  make the difference between them?
19     Okay.  Can I ask the Reporter to search for
20  the word "EIN"?
21     Can we do that?
22     It will come up in the transcript.
23     MR. JOFFE:  You will search it at your
24  leisure.
25     MR. LEANOV:  I will search it at my lesion,

Page 135

1  okay.
2      MR. JOFFE:  "Leisure."
3      "Leisure," not "lesion."
4      MR. LEONOV:  Oh, leisure, leisure.
5      Oh, I follow.
6      Okay.  Great.  Thank you.
7      THE WITNESS:  Okay.  I'm going to answer the
8  question.
9      MR. LEONOV:  Victoria, please answer it once
10  again.
11     THE WITNESS:  I do not know if ICOBox had --
12  what is it called, "IEN"?
13     MR. JOFFE:  EIN.
14     THE WITNESS:  EIN.
15     I'm sorry.
16  BY MR. JOFFE:
17     Q.  Do you know what Mr. Morozov -- what did he do
18  in his position as a CEO of ICOBox Hub?
19     A.  I saw some charts that he was sending via
20  E-mail.
21     That's what I remember, at least.
22     Q.  Well, among other things, do you recall that
23  Mr. Morozov obtained tax advisors for the company?
24     A.  I don't know.  I don't remember that.
25     Q.  Do you recall if he retained immigration

Page 136

1  lawyers for the company?
2      A.  I don't recall that.
3      Q.  Do you recall why Mr. Morozov was terminated?
4      MR. LEONOV:  Objection.  Calls for testifying.
5      This goes to the issue of the case, but,
6  Victoria, --
7      Dimitry, please reask that question.
8      THE WITNESS:  I do not know.
9      MR. LEONOV:  Victoria, answer to the best of
10  your ability.
11  BY MR. JOFFE:
12     Q.  You don't know why he was terminated; correct?
13     A.  I said I don't know.
14     MR. LEONOV:  Objection.  You're calling for
15  the witness to testify to a point of the case.
16     That's not --
17     MR. JOFFE:  Please stop screaming.
18     MR. LEONOV:  Nobody is screaming.
19     You're asking for a witness to make your case.
20     This is not how it's going to work.  I'm not
21  going to tell you how to answer -- ask your questions,
22  but I'm also not going to allow my witness to make your
23  case for you.
24     So please ask normal questions or then let's
25  call the Judge and let's figure out how that's going to

Page 137

1      work out, because there is no "yes" or "no"
2  question to this particular one, because this is the
3  issue of this case, and I thank you for getting to it.
4      Okay, Dimitry?
5      Victoria?
6      Up to you guys, really.
7  BY MR. JOFFE:
8      Q.  Victoria, do you --
9      Sorry.
10     Ms. Pirumova, do you recall any conversations
11  with Mr. -- about Mr. Morozov's termination?
12     A.  I don't remember conversations about
13  termination until -- I think that E-mail came from
14  Mr. Morozov -- the long one.
15     Q.  Okay.  And after the E-mail came from
16  Mr. Morozov, do you recall conversations with
17  Mr. Evdokimov?
18     A.  I told him about that E-mail.
19     Q.  And what did he say?
20     A.  I don't remember his response.
21     I'm sorry.  I --
22     Q.  But he's copied on that E-mail; correct?
23     A.  Yes.
24     I said yes, but let me check.  I don't
25  remember.

Page 138

1    Q.   Okay.  That's Exhibit 11.
2    A.   Just one second.
3    Q.   It's on the cc line.
4    A.   Okay.  Yes, I see it.
5    Q.   Yeah.
6         So did you have any substantive discussions
7    with Mr. Evdokimov on the receipt of that E-mail?
8    A.   I don't remember was it right after the E-mail
9    or later on, but at some point I remember that we
10   discussed that he might need an attorney.
11   Q.   Okay.  "He," you mean Mr. Evdokimov?
12   A.   Yes.
13   Q.   Was that the extent of your discussions?
14   A.   Well, as far as I remember, yes.
15   Q.   Did he ask you to look for an attorney for
16   him?
17   A.   I don't remember if he asked me, but I think
18   -- I think there was one attorney that I communicated
19   with.
20   Q.   And I don't want to get into your substance of
21   your communications with the attorney, but that was on
22   the instructions of Mr. Evdokimov; correct?
23        MR. LEONOV:  Objection.  Don't answer that.
24        Attorney/client privilege, and I'm not that
25   attorney, whichever it is.  I don't even know her

Page 139

1    testimony.
2         I believe, just to facilitate this --
3         I believe, Dimitry --
4         just to Facilitate this, once again, I believe
5    that was the attorney who settled the other Defendants.
6         I -- I just so believe.  I assume.
7         And I'm not testifying.
8         But, otherwise, whoever she spoke to, that's
9    beyond limits.
10        Sorry.  But it wasn't me; all right?
11        There we go.  Done.
12        That objection stays.
13        MR. JOFFE:  That wasn't -- that wasn't my
14   question.
15        MR. LEONOV:  All right.  Too bad.  You got my
16   objection.
17        MR. JOFFE:  My question was whether Ms. --
18   whether Ms. Pirumova spoke to the attorney at the
19   direction of Mr. Evdokimov.
20        MR. LEONOV:  That's a good question.
21        THE WITNESS:  I don't remember if he
22   instructed me directly to speak with that attorney or --
23        I don't remember how I got to know that
24   attorney.  I don't remember that, but I remember that I
25   communicated with -- with an attorney who was not

Page 140

1    Mr. Leonov.
2         MR. JOFFE:  Okay.  Thank you.
3    BY MR. JOFFE:
4    Q.   Ms. Pirumova, what is your understanding why
5    ICOBox paid its representatives in cash?
6    A.   Could you please repeat again the question.
7    Q.   What is your understanding why ICOBox paid its
8    representatives in cash?
9    A.   I don't know.
10   Q.   Did Mr. Evdokimov ever talk to you about the
11   reasons for paying cash?
12   A.   No.
13   Q.   Did you have any conversations with
14   Mr. Evdokimov about ICOBox conducting business in
15   California -- without any proper authorization?
16   A.   I don't remember.
17   Q.   I didn't mean just generally 2018, but --
18   well, since then.
19        It was just a year ago, slightly over that.
20   You don't remember any such conversations?
21   A.   No, I don't remember that conversation.
22        Maybe -- maybe we discussed something, but I
23   don't --
24        Yeah, I'm not sure.
25   Q.   What did you discuss?

Page 141

1    A.   Setting up the calls for him and answering his
2    E-mails, and translating sometimes things for him.
3         Yeah, I think that's --
4         Oh, his travel arrangements maybe, if he
5    needed to go somewhere, if he could answer the phone
6    calls.
7         Yeah, that is -- I think that's it.
8    Q.   Yes, but in --
9         The question is, you have access to his E-mail
10   box, as we've already established; correct?
11   A.   I had access to his E-mail, right.
12   Q.   And -- and I presume you read the E-mails that
13   came to that E-mail box; correct?
14   A.   Yes, some of them mostly.
15   Q.   And did the issue of whether ICOBox should be
16   registered as a business in the United States come up in
17   those E-mails?
18        MR. JOFFE:  Dimitry, --
19        This is Roman Leonov.  I'm confused.
20        What issue?  I'm confused.  What issue?
21        MR. JOFFE:  The issue about ICOBox's conduct
22   being business in California without any proper
23   authorization.
24        MR. LEONOV:  Oh.  Thank you for clarifying.
25        All right.  Thank you for clarifying.  All

## Page 142

1  right. Thank you.
2       MR. JOFFE:  You're welcome.
3       THE WITNESS:  I don't remember that E-mail.
4  Maybe there was one.  I don't remember.
5  BY MR. JOFFE:
6       Q.  Do you remember any communications about
7  people working for ICOBox in California without the
8  proper employment authorization?
9       A.  I remember that question was raised regarding
10  -- yeah, if people had authorization or not.
11      Q.  Are you referring to Mr. Morozov's E-mails or
12  somebody else?
13      A.  Mr. Morozov, too, but I don't remember if
14  there was any other communications about that, but --
15  yeah.
16      Q.  Was ICOBox, or you, or Mr. Evdokimov ever
17  contacted by the authorities with regard to any of those
18  questions?
19      A.  I cannot know --
20          I mean, I don't know about ICOBox or Nick, but
21  not me.  I was not contacted by anyone.
22      Q.  Was to your knowledge Mr. Evdokimov contacted?
23      A.  Not as far as I know.
24      Q.  To your knowledge anybody else connected with
25  ICOBox contacted about this issue of improper

## Page 143

1  employment?
2       A.  Yeah, I don't remember.
3       MR. LEONOV:  Wait, wait, wait.  Stop.
4  Dimitry, please clarify.
5  ICOBox or ICOBox Hub, and what is the issue?
6  I'm just -- I'm literally trying to clarify
7  myself.
8       MR. JOFFE:  Well, any of the people we
9  discussed that worked in the United States without
10  authority to do so.
11      MR. LEONOV:  Anyway, I --
12      MR. JOFFE:  And mMs. Pirumova, --
13      MR. LEONOV:  -- me, I'm confused.
14      But it's okay.  If you want to confuse me,
15  that's fine, I guess.
16      MR. JOFFE:  Let's see if we can get this
17  straight for the witness.
18      MR. LEONOV:  Well, let's see.
19      MR. JOFFE:  The question is --
20      MR. LEONOV:  One at a time, and this way --
21      MR. JOFFE:  Let me ask the question.
22      Let's see if that --
23  BY MR. JOFFE:
24      Q.  Ms. Pirumova, are you aware of any
25  governmental authorities contacting anybody at ICOBox

## Page 144

1  about people to work without permit in the United
2  States?
3       A.  I don't remember anyone contacting -- anyone.
4  Yeah.
5       Q.  It was something you would remember, if it
6  happened within last year, let's say; wouldn't it?
7       A.  I think so.
8       Q.  So your testimony today is that you don't
9  remember any of those instances, any such contact or any
10  conversations about any such contact?
11      A.  Oh, well, other than in the Complaint there
12  was something about it, but other than that I don't
13  remember anything.
14      Q.  Which Complaint are you referring to?
15      A.  The Plaintiffs' Complaint, Mr. Morozov's
16  Complaint.
17      Q.  Other than in the Complaint, in Mr. Morozov's
18  Complaint, you don't --
19      MR. LEONOV:  Guys, I apologize.  I just had to
20  recharge my phone again.  Guys, I apologize for that.  I
21  just dropped off, but I'm back here.  Right.
22      Dimitry?
23      MR. JOFFE:  Yes, I was trying to finish this
24  line of questioning.
25      MR. LEONOV:  Sorry, and I apologize.

## Page 145

1  Whatever.  It's my phone, I'm telling you.
2       Go ahead.
3  BY MR. JOFFE:
4       Q.  So, just to finish that up, Ms. Pirumova,
5  other than in Mr. Morozov's Complaint your testimony
6  today is you haven't heard or didn't have any
7  discussions about people working for ICOBox in
8  California without proper employment authorization;
9  correct?
10      A.  Well, other than E-mails that you showed me
11  and -- me showing it to Nick, I guess.  I don't
12  remember, yeah.
13      Q.  And you said that you showed those E-mails to
14  Nick, and what was Nick's reaction to those E-mails?
15      A.  I don't -- I don't remember.
16      There wasn't --
17      As far as I -- I see that, I didn't respond to
18  the E-mails, so I don't think there was reaction.
19      MR. JOFFE:  Okay.  I think we're almost done,
20  if I can just take one minute to look over my notes.
21      MR. LEONOV:  You want to reconvene?
22      Because --
23      MR. JOFFE:  No, no, no.
24      MR. LEONOV:  You want to reconvene today?
25      MR. JOFFE:  No.

Page 146

1  MR. LEONOV:  Because I do have a couple of
2  questions.
3  MR. JOFFE:  That's fine.
4  MR. LEONOV:  I might as well end it now.
5  I do have a couple of questions for Victoria.
6  If you have more, then that's fine.  That's
7  great.
8  Whatever is convenient for you guys.  I mean,
9  we're here; right?  We might as well get it done; right?
10  So, Dimitry, you're the host of the
11  deposition, so we're good.
12  So are we reconvening?  You want to take a
13  little break?
14  Because --
15  MR. JOFFE:  No.
16  MR. LEONOV:  How about we take like --
17  MR. JOFFE:  No, let's not take another break.
18  MR. LEONOV:  Well, I need to get coffee,
19  because I like listening to you.
20  So you want to take five minutes and we come
21  back?
22  Is that okay?  If not, I will not.  It's up to
23  you guys.
24  MR. JOFFE:  No, let's not.
25  MR. LEONOV:  Whatever is convenient for all of

Page 147

1  you.
2  Let's not.  One minute, and I'll call you guys
3  back?
4  MR. JOFFE:  One minute.
5  MR. LEONOV:  Fine.
6  So I'll call back in one minute.
7  MR. JOFFE:  Okay.
8  MR. LEONOV:  Dimitry?
9  Yes, and I'm going to ask Victoria some
10  followup.
11  Sure.  One minute?
12  You got it done.  Thank you.
13  (Thereupon a recess was taken at 3:52 p.m.
14  and the deposition resumed at 3:55 p.m.)
15  MR. JOFFE:  Okay.  Let's please take a look at
16  Exhibit 17 and 18.  We can have it side-by-side.
17  (Exhibit 17 and 18 previously marked.)
18  THE WITNESS:  Okay.  I'm looking at it.
19  BY MR. JOFFE:
20  Q.   Yes. Exhibit 17, I just want to make sure you
21  take a look at that.
22  It appears to be an ICOBox press release dated
23  November 21, 2018.
24  Do you see that?
25  A.   Yes, I see that.

Page 148

1  November 21 and December 27.
2  Q.   Yeah.
3  And the next one, Exhibit 18, is a press
4  release of December 27, 2018?
5  A.   Okay.
6  Q.   One month later; correct?
7  A.   Yes.
8  Q.   And were you still acting as Mr. Evdokimov's
9  personal assistant at the time of those press releases?
10  A.   No.
11  Q.   When did you stop being his personal
12  assistant?
13  MR. LEONOV:  Objection.  Stop it.  No.
14  Dimitry, this stops now.  This stops now.
15  I'm going to give you a big break.
16  BY MR. JOFFE:
17  Q.   When did you stop being his personal
18  assistant?
19  MR. LEONOV:  Dimity, asked and answered.  Stop
20  it.  This is the 13th time.
21  Victoria, please answer, if you can.  Can you
22  move on so I can ask a couple questions, and we can get
23  it done already, please?
24  THE WITNESS:  So I stopped working for --
25  Well, okay.

Page 149

1  So I stopped working for Nick somewhere at the
2  beginning, I think, of 2018, maybe February/March, and
3  then there was a period I kind of helped part time or
4  helped with something.
5  So, yeah, I think I stopped working in -- end
6  of August, beginning of September 2018, when I concluded
7  my work at Decenturion.
8  BY MR. JOFFE:
9  Q.   Okay.  And at the Decenturion was your
10  function also Mr. Evdokimov's personal assistant
11  essentially?
12  A.   Well, I helped him as a personal assistant
13  when he needed some help, so -- it's hard for me to tell
14  whether it was exactly --
15  Q.   Right.
16  A.   -- a function or not.
17  Q.   In other words, your title of Minister of
18  Foreign Affairs was just a title; was it not?
19  MR. LEONOV:  Objection.  Counsel is
20  testifying.
21  THE WITNESS:  No.
22  MR. JOFFE:  Go ahead and answer, Ms. Pirumova.
23  THE WITNESS:  I said "no."
24  BY MR. JOFFE:
25  Q.   It was substantial work as a Minister of

Page 150

1  Foreign Affairs?
2          MR. LEONOV:  You know what?  This stops right
3  now, Dimitry.  This stops now literally.
4          MR. JOFFE:  I'm trying to understand.
5          MR. LEONOV:  No, no.  Stop.
6          MR. JOFFE:  Stop interrupting me.
7          MR. LEONOV:  This stops now.  No, no.  This
8  stops now.  Finish your questioning.
9          Stop doing the same thing or let me do a
10  couple of followup questions or not.  This must stop
11  now.
12          MR. JOFFE:  You instruct the witness not to --
13          MR. LEONOV:  I'm not instructing --
14  I'm not instructing.  I'm asking you --
15          (Unintelligible)
16          THE REPORTER:  Counsel, I'm not going to be
17  able to get any of this.
18          MR. LEONOV:  I'm not instructing.
19          See?  I'm all done.
20  BY MR. JOFFE:
21      Q.   Okay.  Ms. Pirumova, --
22      A.   Yes.
23      Q.   Yes.
24          I'm trying to understand a simple thing.
25          When you called yourself Chief Communications

Page 151

1  Officer, or Chief People's Officer at ICOBox, you just
2  testified that in reality you were just a personal
3  assistant to Mr. Evdokimov; did you not?
4      A.   Yes.
5      Q.   Okay.  So my question is, when you called
6  yourself the Minister of Foreign Affairs -- my question
7  is, were you, likewise, just a personal assistant of
8  Mr. Evdokimov?
9      A.   My answer is no.
10      Q.   What other functions did you perform as the
11  Minister of Foreign Affairs?
12      A.   As I mentioned earlier, I was meeting with
13  people who were employees or -- yeah, employees of
14  international organizations, such as EEOC, for example.
15          I was also speaking at one of the events in
16  New York.
17          So -- I was not just personal assistant or
18  only personal assistant, but I was continuing to assist
19  Mr. Evdokimov with maybe translation or assisting him
20  just generally.
21      Q.   Okay.  Thank you.
22          And my question was -- did there ever come a
23  time where you stopped being a personal assistant to
24  Mr. Evdokimov?
25          That's the question.

Page 152

1      A.   Right, and I'm answering that it was end of
2  August or beginning of September when I just stopped
3  working for Decenturion.
4      Q.   Well, you said you were not just personal
5  assistant at Decenturion, you had actually some
6  substantive function, but after you stopped your work at
7  -- for Decenturion, did you continue providing any
8  personal assistant -- assistance to Mr. Evdokimov?
9      A.   As I said, when I finished working for
10  Decenturion I finished working for Mr. Nickolay
11  Evdokimov, assisting him in his -- whatever work he
12  needed.
13      Q.   Did you part on good terms or bad terms?
14      A.   Neutral.
15      Q.   Have you been in communications with
16  Mr. Evdokimov frequently after your parting?
17          MR. LEONOV:  Dimitry, objection.  Enough.
18  Please stop.
19          THE WITNESS:  I was in communication with --
20          MR. JOFFE:  Go ahead and answer.
21          MR. LEONOV:  Victoria, please do the best to
22  answer the question again.
23          THE WITNESS:  I was in communication with Mr.
24  Nickolay Evdokimov, yes.
25  BY MR. JOFFE:

Page 153

1      Q.   And were you aware that Mr. Evdokimov --
2  stated in the press releases in Exhibit 17 and 18 he
3  left the management of ICOBox at the end of '17 and then
4  came back and decided to come back as the CEO in
5  December 2018?
6      A.   No, I was not --
7      Q.   Are you aware of that?
8      A.   No, I was not aware of that.
9          MR. JOFFE:  Okay.  Thank you.
10          Mr. Leonov, you can ask your questions.
11          MR. LEONOV:  Thank you, Dimitry, and thank you
12  for your time, and I will, I guess, send you what we
13  discussed before, you know, we should extend the
14  deadlines, right, and discuss the depositions of your
15  clients; right?
16          We're good on that, as we discussed earlier?
17  Right?
18          MR. JOFFE:  Ask your questions of the witness.
19          MR. LEONOV:  All right.  Right, right.
20          I'm asking you a question.
21          You're not a deponent.  I'm just --
22          It's okay.  I'm just confirming that's what
23  your stated.  That's fine.
24                  EXAMINATION
25  BY MR. LEONOV:

Page 158

1   like I promised you.
2       Victoria, thank you for your time, and I
3   apologize if I offended anyone.
4       In any event, Dimitry stop sanctioning me;
5   okay? Deal?
6       Stop -- well, or start. It's up to you.
7       Thank you, guys.
8       THE REPORTER: Are we off the record?
9   Are we off the record?
10      MR. JOFFE: Yes, we are.
11      (Thereupon the deposition was adjourned at
12      4:10 p.m.)
13      --oOo--
14
15      _____
16      VIKTORIA PIRUMOVA
17
18
19
20
21
22
23
24
25

Page 159

1       I, CAROL S. NYGARD, a Certified Shorthand
2   Reporter of the State of California, duly authorized to
3   administer oaths, do hereby certify:
4       That the foregoing proceedings were taken
5   before me at the time and place herein set forth; that
6   any witnesses in the foregoing proceedings, prior to
7   testifying, were duly sworn; that a record of the
8   proceedings was made by me using machine shorthand which
9   was thereafter transcribed under my direction; that the
10  foregoing transcript is a true record of the testimony
11  given.
12      Further, that if the foregoing pertains to the
13  original transcript of a deposition in a Federal Case,
14  before completion of the proceedings review of the
15  transcript [ ]was [X] was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee of
18  any attorney or party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name:
21      Dated: April 23, 2019
22
23      _____
24      CAROL S. NYGARD CSR #4018
25

Page 160

1       ERRATA SHEET
2   Case Name:
3   Deposition Date:
4   Deponent:
5   Pg. No. Now Reads   Should Read  Reason
6   ___ ___ _____   _____  _____
7   ___ ___ _____   _____  _____
8   ___ ___ _____   _____  _____
9   ___ ___ _____   _____  _____
10  ___ ___ _____   _____  _____
11  ___ ___ _____   _____  _____
12  ___ ___ _____   _____  _____
13  ___ ___ _____   _____  _____
14  ___ ___ _____   _____  _____
15  ___ ___ _____   _____  _____
16  ___ ___ _____   _____  _____
17  ___ ___ _____   _____  _____
18  ___ ___ _____   _____  _____
19  ___ ___ _____   _____  _____
20
21      _____
        Signature of Deponent
22  SUBSCRIBED AND SWORN BEFORE ME
23  THIS ____ DAY OF _____, 2019.
24  _____
25  (Notary Public)  MY COMMISSION EXPIRES:_____

## A

**abilities (2)**
61:22 82:8
**ability (9)**
61:2 65:14 66:5 71:14
90:9 96:8 112:1,11
136:10
**able (5)**
45:23 70:22 89:7
101:1 150:17
**accept (2)**
11:13 17:25
**access (5)**
51:13 63:10 64:8
141:9,11
**account (1)**
94:14
**acknowledges (1)**
124:2
**acting (1)**
148:8
**action (3)**
91:19 159:17,18
**actively (1)**
50:12
**addition (1)**
128:17
**address (12)**
9:22,25 30:3 31:8
32:23 36:14,15
83:10 97:22 103:7
110:2,5
**adjourned (1)**
158:11
**administer (1)**
159:3
**admitted (1)**
157:16
**advance (1)**
86:18
**advise (2)**
36:5 95:13
**advisors (1)**
135:23
**Affairs (10)**
18:17 19:1,4 20:13,16
21:1 149:18 150:1
151:6,11
**affiliated (2)**
16:22 107:8
**afforded (1)**
90:9
**afternoon (2)**
6:24 7:15
**ago (2)**
5:4 140:19

**agreed (1)**
154:21
**agreement (2)**
16:15,20
**agreements (2)**
14:15,16
**ahead (11)**
11:15 12:6 17:3 22:6
34:8 61:21 74:17
102:5 145:2 149:22
152:20
**Alex (10)**
1:7 4:7,23 6:7 44:4
115:7 119:13,14,15
119:19
**Alexa (8)**
75:15,19 76:14 77:18
77:18 78:23 79:2
81:15
**alexalopez@icobox ...**
77:2
**Alexandra (1)**
55:20
**alleged (1)**
71:9
**allow (2)**
124:23 136:22
**allowed (1)**
8:25
**allowing (1)**
129:4
**alternative (1)**
124:23
**amount (2)**
112:20,21
**Amsterdam (1)**
2:5
**Anar (4)**
1:8 6:8 41:1,1
**Angeles (1)**
27:25
**Announces (2)**
5:1,3
**annually (1)**
54:25
**answer (60)**
8:7 10:14,21 11:1,6
12:6 14:18 15:23
18:21 22:7 26:6,11
26:13,17 27:6 29:15
33:16 37:5,7 61:2
65:13,24 66:5 71:13
74:5 81:17 82:3
90:12 95:17,24,25
96:7,23 104:12
108:19 110:17,17

111:2 112:10 122:2
122:6 123:21,23
128:23 134:9 135:7
135:9 136:9,21
138:23 141:5
148:21 149:22
151:9 152:20,22
154:6 155:1,2 156:6
**answered (17)**
8:4 12:23 17:14 29:14
36:21 69:5 74:3,4,8
79:13 103:24,25
104:1,10,11 130:15
148:19
**answering (2)**
141:1 152:1
**answers (8)**
8:2,12,18 15:19 27:15
47:20 86:15 99:7
**anybody (3)**
43:23 142:24 143:25
**Anyway (2)**
94:8 143:11
**Apartment (1)**
9:23
**apologize (14)**
20:7,10 26:24 39:3
57:8 63:14,16 76:1
78:16 132:25
144:19,20,25 158:3
**apology (1)**
68:13
**appear (1)**
46:12
**appearances (2)**
2:1 6:25
**appeared (1)**
6:19
**appears (8)**
73:10 84:11 113:25
114:18 115:3,14
120:24 147:22
**applied (2)**
117:24 118:3
**appointed (1)**
21:13
**appreciate (2)**
122:9 157:13
**April (4)**
1:14 6:14 132:13
159:21
**area (1)**
43:13
**arrange (3)**
41:15 56:22,24
**arrangements (1)**

141:4
**Arshovskaya (2)**
88:17,19
**Artem (3)**
108:19 113:3,10
**ASAP (1)**
114:21
**asked (29)**
8:4 17:14 21:14 29:14
36:21 39:15 40:5,7
40:12 42:11,21
57:18 68:11 75:9
79:13 80:21 81:8
92:10 94:6 100:1,10
128:20 130:15
134:7,10 138:17
148:19 154:10
155:19
**asking (28)**
7:17 56:14 60:24 61:1
64:25 65:16 66:3
72:24,25 77:19,25
78:10 79:12 82:6
85:5 90:4,8 95:21
96:12 97:14 99:14
99:16,22 102:11
127:14 136:19
150:14 153:20
**asks (1)**
62:25
**aspects (1)**
133:22
**assist (1)**
151:18
**assistance (2)**
49:8 152:8
**assistant (20)**
17:5 29:8 48:16,17
114:1,4,6,7 148:9
148:12,18 149:10
149:12 151:3,7,17
151:18,23 152:5,8
**assisting (3)**
84:15 151:19 152:11
**associated (3)**
31:4,5 98:6
**assume (10)**
57:25 84:18 86:22
103:8 113:6 118:18
132:14,20 133:18
139:6
**assumption (1)**
85:16
**assumptions (1)**
85:17
**attached (2)**

118:16,20
**attachments (1)**
72:20
**attained (1)**
12:13
**attend (1)**
60:17
**Attended (1)**
60:15
**attorney (25)**
2:4,9 62:21 63:1
64:16 65:10 67:1,4
70:19 75:2 85:6
108:8 124:12,16
138:10,15,18,21,25
139:5,18,22,24,25
159:18
**Attorney/client (1)**
138:24
**August (6)**
19:5,7 20:24 21:19
149:6 152:2
**authorities (2)**
142:17 143:25
**authority (7)**
12:9 60:21 62:11 65:6
66:20 82:17 143:10
**authorization (16)**
52:13,17,20 53:3,9,15
58:11 66:20 70:15
74:2 81:16 140:15
141:23 142:8,10
145:8
**authorizations (3)**
70:11 73:21 75:3
**authorized (7)**
52:23 81:6,14 92:20
94:22 128:5 159:2
**Avenue (1)**
2:5
**aware (10)**
14:17 64:15 105:23
129:13 143:24
153:1,7,8 154:9
155:25
**Azerbaijan (2)**
11:22,23

## B

**BABAYEV (2)**
1:8 6:8
**back (30)**
12:23 15:19,23 17:16
18:1 26:22 31:16
48:5 51:1,11,17
66:14 67:7,20 79:15

86:11 87:5 93:5,10
93:17 94:1 122:4
134:12,13 144:21
146:21 147:3,6
153:4,4
**bad (5)**
45:10 112:13 139:15
152:13 157:24
**badgering (1)**
70:25
**Baiton (2)**
114:21 116:7
**bank (1)**
94:14
**bankruptcy (1)**
123:3
**based (2)**
119:6 155:4
**basis (2)**
75:7 85:8
**battery (2)**
18:2 79:22
**bearing (1)**
157:23
**beginning (3)**
149:2,6 152:2
**behalf (3)**
14:9,10 57:22
**behavior (1)**
36:10
**believe (23)**
10:6 31:19 35:14,15
37:3 45:8 47:7 48:9
59:13 65:22 77:14
79:1,5 91:19 92:10
94:6 100:3 107:19
118:20 139:2,3,4,6
**best (20)**
20:8 61:2,21 65:13
66:5 71:13 82:8
96:7 99:6 112:1,10
136:9 152:21 154:9
154:20,24 155:14
155:16,18,25
**better (3)**
91:6 100:3 156:2
**Beverly (1)**
27:25
**beyond (1)**
139:9
**big (1)**
148:15
**bit (2)**
22:15 74:22
**Bitcoins (1)**
21:9

**bless (1)**
84:1
**blind (3)**
34:14,15,17
**block (1)**
77:7
**blockchain (2)**
18:9,9
**born (1)**
11:22
**bottom (3)**
35:22 59:21 76:13
**box (7)**
63:11 64:9,11 76:25
110:3 141:10,13
**break (10)**
9:11,12 47:13,15,17
50:22 77:24 146:13
146:17 148:15
**briefly (1)**
78:4
**broker/dealer (1)**
94:20
**BTC (2)**
21:8 48:25
**building (1)**
102:21
**business (12)**
23:3,12 41:3,22 42:1
45:2 50:12,19 94:22
140:14 141:16,22
**businesses (1)**
129:18

___

**C**
**California (10)**
1:20 6:16,18 9:24
94:23 140:15
141:22 142:7 145:8
159:2
**call (39)**
2:2,8 48:4 51:1,11,16
78:20 93:10 98:18
103:13,15 107:3,4
110:18 121:4,7,11
121:13,16,17,19,20
121:23 122:6,12,14
122:18,22,23,24
123:7,10,25 125:8,9
125:11 136:25
147:2,6
**called (10)**
6:21 29:9,13 54:6
107:8 111:14 130:5
135:12 150:25
151:5

**calling (2)**
51:10 136:14
**calls (5)**
78:24 108:21 136:4
141:1,6
**capacities (1)**
28:16
**capacity (5)**
20:25 28:14 29:6 60:7
60:8
**Capital (2)**
130:23 131:3
**card (6)**
10:24 11:4 52:21 53:3
53:11,15
**Carol (4)**
1:19 6:17 159:1,24
**case (18)**
1:6 6:6 7:2 16:2 24:14
24:21 26:9 82:3
107:12,16 131:7
136:5,15,19,23
137:3 159:13 160:2
**cases (1)**
131:9
**cash (25)**
48:21,24 57:12,13,15
57:17,21 58:7,13,16
58:17,18,20,23 59:2
59:3 80:19,20,21,22
83:22 92:25 140:5,8
140:11
**caused (1)**
78:16
**Cayman (6)**
46:1,6 94:17 109:20
109:23 155:7
**cc (3)**
89:14,20 138:3
**CCR (1)**
1:21
**Center (9)**
36:14 43:7 46:9 50:16
98:10,16,18 102:17
103:7
**CEO (4)**
49:25 123:9 135:18
153:4
**Certified (2)**
6:17 159:1
**certify (2)**
159:3,16
**chain (1)**
82:24
**chance (6)**
32:19 62:13 105:8

114:14 117:4 132:6
**charged (1)**
133:19
**charges (1)**
8:7
**chart (6)**
118:14,16,20,23
119:1,6
**charts (1)**
135:19
**check (3)**
48:18,20 137:24
**Chief (30)**
29:20 30:5,13,15,22
31:9,10 32:4,5,8
33:7,8,12,18 35:5,9
35:11 36:13,19 47:1
47:5 78:20 94:25
97:23,24 103:6
113:20,20 150:25
151:1
**China (1)**
13:15
**citizen (3)**
10:11 11:23,25
**clarification (1)**
121:24
**clarified (1)**
127:12
**clarify (6)**
12:24 32:10 45:22
91:15 143:4,6
**clarifying (3)**
68:16 141:24,25
**Classification (1)**
59:18
**clear (2)**
65:5 66:19
**client (5)**
14:10,11 15:10 16:21
16:22
**clients (11)**
14:12,24 15:12,12
16:7 56:16,20,23
87:12 89:13 153:15
**close (2)**
78:8 101:5
**coach (1)**
23:25
**coaching (4)**
24:1,2,5 85:21
**code (1)**
51:13
**coffee (1)**
146:18
**coin (1)**

41:19
**colleagues (1)**
64:25
**collect (2)**
133:10,13
**colloquy (1)**
94:7
**come (20)**
17:17,20 61:17 67:7
67:20 72:7 74:9
79:21 95:18 96:14
104:20 128:24
129:2 130:16 134:5
134:22 141:16
146:20 151:22
153:4
**comfortable (2)**
21:21,22
**coming (3)**
11:18 57:3 80:11
**commencing (1)**
6:15
**commend (1)**
61:24
**COMMISSION (1)**
160:25
**communicate (2)**
28:1 98:3
**communicated (5)**
44:19 60:9 98:6
138:18 139:25
**communication (4)**
84:12 86:23 152:19
152:23
**communications (31)**
28:6 29:21 30:6,15,22
31:10 32:5 33:7,8
33:12,18 35:5,9,11
36:13,19 42:7,15
47:1,4 94:25 97:18
97:21,23 103:6
113:20 138:21
142:6,14 150:25
152:15
**companies (6)**
15:3,6 41:5 43:12
129:17 155:6
**company (34)**
5:4,7 15:13 16:8,13
16:16,19 28:8,11
29:9,12 46:1,6 54:6
55:2,15,17 94:17
107:8 109:21,24
113:18 114:3
129:14,19,25 130:5
130:9,22 133:9,13

133:23 135:23
136:1
**company's (1)**
15:1
**Complaint (9)**
9:19 125:14 144:11
144:14,15,16,17,18
145:5
**complete (1)**
8:17
**completely (1)**
111:12
**completion (1)**
159:14
**compound (5)**
8:21,22,24 13:21
114:5
**comprehend (1)**
104:4
**concerned (1)**
128:12
**conclude (1)**
111:19
**concluded (1)**
149:6
**conclusion (2)**
5:1 124:21
**conclusions (2)**
65:16 66:3
**conduct (3)**
41:3 111:13 141:21
**conducting (1)**
140:14
**Conference (2)**
2:2,8
**conferences (2)**
60:15,17
**confirm (6)**
39:18 70:11,15 73:21
74:1 132:7
**confirming (2)**
72:16 153:22
**confuse (5)**
31:17,17 61:20,20
143:14
**confused (18)**
13:23 15:18 19:22
20:3 35:15,19 61:16
61:19 62:7 78:5,7
78:10 85:25 86:1,17
141:19,20 143:13
**confuses (2)**
85:12,13
**confusing (11)**
15:14 71:10 81:23,23
81:24 82:4 85:25

96:2,3,3 99:5
**Congress (1)**
124:25
**connected (4)**
44:1 129:16 132:1
142:24
**connection (1)**
107:23
**consider (1)**
124:23
**considered (1)**
30:15
**considering (1)**
123:2
**consist (1)**
13:19
**consistently (1)**
86:10
**consultant (2)**
16:12 28:11
**consulting (5)**
1:4 6:4 16:15,18
17:11
**contact (2)**
144:9,10
**contacted (4)**
142:17,21,22,25
**contacting (2)**
143:25 144:3
**continue (5)**
23:20 36:10 50:18
102:15 152:7
**continuing (2)**
94:8 151:18
**contract (1)**
124:4
**contractor (1)**
16:13
**contractors (3)**
39:17,22 40:2
**contracts (2)**
87:12,15
**convenient (2)**
146:8,25
**conversation (2)**
8:1 140:21
**conversations (7)**
126:1 137:10,12,16
140:13,20 144:10
**conveyed (1)**
123:7
**copied (11)**
59:13 88:4 89:20,22
90:6,9,17 105:10
108:8 109:8 137:22
**copies (1)**

156:12
**copy (1)**
90:10
**correct (65)**
15:8 19:9 21:10,16
29:4 31:11 32:6,24
33:9,19 36:16 38:4
38:22 39:14,19
46:10,13 52:24
53:10,15,20,24
54:22 55:1,6,7
57:22 59:14,18
63:21 64:13,19 68:7
69:10 70:1 72:4,21
72:22 74:5,6 75:13
75:14 78:21,24
82:18 84:9,12 88:5
88:10 89:14 90:10
92:11 98:7,10 101:7
115:1 118:17
133:15 136:12
137:22 138:22
141:10,13 145:9
148:6
**correctly (1)**
75:10
**counsel (39)**
3:2 9:2 14:17 19:14
19:15,16,17,18,21
19:23,24 20:2,4,18
22:16,18 23:7,8,9
23:11 26:8,21 30:17
30:23 31:15 32:14
61:1 65:16 70:24
81:24 101:23
113:22 126:22
149:19 150:16
154:10 155:14,19
156:11
**counselor (3)**
36:23 93:18 108:10
**countries (1)**
11:20
**country (3)**
11:25 18:9,10
**couple (7)**
10:1 28:4 39:17 146:1
146:5 148:22
150:10
**course (11)**
18:22 26:17 47:24,25
48:3,3 71:15 108:12
155:12 157:16,17
**Court (4)**
1:1 6:1 96:4 104:14
**Court's (1)**

99:3
**courtesies (1)**
90:15
**courtesy (1)**
85:23
**courtroom (1)**
8:13
**cover (1)**
119:7
**covers (1)**
112:20
**CPO (12)**
29:23 30:8,12 38:11
38:14,16,18,21
39:25 40:6,11 103:5
**Cryptonomics (1)**
131:3
**Crytomics (1)**
130:22
**CSR (2)**
1:20 159:24
**curious (2)**
24:8,15
**current (5)**
9:22 15:12 17:12
124:22 131:7
**currently (4)**
7:5 13:17 18:19,23
**customers (5)**
16:21 41:12,16,17
133:20

**D**

**D-e-c-e-n-t-u-r-i-o-...**
18:6
**Daria (3)**
1:8 6:8 40:22
**date (6)**
11:7 25:17 132:22,22
159:19 160:3
**dated (9)**
5:2,5 120:25 131:19
132:8,13,20 147:22
159:21
**dates (1)**
52:22
**day (5)**
27:21 101:2 127:9,10
160:23
**deadlines (1)**
153:14
**deal (4)**
40:1 51:14 85:17
158:5
**dealing (1)**
157:2

**deals (2)**
14:7,9
**December (4)**
29:2 148:1,4 153:5
**Decenturion (16)**
18:5,8,11,15,18 19:1
19:4,12 20:17 21:17
149:7,9 152:3,5,7
152:10
**decide (1)**
103:10
**decided (1)**
153:4
**deconfuse (1)**
86:14
**Defendants (8)**
1:11 2:8 6:11 7:5
91:14,14,19 139:5
**define (1)**
48:14
**definitely (6)**
25:11,12 26:16 27:19
48:24 118:2
**degree (1)**
12:12
**delayed (1)**
79:24
**depends (1)**
113:15
**deponent (3)**
153:21 160:4,21
**deposed (1)**
9:17
**deposition (23)**
1:16 7:18 25:21,24
26:1 27:6,15 51:20
78:13 79:24 81:10
93:16 100:22 102:6
102:10 111:13
127:10 146:11
147:14 156:20
158:11 159:13
160:3
**depositions (3)**
45:7 153:14 157:11
**Description (1)**
4:2
**dial (1)**
51:5
**dictate (1)**
61:15
**die (1)**
18:2
**difference (6)**
45:11 49:6 99:21
100:19 134:18

155:6
**different (7)**
28:16,19,20 51:5,11
99:17 155:6
**differentiate (1)**
20:6
**differently (1)**
132:20 157:11
**Dimitri (2)**
71:7 98:20
**Dimitry (88)**
2:4 7:1 11:9 12:4 13:8
13:22 15:18 17:14
19:11 24:18 26:18
45:5 47:17,18 51:21
61:12,20 63:23
65:11,15 66:7,15
71:12 72:9 74:7,18
74:21 76:3 77:15,16
78:5 79:14,18,23
81:9 82:1,9 84:20
84:24 85:19 89:25
90:17 91:13 93:6
95:13,18,25 96:12
98:21 100:2,4 101:9
102:1,5 103:11,16
103:23 104:8,13
110:21 111:5,16
112:12 121:25
127:11 128:24
132:15 134:8 136:7
137:4 139:3 141:18
143:4 144:22
146:10 147:8
148:14 150:3
152:17 153:11
156:3,14,20 157:9
157:25 158:4
**Dimity (1)**
148:19
**dire (6)**
98:23,25 99:11 100:5
100:24 101:18
**direction (3)**
116:17 139:19 159:9
**directly (2)**
87:12 139:22
**Director (3)**
17:6 91:1,17
**Directors (2)**
115:15,19
**disconnected (1)**
93:4
**discontinued (1)**
46:17

**discovery (1)**
101:24
**discuss (10)**
67:6,18 125:7,23
127:25 128:5
129:22 131:5
140:25 153:14
**discussed (17)**
27:8 113:5 121:10,12
123:12,17 126:2,9
128:2,8,13,18
138:10 140:22
143:9 153:13,16
**discussing (3)**
123:9,25 125:9
**discussions (7)**
125:10,17 126:12,17
138:6,13 145:7
**disregard (1)**
105:20
**distinction (1)**
45:6
**distinguish (1)**
99:13
**DISTRICT (4)**
1:1,2 6:1,2
**document (17)**
32:17 63:19,24 64:1
110:12,15,18,22,23
111:4,14 112:4,15
119:3 132:11 133:2
133:5
**documents (8)**
42:5,5,9 72:16 104:15
113:12,19 115:13
**DocuSign (1)**
114:22
**doing (30)**
24:19,19 36:3,23 45:2
45:15 61:24 66:9
71:3 74:20 75:4
77:23 79:6,10 80:6
80:8,15 83:13 85:14
85:23 89:24 90:14
95:8 96:24 99:5,19
99:19 112:6,13
150:9
**dollar (2)**
105:14,24
**dollars (1)**
133:14
**doubt (4)**
60:4 68:11 81:5 82:16
**doubts (2)**
81:13,15
**draft (2)**

95:3 157:25
**dropped (1)**
144:21
**duly (3)**
6:22 159:2,7

———————
**E**
———————
**E-mail (117)**
4:3,5,6,7,11,12,13,14
4:15,17,19,21,23
30:3 31:8 32:21,23
33:4,11 34:14 35:4
36:12,15,18 37:24
38:10 39:11 40:4
42:6,11 43:5 53:20
54:11,13,15 59:10
59:13,16,21 60:22
62:13 63:4,4,6,10
64:8,11,18,20,21
67:6 69:19,25 70:3
70:3,10,21 72:1
73:10,14,19 76:22
76:25 77:7,12 78:23
82:24 83:9 84:6,11
86:25 87:4,9,11
88:1,4 89:12,14,16
89:22 90:6,17,22,22
90:25 91:6 97:22
105:11,13 106:16
110:2,3,5 114:18,25
115:21 117:8
118:12,16,21 119:7
120:24 124:5,19
128:11 132:21
135:20 137:13,15
137:18,22 138:7,8
141:9,11,13 142:3
**E-mails (21)**
28:5 31:20 42:13,17
42:18,19,21 46:25
108:8 110:4,4 141:2
141:12,17 142:11
145:10,13,14,18
154:20,21
**E-Verify (1)**
75:5
**earlier (3)**
151:12 153:16
**easier (3)**
101:19,20 102:9
**Economic (1)**
12:25
**Economics (2)**
12:19 13:1
**educational (1)**
12:12

**EEOC (1)**
151:14
**effect (1)**
8:12
**eight (2)**
51:9,17
**EIN (4)**
134:13,20 135:13,14
**either (6)**
25:17 44:21 89:20
100:24 116:18
129:3
**eleventh (1)**
134:7
**elicit (1)**
99:17
**eliciting (3)**
77:25 82:4 100:20
**Embarcadero (10)**
36:14 43:4,6 46:9
50:16 98:10,16,18
102:17 103:7
**employed (3)**
13:17 28:8 30:1
**employee (8)**
48:13,15 55:2,13
117:9,17 134:3
159:17
**employees (22)**
43:25 49:12 54:15,20
55:3,4,5,9 70:5,12
70:16,22 72:2 73:15
73:22 74:2 75:4,8
151:13,13 155:17
156:1
**employment (12)**
16:25 17:11,12 70:11
70:15 73:21 75:3,11
81:15 142:8 143:1
145:8
**Endo (1)**
17:18
**Energo (2)**
15:2 16:9
**Energy (2)**
5:4 17:19
**English (2)**
39:12 49:22
**enter (1)**
133:10
**entire (1)**
34:14
**ERRATA (1)**
160:1
**essentially (1)**
149:11

**establish (1)**
46:16
**established (3)**
68:8 98:5 141:10
**Eugene (6)**
1:4 4:3,16,18 6:4
84:14
**Evdokimov (89)**
1:8 5:3,6 6:8 7:6
16:23 17:9,10 21:15
22:1 25:5,9,22 26:7
27:3,5,9,11,14,18
27:22 28:1,15,20
28:22,23 29:7 42:16
43:2,3 44:12 46:22
47:2,6,9 48:11,13
49:16,20,22,25 50:6
52:12 58:20,23 59:2
63:5 95:10 114:1
116:17,18 122:12
122:21 123:2 124:2
125:23 126:2,8,9
127:25 128:2,4,13
128:17 129:13,22
131:5 137:17 138:7
138:11,22 139:19
140:10,14 142:16
142:22 151:3,8,19
151:24 152:8,11,16
152:24 153:1 154:5
154:11,15
**Evdokimov's (8)**
50:9 57:21 63:10 64:8
130:10,25 148:8
149:10
**event (3)**
123:9 155:18 158:4
**events (1)**
151:15
**eventually (1)**
101:1
**evidence (2)**
33:22 157:15
**exact (6)**
11:7 25:17 27:21
42:23,23 43:9
**exactly (10)**
43:14 56:19 79:6
80:14,23 85:14
96:24 117:12
124:13 149:14
**Examination (5)**
3:2,4,5 7:13 153:24
**examined (1)**
6:22
**example (2)**

42:16 151:14
**Excuse (4)**
63:12 83:15 110:16
121:22
**executed (1)**
124:4
**exhibit (94)**
4:2,3,5,6,7,9,11,12,13
4:14,15,17,19,21,23
5:1,3,6 32:12,16
33:24,25 34:1,4,9
34:10,11 35:1 37:14
37:20,22 38:20 43:5
44:7 53:17 59:5,8
62:14,19 63:25
69:11,15 70:4 72:12
72:18,19,20,21 73:4
73:10 75:23 76:2,3
76:4,8,11 82:19,19
83:24 84:2 87:1,18
87:20 88:22,23 89:1
89:5 91:5 102:19
104:23,25 110:7,8
112:14 114:9,11
116:23 117:2 118:6
118:7 120:20,22
124:8 131:12,14
132:6,13,17 138:1
147:16,17,20 148:3
153:2
**exhibits (6)**
4:1 44:9 78:19 82:10
99:22 157:15
**exist (1)**
104:15
**expect (1)**
133:14
**expedition (1)**
24:20
**EXPIRES (1)**
160:25
**explain (5)**
17:13 42:3 71:11
99:21 113:17
**explanation (2)**
53:2,8
**explore (1)**
81:20
**exposition (1)**
24:19
**extend (1)**
153:13
**extent (1)**
138:13

---
**F**

**facilitate (8)**
14:19 22:17 31:21
45:5 100:2 101:23
139:2,4
**fact (1)**
34:13
**facts (1)**
111:22
**fair (16)**
20:15 23:2,10,13 35:4
35:10 36:18 38:10
67:9 84:18,21,25
86:20 155:5,8 157:3
**fairly (1)**
113:19
**familiar (8)**
9:16 18:4,7 29:9 83:2
91:10 110:13
118:24
**far (8)**
14:18 40:20 49:23
55:15 115:25
138:14 142:23
145:17
**fault (1)**
79:24
**February (5)**
4:17 27:20 44:21 46:8
120:25
**February/March (1)**
149:2
**Federal (2)**
101:5 159:13
**Federation (2)**
12:1,8
**feedback (1)**
64:25
**feel (3)**
21:21,22 22:9
**felt (1)**
22:12
**fifth (1)**
79:12
**figure (3)**
31:23 45:14 136:25
**finally (1)**
105:18
**financial (1)**
133:22
**financially (1)**
159:16
**find (2)**
48:10 105:7
**fine (15)**
9:1 37:8 78:12 86:14
101:21 102:13

103:17 127:13
143:15 146:3,6
147:5 153:23 155:2
157:8
**finish (10)**
9:2 47:24 48:1,4
108:4 126:21,23
144:23 145:4 150:8
**finished (4)**
9:5 126:24 152:9,10
**firm (1)**
17:8
**first (18)**
6:22 13:4 17:4 18:9
52:17,20 55:20 56:5
56:8 72:12 73:4
84:12 85:11,20 87:1
102:23 107:24
134:10
**five (6)**
47:22 51:4,7,17 78:3
146:20
**floor (2)**
102:22 103:1
**Focus (1)**
5:4
**follow (1)**
135:5
**following (1)**
130:3
**followup (2)**
147:10 150:10
**force (1)**
8:12
**foregoing (4)**
159:4,6,10,12
**foreign (11)**
18:17,25 19:4 20:13
20:16 21:1,2 149:18
150:1 151:6,11
**Forget (1)**
85:17
**form (5)**
49:9,19 115:6 155:11
155:20
**forth (2)**
6:23 159:5
**forward (1)**
18:2
**forwarding (3)**
90:22 117:8,10
**found (1)**
64:3
**founded (2)**
40:14 91:7
**founder (4)**

5:3,6 21:17 40:16
**founders (1)**
50:11
**four (10)**
36:14 43:6 46:9 50:16
98:10,16,18 102:17
103:7 113:2
**Francisco (22)**
6:16 9:24 10:2,5 17:4
29:4 43:7 46:10
56:6,10,12 60:11
79:8 83:7,18 91:2
116:14 120:1,2,12
120:14 128:6
**frequently (1)**
152:16
**front (4)**
37:22 59:11 76:6
132:10
**full (2)**
8:17 16:8
**fun (2)**
26:15,16
**function (3)**
149:10,16 152:6
**functioning (1)**
109:19
**functions (3)**
70:20 97:25 151:10
**Fund (6)**
1:10 6:10 91:1,7,10
91:18
**funding (1)**
124:23
**Funds (1)**
91:17
**further (2)**
159:12,16

---
**G**

**G-i-g-a-w-a-t-t (1)**
129:20
**Gary (3)**
114:19,21 116:7
**general (1)**
78:13
**generally (5)**
53:16 57:19 79:7
140:17 151:20
**GENERALOVA (2)**
1:8 6:8
**gentleman (1)**
122:19
**getting (4)**
78:15 86:5 100:23
137:3

**Gigawatt (1)**
129:19
**girl (1)**
44:5
**give (9)**
15:21 36:13 57:19
58:7 59:2 80:22
91:6 103:7 148:15
**given (3)**
42:24 49:11 159:11
**giving (4)**
8:17 57:20 58:17,18
**glad (4)**
17:25 24:21 104:7,8
**go (27)**
11:14,15 12:6 17:3
18:21 22:6 28:21
34:8 42:9 44:9
61:21 64:2 74:17
93:2,17 95:6 99:20
101:10 102:5 111:1
139:11 141:5 145:2
149:22 152:20
156:5,18
**goal (1)**
120:6
**God (1)**
84:1
**goes (5)**
114:25 115:4,7,8
136:5
**going (41)**
18:1,2 22:15,16,21
23:12 61:10 66:1,14
71:2,7 74:16,25
79:22 89:21 97:4
99:9 101:7,8,15,18
101:25 103:14
106:3,4 108:3 111:1
127:1,3,5,6,8 130:4
135:7 136:20,21,22
136:25 147:9
148:15 150:16
**Golovanov (3)**
4:20 113:4 114:25
**Golovanoy (2)**
108:15,18
**good (14)**
6:24 7:15 34:17 51:14
71:8,8 78:9 139:20
146:11 152:13
153:16 155:15
156:5 157:23
**governmental (1)**
143:25
**great (14)**

**green (5)**
22:20 36:3,23 45:15
61:24 66:1 74:20
77:23 90:14 111:8
135:6 146:7 154:19
157:2
**green (5)**
10:24 11:4 52:21
53:11,15
**grumbling (1)**
127:9
**guess (7)**
19:19,25 122:5
143:15 145:11
153:12 157:11
**guillotine (1)**
95:22
**guys (18)**
20:5 26:24 34:23 39:5
48:5 51:18 57:9
62:8 96:10 137:6
144:19,20 146:8,23
147:2 156:25
157:12 158:7
**GVA (2)**
1:9 6:9
**gym (1)**
56:8

**H**

**half (1)**
39:11
**halfway (1)**
62:20
**happened (3)**
24:13 46:18 144:6
**happens (1)**
90:11
**happy (1)**
23:11
**hard (1)**
149:13
**head (13)**
18:21 52:6,9 59:25
60:5,7 67:25 68:12
68:24 76:14 77:9
78:24 79:2
**hear (5)**
13:6 23:9 24:21 33:16
106:1
**heard (13)**
12:24 36:8 86:8,10
105:25 122:7
126:14 129:19,21
130:1,5,9 145:6
**hearing (1)**
91:11

**hearsay (1)**
26:8
**help (4)**
14:19,20 133:13
149:13
**helped (4)**
133:9 149:3,4,12
**helpful (1)**
45:8
**hereinafter (1)**
6:23
**Hi (1)**
84:14
**high (1)**
113:19
**highest (1)**
12:12
**Hills (1)**
27:25
**history (1)**
16:25
**hold (1)**
19:23
**hope (5)**
17:24 26:14 82:10
99:24 111:23
**host (1)**
146:10
**hosting (1)**
157:1
**hour (1)**
6:15
**hours (4)**
101:4,10,11,13
**Hub (33)**
1:7 4:10 6:7 7:5 45:12
45:18 53:23 54:2,4
54:7,8 55:5,9,14
58:1 68:6,10,12,14
69:23 88:9 105:14
105:24 115:15
116:9 117:9,18
123:2 124:3 134:15
135:18 143:5 156:1
**hundred (3)**
81:4,17 157:17

**I**

**ICO (1)**
41:4
**ICOBox (175)**
1:7,7 4:10 5:1,3,6 6:7
6:7 7:3,5,6 16:3
28:9,12 29:10,13,18
30:1,3 31:4,8,11
32:3,6,23 33:19

**hearsay** col3:
35:6,12 36:20 38:11
38:15,17,21 40:11
40:14,16 41:3,6,9
41:15,17,19 42:1,6
42:8 43:1,8,15,19
43:22 44:1,25 45:2
45:11,12 46:1,8,9
46:17,20 47:5 50:1
50:4,7,10,13,15,18
52:4,7,10 53:23
54:2,4,4,7,8 55:5,9
55:13 58:1,1,14,21
58:24 59:3,25 60:5
68:1,6,10,12,14
68:14,15,15,24
69:22 75:21 76:14
76:20,23 77:6,10
78:20,24 79:2,7
83:9,13 88:9 91:1,7
91:7,10,17,18 94:14
94:16,17,19,22 95:8
95:9 97:23 98:6,15
103:6,6 105:14,24
109:19,20,23
112:17 115:15
116:9 117:8,18
120:7,11 123:2
124:3,22 128:6
131:19 132:8
133:13,19,25 134:3
134:15,16 135:11
135:18 140:5,7,14
141:15 142:7,16,20
142:25 143:5,5,25
145:7 147:22 151:1
153:15 155:7,7,17
156:1
**ICOBox's (7)**
41:12,22 95:1 97:22
98:9 103:8 141:21
**icobox.io (1)**
110:3
**ICOs (2)**
5:1 133:11
**idea (1)**
87:17
**identification (3)**
117:9,18 134:4
**IEN (1)**
135:12
**Ilya (1)**
113:4
**immediately (1)**
63:3
**immigration (10)**
62:21,25 64:16 65:6

col4:
67:1 68:1,5 128:12
128:13 135:25
**improper (1)**
142:25
**inappropriate (1)**
111:12
**including (2)**
42:18 55:6
**inconveniences (1)**
78:16
**Incorrect (1)**
31:13
**incorrectly (1)**
39:15
**independent (4)**
16:12 39:16,22 40:1
**INDEX (1)**
3:1
**individual (2)**
85:6 127:14
**individuals (2)**
124:25 125:4
**informal (1)**
8:11
**information (4)**
65:1 118:22 119:7,12
**initial (1)**
41:19
**inquiry (1)**
38:24
**instances (1)**
144:9
**institution (1)**
12:17
**instruct (3)**
58:23 59:2 150:12
**instructed (2)**
75:4 139:22
**instructing (5)**
26:10,12 150:13,14
150:18
**instructions (2)**
42:24 138:22
**intention (1)**
100:3
**interested (3)**
68:20 108:5 159:17
**international (4)**
12:16,25 21:3 151:14
**Internet (1)**
107:22
**internship (1)**
17:7
**interpret (1)**
112:4
**interpretation (1)**

col5:
35:16
**interrogated (1)**
6:23
**interrupt (5)**
8:23 11:11 19:11
23:16,20
**interrupting (11)**
15:20 61:5 72:25 73:1
78:2 96:1,20 111:10
126:19 127:10
150:6
**interruption (2)**
105:21 115:10
**intricacies (1)**
155:9
**introduce (1)**
16:21
**introducer (1)**
16:20
**introduction (2)**
84:19 86:21
**investment (4)**
91:1,17 105:14,24
**investors (3)**
112:24 113:1,6
**involved (6)**
41:22 42:1 50:12
106:10 133:22
155:9
**Irrelevant (6)**
10:13,20,25 11:5 12:2
12:3
**Island (4)**
46:1,6 94:17 109:23
**Islands (1)**
109:20
**issue (15)**
48:18 125:18,18
126:2,10 128:1,5
136:5 137:3 141:15
141:20,20,21
142:25 143:5
**issuing (1)**
48:20

**J**

**January (10)**
4:3,7,15,19,21,23
27:19 44:21 46:8
73:7
**JHO (1)**
111:17
**job (9)**
1:24 17:4 36:3,23
45:15 61:24 74:20
77:23 90:14

**JOFEE (1)**
13:3
**Joffe (243)**
2:3,4 3:4 6:24 7:1,1
7:10,12,14 8:6,23
9:2,7 10:16,23 11:3
11:13,17 12:5 13:10
13:13 14:1,8,23
15:5,20 16:4 17:21
18:3,16,21,24 20:11
20:21 22:19,24
23:15,19,23 24:3,6
24:24 25:3 26:10
27:2 29:17 30:20
31:1,25 32:10,15,18
33:15,25 34:4,7,10
34:15,24 36:4,9,11
36:25 37:4,12,18,21
39:10 40:10 45:18
45:20,22,24 47:19
48:1,6 50:21 51:3,7
51:15,23,24 57:2,7
57:10 59:9 60:23
61:5,9,13 62:9
63:25 64:6 65:18
67:16 68:15,22
69:16,18 71:19,23
72:8,11,23 73:3
74:13 75:6 76:1,4,9
78:2,18 79:16 80:4
81:11,12 82:14
83:17 84:5 85:2,8
86:19 87:23 88:25
89:4 90:1,18 91:16
91:20,22 92:1 93:2
93:7,11,17 94:2,12
94:13 96:1,18 97:9
97:17,20 98:25
100:6 101:10,16
104:23 105:4,20,22
107:17,21 108:11
108:13 110:6,11
111:6,9,12 112:18
113:24 114:8,13
115:10,12 117:3
118:11 120:23
122:11 124:1 126:8
126:15,19,21,23
127:1,6,9,22 129:6
130:18 131:17
132:4,5,16,22 133:4
134:10,15,23 135:2
135:13,16 136:11
136:17 137:7
139:13,17 140:2,3
141:18,21 142:2,5

143:8,12,16,19,21
143:23 144:23
145:3,19,23,25
146:3,15,17,24
147:4,7,15,19
148:16 149:8,22,24
150:4,6,12,20
152:20,25 153:9,18
155:11,20 156:17
157:5,14,20 158:10
**Joffe's (1)**
37:7
**Joffee (2)**
7:2 129:10
**Judge (6)**
8:13 99:23 103:13,15
110:18 136:25
**Judged (1)**
113:19
**July (1)**
20:24
**June (2)**
20:14,24
**jury (2)**
8:13 103:10
**jut (1)**
45:14

———————————
**K**
**Katya (1)**
124:16
**keep (4)**
71:3 90:16 100:11,12
**kind (5)**
16:18 98:19 122:6
149:3 156:9
**kindness (1)**
157:21
**Kirill (4)**
4:20 108:15 113:4,10
**know (182)**
9:9,12 11:9 14:21
19:20 20:1 21:12
27:22 30:11,12 35:7
35:8,10 37:9,11,15
40:14,16,20 41:11
41:12,14,21,25 42:2
43:9,11,13,13 44:5
44:22 45:1,4,25
46:2,19 49:18,24,25
50:2,8,14,20 52:5,6
52:9 54:5 55:12,16
55:18,24 56:25 57:3
57:24 58:2,4,10,22
60:2,6,7,19 62:12
62:16 65:25 67:2,9

67:24 71:6,7 72:13
75:19,21,22 76:23
76:24 78:11,11 79:3
79:4,6 80:1,7,16
81:2 82:6,25 83:1
83:14,19,21,23
84:20,23 87:8,15
88:12 92:2,16,20,22
92:23,24 94:18,19
94:21,24 98:2,4,12
98:14,17 99:19,21
100:19 101:15
102:16,22,25
103:12 106:8,13,15
106:21,25 108:18
108:25 110:1,20,21
111:2 113:16 116:9
116:10 117:10
118:25 119:1,19
120:3,5,6,11,13,17
120:19 124:10
125:4 127:15
128:12,15,16
129:24 130:4,10,12
130:13,19,21,22
131:2,4 133:16,19
133:21,25 134:2,3
135:11,17,24 136:8
136:12,13 138:25
139:23 140:9
142:19,20,23 150:2
153:13 154:14
**knowing (1)**
106:23
**knowledge (14)**
50:18 52:3 109:19
120:15 127:25
128:4 142:22,24
154:9,25 155:14,16
155:19,25
**Kruzhkov (1)**
124:10
**Kunitsky (5)**
82:21 83:1,20 92:10
92:16

———————————
**L**
**L-1A (1)**
59:17
**L.P (2)**
1:10 6:10
**labor (3)**
39:16,21 40:1
**Lane (2)**
2:10 7:8
**late (1)**

46:7
**launch (1)**
124:24
**law (8)**
2:3,4,9 7:2 12:16,19
13:2 17:8
**lawsuit (9)**
7:17 9:16,19 27:8,12
129:24 130:13,19
131:2
**lawyer (2)**
44:4 68:1
**lawyers (2)**
68:5 136:1
**leading (4)**
18:20 47:12 60:23
65:16
**LEANOV (1)**
134:25
**learning (1)**
45:16
**leave (2)**
21:19 44:20
**left (4)**
5:3 22:12 50:15 153:3
**legal (3)**
35:16 66:3 155:9
**legally (1)**
53:14
**leisure (5)**
134:24 135:2,3,4,4
**LENOV (2)**
91:13,18
**Leonov (252)**
2:9,9 3:5 6:25 7:4,4
8:4,21,24 9:5 10:13
10:20,25 11:5,8,14
12:2,22 13:7,11,21
14:5,14 15:14,21
17:14,21,23 18:13
18:20,22 19:11,19
19:22,25 20:3,7,18
22:7,14,14,20,25
23:5,10,16,18,22
24:1,5,8,10 25:1
26:5,12,23 29:14
30:17,23 31:13,15
33:14,22 34:1,5,8
34:11,17 35:13 36:7
36:21,25 37:1,6,10
38:23,25 39:8 40:8
42:11 45:5,19,21
47:12,20 48:3 50:21
50:23 51:4,9,16,21
57:4,5,8 60:25 61:7
61:10,15 63:12 64:2

65:8,20 66:13 67:13
67:13 68:14,16
70:24 71:1,16,22
72:6,8,9,13,24 73:2
74:7,16 76:3,5
77:15 78:5 79:11,18
81:8,22 83:15 84:1
84:20 85:4,10 89:17
90:3 91:21,25 93:6
93:10,12,18,23 94:3
95:12,24 96:1,2,16
96:18,23 97:10,19
98:20 99:1 100:8
101:12,17 102:14
103:10 105:1,18
107:10,17,19,22
108:12 110:16
111:5,7,8,11,16
113:22 114:5 115:4
121:22 122:5,9
123:20,23 126:3,5
126:13,18,20,22,24
127:3,8,11 128:19
129:8 130:15
132:12,18,24 134:5
134:11,17 135:4,9
136:4,9,14,18
138:23 139:15,20
140:1 141:19,24
143:3,11,13,18,20
144:19,25 145:21
145:24 146:1,4,16
146:18,25 147:5,8
148:13,19 149:19
150:2,5,7,13,18
152:17,21 153:10
153:11,19,25
155:12,13,21,22
156:5,13,18,24
157:8,16,22
**lesion (2)**
134:25 135:3
**let's (31)**
9:1 16:2 18:1 22:7
24:25 28:21 32:10
34:5 48:1 71:21
74:11,18 86:4 88:22
93:7 96:6 102:15,19
103:13,13 104:23
136:24,25 143:16
143:18,22 144:6
146:17,24 147:2,15
**letting (1)**
96:23
**Lianashuu (1)**
4:22

**lifetime (1)**
133:9
**likewise (1)**
151:7
**limit (1)**
20:8
**limits (1)**
139:9
**line (17)**
22:12 40:11 48:1,4
    53:22 59:17 69:22
    87:11 88:7 89:13,14
    105:13 108:15,23
    114:21 138:3
    144:24
**list (12)**
42:4 54:20,24 55:20
    72:15 112:24 125:1
    125:11,15,18 128:1
    128:14
**listen (5)**
24:15 26:15 72:14
    94:9 101:1
**listening (3)**
68:20 117:15 146:19
**lists (1)**
70:4
**literally (5)**
31:22 47:25 71:6
    143:6 150:3
**litigation (4)**
14:18 24:17 42:6
    131:6
**little (4)**
22:15 53:1 74:22
    146:13
**live (2)**
11:18 27:22
**lived (1)**
10:5
**LiveLitigation (1)**
93:5
**lives (1)**
27:22
**living (2)**
13:20 14:2
**LLC (2)**
1:9 6:9
**location (1)**
58:8
**locations (1)**
43:3
**log (1)**
93:5
**long (7)**
9:25 10:5,8 31:4 42:4

127:10 137:14
**look (38)**
11:15 33:24 34:2
    37:13 42:11,15,21
    44:6 53:17 54:11
    59:5,20 69:11 72:18
    75:23 76:10 83:24
    87:18 88:23 102:19
    104:23 105:8
    106:16 110:6 112:9
    114:9,14 116:23
    118:6,19 120:20
    124:18 131:11
    132:6 138:15
    145:20 147:15,21
**looked (4)**
53:19 70:4 114:17
    118:10
**looking (25)**
13:7 32:14 43:5 62:15
    62:16 63:18,20,24
    63:25 64:1 84:3
    87:21 89:3,8,9
    98:24 104:15 105:3
    110:10 114:15
    118:9 132:17,19
    133:1 147:18
**looks (4)**
32:22 88:1 110:13
    118:24
**Lopez (11)**
75:15,19 76:14,20
    78:12,24 79:2 80:6
    81:2 82:16 87:15
**Lopez's (2)**
86:25 87:11
**Los (1)**
27:25
**lost (1)**
26:23
**lot (1)**
57:2
**loud (3)**
107:20,21,23
**LUST (1)**
2:9

_____
**M**
**machine (1)**
159:8
**Madam (2)**
157:21,22
**Maiden (2)**
2:10 7:7
**mailbox (1)**
32:4

**making (9)**
34:15 36:5 41:9 45:20
    45:21 79:13 90:5,5
    108:1
**man (1)**
109:8
**management (3)**
50:3,7 153:3
**March (4)**
5:2 131:19 132:8,24
**mark (3)**
34:1,3,3
**marked (18)**
32:16 37:20 59:8
    62:14 69:15 72:21
    76:8 84:2 87:20
    89:1 104:25 110:8
    114:11 117:2 118:7
    120:22 131:14
    147:17
**market (2)**
41:19 133:10
**Marlen (1)**
124:10
**Materials (1)**
88:9
**matter (2)**
26:9 34:13
**mean (16)**
21:15,25 29:25 56:5
    63:13 72:19 75:18
    104:1 109:23
    117:23 118:3
    121:13 138:11
    140:17 142:20
    146:8
**means (3)**
7:23 21:9 28:5
**meant (1)**
33:20
**medications (1)**
8:16
**meet (7)**
56:3,6,16 79:8 83:5
    109:13 113:10
**meeting (5)**
109:17 115:14 116:12
    119:22 151:12
**meetings (5)**
41:15 56:22,24
    115:18 116:4
**MEM (2)**
1:4 6:4
**memorandum (3)**
4:9 111:15 112:16
**mention (3)**

42:22 45:18 108:7
**mentioned (14)**
7:16 24:12 30:2 42:13
    42:18,20 49:3 91:18
    108:14 109:10
    113:2 128:21
    129:12 151:12
**mentioning (1)**
42:12
**merit (2)**
1:22 86:5
**merits (8)**
11:16 12:4 14:19
    15:16 16:2 36:24
    74:21 78:15
**message (1)**
25:12
**met (15)**
21:2 56:1,5,7,8,20
    83:3 106:21 108:20
    109:3,9,10 119:23
    120:1,18
**Michael (3)**
1:9 6:9 40:22
**middle (1)**
87:1
**million (6)**
105:14,23 112:21,22
    133:10,14
**mind (3)**
45:8 90:16 107:14
**mine (2)**
23:6 103:21
**Minister (15)**
18:17,25 19:3,8 20:13
    20:16 21:1,5,11,13
    21:14 149:17,25
    151:6,11
**minute (7)**
93:11 118:8 145:20
    147:2,4,6,11
**minutes (9)**
47:22 51:4,7,9,17
    78:3 115:14 116:16
    146:20
**misrepresenting (1)**
34:18
**missed (2)**
115:24 121:25
**Mission (2)**
6:16 9:23
**mistake (1)**
108:1
**misunderstanding (1)**
22:4
**misunderstandings ...**

21:23
**misunderstood (1)**
113:18
**mMs (1)**
143:12
**moment (2)**
22:12 54:9
**money (7)**
41:9 48:12 49:7 62:2
    112:22 124:25
    133:15
**month (1)**
148:6
**months (3)**
10:1 20:16 27:21
**Morozov (53)**
1:4 4:4,16,18 6:4 7:3
    39:23 42:13,14,17
    42:18,20,22 44:16
    44:17 53:20 59:16
    62:20,25 64:17
    69:20 70:10 72:1
    73:8,20 75:4 84:9
    84:12 86:21 89:12
    106:12 108:21
    116:19 120:24
    121:20 122:15
    123:1,7 124:21
    125:4,7 128:8,11
    135:17,23 136:3
    137:14,16 142:13
    154:17,18,25
    155:17
**Morozov's (10)**
63:3 90:21 123:13,18
    131:7 137:11
    142:11 144:15,17
    145:5
**Moskovsky (4)**
1:8 6:8 119:20,22
**mouth (2)**
85:12 103:20
**move (36)**
8:5 9:1 15:16 16:1
    17:20 18:1 22:8
    24:2,25 26:14,18
    34:23 36:2,23 37:8
    44:25 62:6 71:21
    74:18 79:14,17,18
    80:2 84:24 95:19,25
    96:6 97:5,12,16
    100:15,24 104:9,19
    127:7 148:22
**moved (3)**
45:3 46:17 50:19
**multiple (2)**

41:7 42:7

**N**

**name (31)**
7:1 14:13 15:1,6,12
16:6,8 20:8 24:11
33:2 40:19 41:1
42:6 64:13 75:19
82:22 84:14 88:14
88:17 108:14,23
119:19,21 124:11
124:15 129:15,21
130:7,9 159:20
160:2
**named (1)**
28:9
**names (5)**
15:12 44:9,11 60:18
106:14
**Natalia (9)**
87:5,8 88:12,18,19
90:25 91:6,16 92:3
**natalia@icobox (1)**
90:22
**natalia@icobox.io (1)**
88:2
**nature (2)**
22:3 114:3
**need (20)**
9:11 47:13,16,17,22
47:23 50:25 51:5
66:8 67:1 68:4
70:11 73:20,20 93:5
101:13 138:10
146:18 156:19,21
**needed (5)**
67:4 68:1 141:5
149:13 152:12
**needs (3)**
62:21 64:15 65:1
**negotiate (4)**
13:25 14:4,7,9
**negotiations (4)**
106:2,4,7,11
**neither (1)**
159:16
**Neutral (1)**
152:14
**Nevada (1)**
1:21
**never (5)**
29:20,23 30:1 68:9
106:21
**nevertheless (2)**
71:13 108:4
**new (12)**

1:2 2:6,6,11,11 6:2
7:8,8 109:14,15
112:22 151:16
**Nick (24)**
5:3,6 21:14 46:24
57:14,15,18,19,21
58:6 63:4 80:13,21
84:15 87:4 89:12
95:9 106:12 107:4
108:21 142:20
145:11,14 149:1
**Nick's (2)**
114:6 145:14
**Nickolay (20)**
7:6 16:22 17:9,10
28:13,20 39:15 40:5
40:6,12,20 41:25
42:19 43:21,22
46:21,24 152:10,24
154:5
**NICOLAY (2)**
1:8 6:8
**nine (1)**
96:12
**ninth (1)**
95:15
**noise (1)**
57:3
**nominated (1)**
21:11
**nomination (1)**
21:12
**nondisclosure (1)**
14:16
**Nonimmigrant (1)**
59:17
**normal (3)**
85:5 100:20 136:24
**Notary (1)**
160:25
**notes (1)**
145:20
**notice (1)**
90:6
**NovaTech (1)**
107:8
**November (6)**
5:5 29:2,2 84:7
147:23 148:1
**number (27)**
1:24 7:3 32:13 37:14
51:6,12,13 54:20,24
59:5 69:11 75:23
76:2,3,4 82:19 87:4
98:5 104:24 110:7
117:9,18 124:2,5

131:12 134:4,14
**Nygard (4)**
1:19 6:17 159:1,24

**O**

**o0o (9)**
1:3,13,15,18 2:13 5:8
6:3,13 158:13
**oath (2)**
7:21 8:2
**oaths (1)**
159:3
**objected (1)**
86:17
**objecting (2)**
45:9 61:8
**objection (75)**
8:4,21,22 9:3 10:13
10:20,25 11:5 12:2
14:14 15:14 17:22
18:13,20 20:18 26:5
29:14 30:17,23
31:13 33:14,22
36:21,22 38:23,24
40:8 47:12 60:23
65:8 67:14 71:6,21
77:15,15 78:4 79:11
79:13,16 81:8 85:2
85:3,9 90:1,2,5
95:12 101:22
107:10 110:16
113:22 114:5 115:4
115:6,6 121:24
123:20 126:3,4
127:7 128:19,19
132:12 136:4,14
138:23 139:12,16
148:13 149:19
152:17 155:11,12
155:20 157:19
**objections (15)**
11:10 20:9 22:22 23:6
24:7,25 36:1,6
45:20,21 65:18 66:8
82:9 86:2,6
**obtain (1)**
12:17
**obtained (3)**
117:17,23 135:23
**obviously (2)**
47:22 93:12
**occasions (1)**
126:9
**offended (1)**
158:3
**offense (1)**

13:24
**offer (1)**
157:14
**offerings (1)**
41:19
**office (32)**
42:25 43:4,8,9,10,16
43:20 44:17,20,22
44:25 45:3 46:9,12
46:15,17 50:16,19
56:6,11,12,17 60:12
80:11 83:6,7,18
92:17 102:22,24
103:2 111:18
**Officer (30)**
29:21 30:6,13,16,22
31:10,10 32:5,5,8
33:7,9,12,18 35:5,9
35:11 36:13,19 47:1
47:5 78:20 94:25
97:23,24 103:6
113:20,21 151:1,1
**offices (10)**
60:14 98:10,14,15,16
98:19 102:16,18,21
103:8
**officially (3)**
29:22,24,25
**Oh (21)**
23:22 39:2 40:25
44:16 59:22 61:10
63:13,15 72:15 74:7
76:1,15 101:20
111:11 118:2
134:17 135:4,5
141:4,24 144:11
**okay (116)**
7:20 8:20 9:5,13 12:9
13:11,25 14:5,6
22:8,20 23:23 24:24
26:4 27:4 28:8
30:14 34:17 36:8
37:19 43:15 44:6,6
44:10 47:18 50:21
51:6,21 52:2 53:6,7
53:13,17,18 57:7
59:20 61:8,12,15
62:4,18 65:23 66:4
68:17,19 74:17
76:10,15 79:15
81:25 83:24 86:25
88:21 89:2,2,10,11
89:12 91:21 93:14
93:17,22 94:4 100:4
102:1 103:4 104:18
109:25,25 110:6

114:8,18 116:22
118:5,12 119:6,18
119:18 120:20
123:1 124:18
126:20,25 128:4
131:11 133:25
134:5,19 135:1,6,7
137:4,15 138:1,4,11
140:2 143:14
145:19 146:22
147:7,15,18 148:5
148:25 149:9
150:21 151:5,21
153:9,22 155:5
156:24 157:4,8
158:5
**once (5)**
80:24 82:12 135:9
139:4 157:10
**open (1)**
113:13
**operate (2)**
55:15,17
**operations (1)**
46:18
**opinion (2)**
77:22 154:24
**order (3)**
37:17 61:10 85:14
157:6
**ordering (1)**
61:13
**org (3)**
118:14,16,20
**organizations (2)**
21:3 151:14
**original (1)**
159:13
**originally (1)**
11:21
**Owner (1)**
5:6

**P**

**P-a-r-a-g-o-n (1)**
130:8
**P.C (1)**
7:2
**p.m (9)**
6:15 51:19,20 93:15
93:16 101:4 147:13
147:14 158:12
**page (17)**
3:3 4:2 59:20 62:19
64:4 72:12 73:4,10
76:11 87:1,1 90:25

91:5 112:25 124:18
133:7,8
**paid (30)**
21:5,7 46:20,21,23
47:8 48:12,17,24,25
49:7 56:25 57:11,12
57:13,15 58:6 63:1
80:16,18,20,21
83:20,22 92:23
133:25 140:5,7
155:18 156:1
**Paragon (4)**
130:6,8,14,20
**paragraph (1)**
133:8
**paralegal (1)**
17:8
**part (6)**
39:11,25 91:14
115:18 149:3
152:13
**particular (1)**
137:2
**parting (1)**
152:16
**PARTNERS (2)**
1:9 6:9
**party (1)**
159:18
**pay (13)**
47:11 48:11,21 57:17
58:5,6,13,16,23
59:3 62:2 92:25
124:3
**paying (3)**
58:20 72:15 140:11
**payment (2)**
49:7 57:24
**pending (4)**
64:7 129:25 130:19
131:2
**people (26)**
21:2,24,25 42:19
43:24 44:2 52:3
55:3,8 68:4 78:11
98:3,5 106:17 113:2
113:12 115:9
116:21 121:14
128:13 142:7,10
143:8 144:1 145:7
151:13
**people's (10)**
30:13 31:10 32:5,8
47:5 78:20 97:24
106:14 113:20
151:1

**percent (3)**
81:4,18 157:17
**perform (1)**
151:10
**performed (1)**
124:3
**period (5)**
28:17,18 30:14 32:3
149:3
**periods (1)**
28:19
**perjury (1)**
8:7
**permanent (1)**
10:17
**permission (4)**
22:16,19 81:2 98:22
**permit (1)**
144:1
**person (9)**
55:20 75:19 88:15,16
104:16 106:23,25
116:12 119:19
**person's (1)**
85:12
**personal (18)**
29:8 85:5 104:6 114:1
114:3,6 148:9,11,17
149:10,12 151:2,7
151:17,18,23 152:4
152:8
**personally (8)**
6:18 47:2,6,14 56:1
57:15 62:7 85:19
**personnel (2)**
53:23 69:22
**persons (2)**
125:10 128:5
**perspective (1)**
91:6
**pertains (1)**
159:12
**Pg (1)**
160:5
**ph (1)**
88:17
**Ph.D (3)**
12:14,15,18
**phone (12)**
25:13,16 28:7 47:16
47:23 50:25 65:22
77:24 107:20 141:5
144:20 145:1
**physically (2)**
58:7 60:11
**Pirumova (67)**

1:17 2:8 4:3,7,16,18
4:20,22,23 6:20
7:15 9:8 12:6 13:10
13:17 14:2,24 16:5
16:6 18:4,21 20:12
20:22 32:1 33:5,16
34:21,25 36:12 37:5
37:13 42:3 45:25
48:7 51:25 54:25
62:10 64:7 71:24
72:12 73:5 78:19
80:5 82:15 86:20
90:19 91:23 94:14
96:22 97:18,21
102:15 105:23
108:14 115:13
127:23 133:5
137:10 139:18
140:4 143:12,24
145:4 149:22
150:21 157:20
158:16
**place (2)**
106:7 159:5
**placement (2)**
4:9 112:16
**places (1)**
56:4
**placing (1)**
123:2
**Plaintiffs (8)**
1:5 2:2 6:5,21 7:2,16
125:14 144:15
**play (2)**
50:3,6
**played (1)**
120:6
**please (127)**
8:5,23 9:2,9,12 11:16
12:7 13:4,22,22
14:6,13,15,18 15:16
15:17 16:6,25 17:3
18:1,2,22 22:6
26:18,19,25 29:15
31:7 34:23 37:5,8
37:15 40:19 43:18
47:15,25 50:5,24
54:11 59:1,5 61:2
61:21 62:6 65:13,24
66:6,10,15 69:2,11
69:13 71:7,10,16
72:15 74:18 77:16
77:18 78:2,3,6,14
79:14,18,18,19 80:2
83:16,25 86:4 87:19
90:12 95:17,18,19

95:24,25 96:6,7,9,9
96:16 97:5,8 98:22
99:20,22 100:2
101:17 102:3,5,5,5
102:11,11,19
104:19 108:4 110:7
111:2,3 112:5,10
114:10,22 116:23
118:6 120:20 122:1
122:2 123:21
128:23 131:13
132:2 134:9 135:9
136:7,17,24 140:6
143:4 147:15
148:21,23 152:18
152:21
**point (9)**
15:1 24:16,19 46:15
90:13 95:20 128:25
136:15 138:9
**position (7)**
18:11,14 21:19 30:1,2
120:9 135:18
**positions (4)**
28:20,21 29:12
113:20
**positivity (1)**
111:22
**possibility (1)**
15:22
**potential (1)**
41:16
**PPO (1)**
30:2
**prefer (2)**
93:18 156:25
**preferred (2)**
4:10 112:17
**premark (1)**
34:5
**premarked (2)**
34:4 37:14
**prepared (2)**
119:1 154:5
**present (8)**
16:7 33:23,23 34:18
60:11 110:25 126:1
126:8
**preserve (2)**
22:21 23:6
**preserved (3)**
23:6 82:9 115:7
**press (10)**
95:1,7 131:18 132:7
132:22 133:7
147:22 148:3,9

153:2
**presume (1)**
141:12
**prevent (1)**
8:17
**previous (2)**
45:7 81:17
**previously (16)**
32:16 37:20 59:8
69:15 76:8 84:2
87:20 89:1 104:25
110:8 114:11 117:2
118:7 120:22
131:14 147:17
**prior (2)**
10:2 159:6
**private (2)**
4:9 112:16
**privilege (1)**
138:24
**privy (1)**
14:17
**probably (2)**
29:2 40:17
**problem (2)**
101:21 157:8
**proceed (2)**
73:20 78:14
**proceedings (4)**
159:4,6,8,14
**produced (1)**
157:18
**Program (1)**
5:2
**project (4)**
18:5,8 21:17 124:24
**projects (9)**
5:4 128:16,21 129:11
129:12 130:11,25
131:6 133:9
**promise (2)**
51:1,17
**promised (1)**
158:1
**promises (1)**
27:14
**proper (5)**
31:19 140:15 141:22
142:8 145:8
**Protax (1)**
124:14
**provide (3)**
16:18 36:14 41:6
**provided (6)**
41:10 42:4 43:6 119:7
119:11 133:20

**providing (2)**
41:4 152:7
**Public (2)**
12:16 160:25
**pure (1)**
26:8
**purpose (2)**
109:16 120:3
**purposes (1)**
22:10
**pursuant (2)**
124:4 127:14
**put (4)**
36:15 38:6 40:11
128:22
**puts (1)**
77:6
**putting (4)**
81:22 85:12 103:20
119:2

---
**Q**
---
**qualified (4)**
54:16 70:5,22 72:2
**qualify (1)**
73:15
**question (77)**
8:21,22,25 9:3,6 12:6
13:21 14:19 15:20
26:20 27:1 31:19
32:1 43:18 46:7
47:19 48:9 50:5
54:3 59:1 61:8
62:17 64:7 65:1,13
66:11,14,15 67:3,5
67:7,18 68:23 69:4
71:24 74:1,14 80:5
81:11 85:5,20 90:21
94:4,6 103:23
104:17 112:3 114:5
121:25 122:1,5
126:6 127:12,17
128:3 132:2 134:16
135:8 136:7 137:2
139:14,17,20 140:6
141:9 142:9 143:19
143:21 151:5,6,22
151:25 152:22
153:20 154:7,12
155:1
**questioning (6)**
23:17 48:2,4 100:12
144:24 150:8
**questions (33)**
7:17 9:9 15:24 23:16
23:24 26:16 27:6

37:7 60:23 78:10,12
81:9 86:10,16 96:12
96:21,24 99:16,23
104:10 125:23
129:3 136:21,24
142:18 146:2,5
148:22 150:10
153:10,18 154:6
155:15
**quiet (3)**
57:6 97:4,10

---
**R**
---
**raised (2)**
112:21 142:9
**RAITSIN (2)**
1:9 6:9
**reaction (2)**
145:14,18
**read (23)**
9:19 12:22 15:17,19
15:23 17:16 26:22
31:16 38:22 79:15
86:11 88:9 96:25
100:13 110:25
113:13 122:2,4,8
134:12,13 141:12
160:5
**Reads (1)**
160:5
**ready (4)**
51:2,21,22,25
**reaffirm (1)**
36:9
**reality (1)**
151:2
**really (12)**
14:20 17:20 23:22
26:15 61:18 74:10
96:11 99:4 101:13
137:6 155:15 156:8
**reask (1)**
136:7
**reason (11)**
44:22 50:15 60:4
68:11 77:14,22 79:1
79:4 118:20 122:24
160:5
**reasonable (1)**
103:8
**reasons (1)**
140:11
**recall (17)**
39:21 44:8,11 58:20
60:20 109:16
117:19 119:11

123:9,19 124:14
135:22,25 136:2,3
137:10,16
**receipt (1)**
138:7
**receive (4)**
49:9,19 52:16 110:4
**received (6)**
52:17,21 53:4,9,11
118:3
**receives (1)**
133:14
**recess (3)**
51:19 93:15 147:13
**recharge (6)**
47:16,23 50:25 65:22
77:24 144:20
**recipient (1)**
69:25
**recognize (2)**
84:6 86:15
**recollection (4)**
42:10 76:19 113:3
123:6
**reconvene (3)**
47:16 145:21,24
**reconvening (1)**
146:12
**record (36)**
9:4 15:17 24:9,24
35:20 37:2 77:22
81:22,25 85:7 93:2
93:17 94:1,5 95:12
97:8 98:21 99:12,20
101:23 102:2,12
104:8 105:18 111:5
111:6,9,10,13,23
122:8 128:22 158:8
158:9 159:7,10
**refer (2)**
97:22,23
**reference (1)**
34:6
**referenced (1)**
115:21
**references (1)**
98:1
**referred (1)**
87:8
**referring (12)**
28:18 87:16 91:13,16
94:16 109:20,21
117:25 125:5
131:21 142:11
144:14
**refers (2)**

87:4 121:4
**refresh (3)**
42:10 76:19 113:3
**regard (1)**
142:17
**regarding (3)**
122:6 142:9 154:10
**registered (3)**
1:22 94:19 141:16
**Regus (1)**
6:16
**related (2)**
54:4 80:8
**relations (3)**
39:16,21 40:1
**relative (1)**
159:17
**release (6)**
131:18 132:7,22
133:7 147:22 148:4
**releases (4)**
95:1,7 148:9 153:2
**relevance (1)**
24:14
**relevant (2)**
24:20 82:2
**remaining (1)**
7:5
**remember (131)**
11:7 14:25 15:6,11,13
16:8 17:18 25:8,13
25:17,20 27:13,21
30:9,19,25 31:3,14
32:7 40:13 42:7,23
44:13 48:19,25 49:2
52:22 56:13 58:15
58:17,18,19 59:4
60:18,19 67:19
80:23 81:1 84:13
86:24 88:13,14,15
88:16 91:11 92:4,8
92:9,13,17 95:4,7
95:23 96:15 106:2
106:10,14,20,23
107:5,6,7 109:18
110:12 115:25
116:6,7,8,10,11,12
116:20 117:12,13
118:22 119:21,22
121:7,10,12,13,21
122:17,23 123:8,11
123:16,22,24
124:11,13,15,17
125:9,10,12,22
126:11,16 128:2,7
129:15,17 135:21

135:24 137:12,20
137:25 138:8,9,14
138:17 139:21,23
139:24,24 140:16
140:20,21 142:3,4,6
142:9,13 143:2
144:3,5,9,13 145:12
145:15
**REMEMBERED (1)**
6:14
**remind (2)**
88:17,22
**renting (1)**
103:1
**repeat (18)**
13:4 15:24 26:19,25
43:18 50:5 59:1
66:10,15 69:2,4
71:24 79:19 81:11
100:14 122:1 132:2
140:6
**repeated (2)**
86:10 127:17
**rephrase (4)**
92:15 154:12 155:21
155:24
**Reported (1)**
1:19
**Reporter (33)**
1:22 6:18 7:11 12:22
15:18,23 19:14,21
19:23 20:2,4,4 23:7
24:23 26:21 32:12
32:14 34:3 37:16
85:24 86:11 93:14
94:1 122:4 134:13
134:19 150:16
156:11,22 157:21
157:22 158:8 159:2
**represent (7)**
7:2,4,16 35:5,8 36:19
38:11
**representation (1)**
35:16
**representative (1)**
43:21
**representatives (10)**
41:16 43:15,19,25
58:13,21,24 59:3
140:5,8
**represented (6)**
30:5,8 31:9 32:4
35:11 70:21
**representing (4)**
7:7 30:21 32:7 33:12
**request (2)**

**requested (1)** 99:2 101:23
159:15
**reside (1)**
10:2
**resident (1)**
10:17
**residing (1)**
29:3
**resolution (2)**
67:21,24
**resolve (2)**
67:3,5
**respect (1)**
27:15
**respectfully (2)**
79:15 100:23
**respond (1)**
145:17
**response (3)**
70:3 73:19 137:20
**responsibilities (1)**
39:25
**responsibility (2)**
38:14,16
**rest (1)**
82:10
**resume (1)**
51:25
**resumed (3)**
51:20 93:16 147:14
**retained (1)**
135:25
**Returning (1)**
5:6
**review (6)**
32:19 62:13 89:7 95:6
117:4 159:14
**reviewed (1)**
157:15
**reviewing (1)**
95:7
**right (60)**
12:25 39:13 44:7,13
44:14 51:13 53:5,12
54:16,24 62:1,3,15
63:19 65:11 70:6
72:3 73:15 75:8
84:3 87:21 89:8,18
89:19 91:25 96:5
101:6 105:3 112:13
112:19 118:9 119:8
125:16 132:14,21
132:24 138:8
139:10,15 141:11
141:25 142:1

144:21 146:9,9
149:15 150:2 152:1
153:14,15,17,19,19
153:19 156:3,7,7,15
156:19,21
**rights (1)**
72:16
**role (11)**
50:3,6,10 54:6,9
56:13,14 95:1
113:18 114:3 116:9
**Roman (11)**
2:9 7:4 22:14 24:10
38:25 60:25 67:13
71:1 126:5 134:6
141:19
**row (1)**
96:13
**rules (3)**
61:15 101:6 127:15
**run (3)**
5:6 79:22 157:23
**Russia (1)**
129:14
**Russian (12)**
12:1,8 38:21,22 39:2
39:9,11 63:13 64:24
67:8 88:8 107:8
_____
**S**
**S (4)**
1:19 6:17 159:1,24
**S-h-c-h-e-t-i-n-i-n (1)**
59:23
**S-y-n-i-a-c-h-e-v-a (...**
55:21
**salaried (3)**
48:13,14 49:11
**salary (5)**
48:12 49:3,5,6,17
**sales (7)**
52:6 59:25 60:5,7
67:25 68:12,24
**San (22)**
6:16 9:23 10:2,5 17:4
29:4 43:7 46:10
56:6,10,12 60:11
79:8 83:7,18 91:1
116:14 120:1,2,12
120:14 128:6
**sanction (9)**
74:17 97:1,2,11 99:24
100:18 101:8,25
104:18
**sanctionable (2)**
65:17 104:17

**sanctioned (3)**
23:15 24:18 134:14
**sanctioning (5)**
45:10 62:1 68:19
79:25 158:4
**sanctions (16)**
23:21 36:6 62:3 71:9
74:10 77:21 82:5
85:15 86:8 99:8
111:24 125:1,11,15
125:18 128:1
**saw (4)**
27:17 78:19 125:14
135:19
**saying (8)**
15:11 45:9 74:8 82:3
84:21 85:11 102:2
117:23
**says (24)**
17:18 33:5,8 39:15
53:22 54:25 59:23
59:25 63:4,5,7,21
65:2 70:11 76:13
84:14 87:11 89:13
112:22 119:6 124:2
124:21 132:11
133:8
**schedule (1)**
157:10
**scheduled (1)**
101:3
**school (1)**
13:14
**screaming (7)**
36:25 37:1,3 107:18
107:19 136:17,18
**script (1)**
35:25
**scrolled (1)**
35:21
**search (3)**
134:19,23,25
**second (16)**
37:16 59:20 69:13
75:25 76:10 88:24
93:3,7,8 107:24
116:25 117:5
121:22 124:6
131:13 138:2
**see (102)**
13:5,9 32:17 33:1,6
34:25 35:21 38:6,8
39:1,4 42:12 44:8
49:6,23 53:22,25
54:18 55:22 60:22
62:19,23 63:3,8,15

64:22 65:3 67:11
69:19 70:8,10,13
72:4,6,7 73:7,12,19
73:24 76:13,16,17
76:22 77:4,12 82:22
83:9,11 84:16 85:19
86:25 87:2,6,13,24
89:5,16 90:11,21,23
90:24 91:3,4,8
103:13 105:5,10,16
106:18 108:16
112:20,24 113:2
114:23 115:8,16
117:6 119:9 121:2,5
123:4,5 124:5,7,9
125:2,3 131:16,18
133:5,7,12 134:14
138:4 143:16,18,22
145:17 147:24,25
150:19 154:21
**seeing (1)**
110:12
**seek (3)**
23:20 36:6 85:14
**seen (8)**
43:25 44:2,18 56:10
60:13 80:11 92:19
155:4
**self-employed (1)**
13:18
**self-employment (1)**
13:19
**send (4)**
87:12 113:12 153:12
157:25
**sending (3)**
116:16 117:11 135:19
**sense (1)**
11:12
**sent (6)**
25:12 38:3,21 84:9
88:1 115:13
**September (5)**
19:5,7 21:20 149:6
152:2
**Series (2)**
4:9 112:16
**seriously (1)**
65:25
**served (2)**
20:15 21:1
**services (6)**
41:4,6,10 72:15
133:15,20
**set (4)**
6:23 108:20 116:4

**setting (3)** 159:5
8:11 107:3 141:1
**settled (1)**
139:5
**seven (1)**
101:4
**share (2)**
156:14,23
**shareholders (1)**
124:22
**Shchetinin (14)**
59:23 60:2,5,20 62:10
62:21 64:15,21,24
65:5 66:19 68:6,9
68:23
**Shchetinin's (1)**
67:20
**She'll (1)**
71:11
**sheet (4)**
105:13 112:25 113:13
160:1
**short (4)**
77:24 98:22 99:11
101:18
**shorthand (3)**
6:17 159:1,8
**show (2)**
32:11,12
**showed (4)**
99:22 112:14 145:10
145:13
**showing (1)**
145:11
**side-by-side (1)**
147:16
**Sign (1)**
114:22
**signature (9)**
33:1,1 35:22 40:9
76:22 77:7 115:14
116:17 160:21
**signed (5)**
38:20 40:6 46:25 47:4
103:5
**simple (1)**
150:24
**sir (1)**
24:4
**sitting (2)**
43:13 102:23
**slightly (1)**
140:19
**Smirnov (8)**
106:17,20 107:1,7

108:19 113:4,10
115:1
**software (1)**
129:16
**solution (1)**
104:20
**somebody (3)**
90:8 126:2 142:12
**soon (2)**
101:7 104:21
**sorry (32)**
19:11 20:10 26:14,23
39:6,8 40:25 43:17
46:5,9 52:22 53:6
57:2 58:25 66:12
69:1 76:1 102:20
106:5 114:20
115:10,23 117:14
117:16 131:20
132:3 135:15 137:9
137:21 139:10
144:25 154:16
**Sounds (1)**
83:2
**sources (1)**
124:23
**SOUTHERN (2)**
1:2 6:2
**speak (8)**
28:7 38:22 39:9 49:22
61:9 65:21 93:24
139:22
**speaking (4)**
24:25 36:5 45:20
151:15
**speaks (1)**
110:18
**specific (2)**
28:25 56:14
**spelled (1)**
18:5
**spend (1)**
120:14
**spending (2)**
98:9,13
**spoke (9)**
25:4,13,15,19 80:12
134:15 139:8,18
155:15
**stamped (1)**
106:16
**stands (1)**
30:12
**start (5)**
20:12 28:23 29:6
30:21 158:6

**started (2)**
52:12 101:11
**starting (1)**
62:20
**starts (1)**
16:9
**startups (1)**
88:9
**state (19)**
6:18 9:3 17:4,21 18:9
20:7 24:6,7 71:18
71:21 78:4 79:16
97:8 102:3 111:20
111:23 127:6 155:8
159:2
**stated (9)**
17:23,23,24 108:2
111:20 122:3 153:2
153:23 155:12
**statement (2)**
75:7 102:16
**states (48)**
1:1 6:1 10:9,18 11:19
12:10 17:1 36:22
41:20,23 52:14
53:14 54:17 58:5,8
58:11 59:16 60:21
62:11 65:7 66:21
67:6 68:4 70:5,6,23
72:3 75:8 77:9 81:3
81:6,14,16 82:17
90:25 92:21 94:15
94:20 110:22,24
112:15 128:6
129:25 134:1,4
141:16 143:9 144:2
**status (4)**
44:3 75:11 128:12,13
**staying (1)**
57:5
**stays (1)**
139:12
**stock (2)**
4:10 112:17
**stop (67)**
12:3 15:20 17:17 19:3
34:18 36:5,25 45:2
45:10,20 61:5,5,17
62:1 65:11,15,18
68:19 70:24 71:2,10
71:19 72:25 73:1
74:7,12 78:2,3
79:11 81:10 84:21
84:24 89:18,18
94:12 95:8,14 96:1
96:2,3,3,5,18,25

99:22 100:6 103:11
107:17 123:20
126:18,19 127:15
130:16 134:5
136:17 143:3
148:11,13,17,19
150:5,6,9,10 152:18
158:4,6
**stopped (9)**
19:7 100:8 127:11
148:24 149:1,5
151:23 152:2,6
**stopping (1)**
97:6
**stops (9)**
65:11 84:21 110:21
148:14,14 150:2,3,7
150:8
**straight (1)**
143:17
**strategy (5)**
52:9 76:14 77:9 78:24
79:2
**Street (2)**
6:16 9:23
**Strike (1)**
39:6
**String (6)**
4:5,6,11,12,13,14
**subject (10)**
8:2 12:15 53:22 59:17
69:22 88:7 89:13
105:13 114:21
118:14
**submission (1)**
132:14
**submitted (1)**
132:21
**subscribed (2)**
159:20 160:22
**substance (1)**
138:20
**substantial (1)**
149:25
**substantive (2)**
138:6 152:6
**successful (1)**
124:24
**sudden (1)**
134:17
**suggested (5)**
70:12,16 73:21 74:2
75:3
**summer (3)**
109:4,10,12
**supervision (1)**

99:3
**supposed (2)**
55:4,5
**sure (50)**
25:6 32:9 33:20 40:17
41:8,18,24 42:2
43:24 44:3 46:11
48:14,23 49:24
55:10,11 56:19,21
60:16 63:18,22 64:3
68:25 69:7 76:21
80:9,14 81:4,18,21
82:2 86:22 91:12
92:6,8 108:22 110:1
113:8,11 118:23
120:8,10 122:7
123:12 130:12
133:1 140:24
147:11,20 156:4
**surprise (1)**
67:25
**suspect (1)**
57:4
**sworn (5)**
6:22 7:10,23 159:7
160:22
**Syniacheva (6)**
55:21,24 56:23,25
57:11 58:10
**Systems (1)**
16:10

---

**T**

**take (34)**
9:11,12 34:2 37:13
47:13,15,17 50:22
51:4 54:11 59:5
69:11 83:24 87:18
88:23 93:7,11
102:19 104:23
106:7 110:6 114:9
116:23 118:6,19
120:20 131:11
145:20 146:12,16
146:17,20 147:15
147:21
**taken (5)**
7:18 51:19 93:15
147:13 159:4
**talk (6)**
25:9,19,21 39:15,22
140:10
**talking (1)**
96:19
**tax (1)**
135:23

**taxes (2)**
49:16 133:25
**team (3)**
22:10,11 91:7
**technology (1)**
129:16
**tell (17)**
7:24 8:20 16:25 25:25
27:3,5,11,24 50:15
74:18 110:15 114:2
126:24 127:1,3
136:21 149:13
**telling (7)**
61:6 65:19,20 71:19
97:25 99:15 145:1
**term (3)**
105:13 112:25 113:13
**terminate (2)**
154:15,18
**terminated (4)**
136:3,12 154:22,25
**termination (4)**
123:10 137:11,13
154:10
**terms (5)**
4:9 103:2 112:16
152:13,13
**testified (3)**
31:9 92:13 151:2
**testify (7)**
37:6 61:1 89:23
100:17 104:17
127:5 136:15
**testifying (18)**
20:19 30:18,24 45:13
70:24 71:5 72:9
73:1 77:20 82:7
97:15 99:14 111:25
113:23 136:4 139:7
149:20 159:7
**testimony (21)**
7:7 31:13 34:22 47:8
78:1 82:5,15 92:2
99:13,17 100:20
103:20,22 108:5
113:25 122:21
126:16 139:1 144:8
145:5 159:10
**text (1)**
54:13
**texts (1)**
28:5
**thank (114)**
7:9 9:15,21 13:16
24:22 25:2 31:24
32:15 34:20,21,23

35:24 37:10,18
38:13 39:5 41:2
45:15,17,19 51:16
51:18 52:2 57:7,9
59:7 61:4,23,25
62:5,8 64:3,5,5,5
66:7,18 67:15 68:16
68:18,21 69:16
71:17 74:21,23,25
74:25 76:5,6 77:23
78:15,17 79:20 80:3
82:12 86:13,18
88:25 89:2 90:14,15
93:9,12,13 96:10
97:7,9 104:22 105:1
105:2,19 108:6
110:9 111:8,11
114:8,12 116:22,25
119:18 120:21
122:9 126:13
127:13,17,21 129:1
131:15 133:3 135:6
137:3 140:2 141:24
141:25 142:1
147:12 151:21
153:9,11,11 154:13
155:24 156:10
157:1,7,9,9,12,20
157:20,22,25 158:2
158:7
**thanking (1)**
74:25
**thereof (1)**
6:15
**thing (4)**
63:20 123:13 150:9
150:24
**things (7)**
22:11 39:17 61:11,14
100:12 135:22
141:2
**think (86)**
19:5 20:14,20,23
25:24 26:2 27:4
28:2 29:1 38:12
40:23,24 41:7,13,18
43:21 44:4,13 45:1
48:19,22,22,23
49:18 52:17,18 53:1
53:4 57:12 58:15
67:22 69:5,6 80:21
83:4,6 93:1 95:5
99:2 100:21,25
104:17 108:20
109:2,3,6,15 110:14
110:24 111:16,17

119:2,5,13,14,23,25
120:1,9,16 121:8,16
121:19,19 122:13
122:18,24 124:16
125:14,19,21
129:14 137:13
138:17,18 141:3,7
144:7 145:18,19
149:2,5 156:13,16
156:19,21
**thinking (1)**
109:3
**third (1)**
107:25
**thought (1)**
26:23
**threatened (2)**
95:21 99:8
**threatening (4)**
77:21 82:5 112:7,7
**threats (2)**
86:8 111:24
**three (5)**
20:15 101:10,11,13
116:21
**Thursday (2)**
1:14 6:14
**time (42)**
9:11 13:22 14:6 24:22
25:4,15 27:17 28:16
28:18,19 29:3 30:14
32:3 46:13 48:25
56:5,8 65:7 66:23
71:22 79:12 82:13
85:20 95:15,15,23
96:19 98:9 107:24
107:24 120:14
134:7,10 143:20
148:9,20 149:3
151:23 153:12
157:12 158:2 159:5
**time-to-time (1)**
60:12
**times (9)**
17:15 28:4 57:18
60:13 80:22,23,25
96:13 120:18
**tired (4)**
47:13,14 93:20
100:23
**title (4)**
29:20,23 149:17,18
**titles (1)**
29:18
**today (14)**
7:17,24 8:2,18 9:17

25:7,9,18 42:10
82:15 132:21 144:8
145:6,24
**told (8)**
25:23 27:23 36:7 46:2
46:6 78:11 100:10
137:18
**tomorrow (1)**
103:15
**top (3)**
91:5 112:15 133:8
**Total (1)**
128:19
**totally (1)**
104:7
**transcribed (1)**
159:9
**transcript (17)**
13:5,8 17:16 31:16
79:14 85:13 96:25
99:8 100:14 134:12
134:22 156:12,14
157:6 159:10,13,15
**transcripts (1)**
156:23
**translate (1)**
39:14
**translated (1)**
154:21
**translating (2)**
67:8 141:2
**translation (4)**
67:10,14 88:8 151:19
**translations (1)**
154:20
**travel (1)**
141:4
**true (1)**
159:10
**truly (2)**
47:23 157:12
**truth (1)**
7:24
**truthful (1)**
8:17
**truthfully (1)**
8:8
**try (1)**
105:20
**trying (14)**
14:20 24:1 31:23
45:14 46:16 72:18
81:20 91:15 99:17
104:16 143:6
144:23 150:4,24
**two (4)**

57:18 80:22,25
120:18
**two-page (1)**
59:10
**type (4)**
41:3,6 53:14 155:18
**types (1)**
41:7
**typical (1)**
8:1
**typically (2)**
49:11 125:23

_____

**U**

**U.S (5)**
10:11 73:16 124:25
125:11 128:1
**Uh-huh (13)**
14:3 39:13 54:14
59:24 69:14 71:25
77:11 78:22 82:20
88:3 89:6 114:24
124:20
**understand (37)**
7:20,23 8:9,14 9:8
24:11 31:5 32:1
49:4 53:13,16 54:3
61:19 71:2,4 75:10
85:10 89:21 99:9,18
101:12,20,21 103:3
104:3 108:3,9,10
112:2,3,7,9 126:6
150:4,24 155:6,8
**understanding (4)**
24:13 50:9 140:4,7
**Unintelligible (3)**
19:13 23:4 150:15
**United (39)**
1:1 6:1 10:8,17 11:18
12:10 17:1 41:20,23
52:14 53:14 54:16
58:5,8,11 60:21
62:11 65:7 66:20
68:4 70:6,23 72:3
75:8 81:3,6,14,16
82:17 92:21 94:15
94:20 128:6 129:25
134:1,4 141:16
143:9 144:1
**University (3)**
12:19 13:1 17:5
**upcoming (1)**
25:21
**use (3)**
28:5 31:20 110:2
**usually (1)**

87:12

_____

**V**

**vacated (2)**
44:23 46:16
**VENTURES (2)**
1:9 6:9
**verify (3)**
75:3,11,12
**versus (1)**
7:3
**VESTOR (2)**
1:9 6:9
**Victoria (64)**
1:17 2:8 4:3,7,16,18
4:20,22,23 6:20
12:24 14:15 22:7,23
23:2,10 26:17 33:5
54:25 61:3 63:7,21
66:5 71:13 74:18
78:8 79:19 82:8
84:14 86:15 90:12
93:19,23 94:4,6
95:17,24 96:7,16
102:2 103:12
104:10,12,19 111:2
112:10 123:21
128:23 129:5,7
134:9 135:9 136:6,9
137:5,8 146:5 147:9
148:21 152:21
154:1,1,3 158:2
**victoria@icobox.io ...**
36:15 38:3
**victoriacpo@icobo...**
38:7
**Viewed (1)**
114:21
**VIKTORIA (1)**
158:16
**VIP (1)**
89:13
**visa (2)**
53:15 59:17
**visit (1)**
120:4
**voir (6)**
98:23,25 99:11 100:5
100:24 101:18
**Vs (2)**
1:6 6:6

_____

**W**

**W-2 (2)**
49:9 54:25
**W-2s (1)**

70:5
**wait (11)**
9:2 89:17,17,17 97:19
97:19,19 121:22
143:3,3,3
**waiting (5)**
51:7 61:7 100:6
126:21,23
**waive (1)**
11:10
**waiver (1)**
11:13
**want (36)**
24:16 26:21 31:15
33:23 39:17 45:22
53:17 59:20 63:18
63:22 77:18 78:12
86:14 89:23 93:10
97:1 99:24 100:25
101:14,20 103:15
104:1 110:6 114:9
122:4,7 127:19
138:20 143:14
145:21,24 146:12
146:20 147:20
156:11,14
**wanted (7)**
39:22 50:21 64:3
104:14 111:18
132:7 133:1
**wanting (1)**
104:13
**wants (1)**
156:20
**warrants (2)**
4:10 112:17
**wary (1)**
14:15
**wasn't (6)**
123:13 130:3 139:10
139:13,13 145:16
**wasted (1)**
71:22
**way (10)**
11:11 15:24 23:12
35:20 79:23 103:25
104:1 123:21
143:20 157:11
**we'll (12)**
9:12 34:2 37:8 42:9
44:9 79:16 85:17
90:11 103:16 127:7
134:14 157:10
**we're (12)**
8:11 15:18 18:1 51:7
93:14 101:5,7

145:19 146:9,11
153:16 157:23
**we've (5)**
53:19 98:5 101:10
128:17 141:10
**website (4)**
33:21 34:12 36:16
77:6
**week (1)**
28:4
**welcome (1)**
142:2
**went (1)**
65:22
**whatsoever (3)**
24:14 104:6 157:19
**WHEREOF (1)**
159:19
**whichever (4)**
95:15 138:25 156:24
157:2
**Whiloe (1)**
5:4
**withdraw (1)**
111:24
**withhold (1)**
49:16
**witness (113)**
6:21 7:7,10 10:15,22
11:2,7 13:1,12,25
14:7,22 15:15 18:14
18:20,23 20:20 22:9
23:14,16,24,25
24:23 26:10,12,19
26:25 29:16 30:19
30:25 31:14,17
32:17 34:19 35:15
37:9,11,19 39:7,9
51:10 59:7 61:6
65:19,20,21 66:10
69:17 70:25 71:15
71:18,19 72:25 73:1
74:8 75:2 76:6
81:23,24 82:3,13
83:16 84:3 85:21
87:21 88:24 89:2
93:22 95:23 96:2,4
96:15,17 99:5
100:17 102:6 105:2
110:9 111:4,14,18
111:22,25 112:14
114:6,12 115:8
118:8 123:22,24
126:11 129:9
130:17 131:15
135:7,11,14 136:8

136:15,19,22
139:21 142:3
143:17 147:18
148:24 149:21,23
150:12 152:19,23
153:18 159:19
**witnesses (1)**
159:6
**wonderful (1)**
124:24
**word (7)**
13:4 31:5 35:16 75:13
119:3 134:20
154:22
**wording (1)**
42:23
**words (5)**
13:20 16:9 42:12
85:12 149:17
**work (60)**
12:9 15:9,9 16:12
17:8,10 22:10 28:14
42:25 44:17 46:20
46:21 52:3,14,23
53:3,9,13 54:8,16
56:16 57:25 58:1,11
60:6,8,9,21 62:11
65:6 66:20 70:6,22
72:3 73:15 75:8
80:8 81:3,6,14,16
82:17 92:20 95:8,9
97:3 100:3 107:23
120:11 123:14,18
124:3 128:5 136:20
137:1 144:1 149:7
149:25 152:6,11
**worked (19)**
17:5,9 21:2,24,25
28:13 41:25 43:3,10
43:16,19 46:13,25
75:21 76:20,23 95:9
133:21 143:9
**working (22)**
15:4,7 21:21 28:23
29:6 43:1,2 47:1,5
49:4 52:12 68:6,10
128:6 142:7 145:7
148:24 149:1,5
152:3,9,10
**worry (5)**
36:1,4,4 51:10 129:8
**wouldn't (1)**
144:6
**write (2)**
36:12 40:4
**writes (4)**

62:20 73:20 91:6
123:1
**wrong (2)**
35:13 132:17
**wrote (3)**
64:11,17 73:8
**www (2)**
34:12,13
**www.icobox.io (4)**
33:21 34:25 35:21
36:16

---

### X

**X (1)**
159:15

---

### Y

**Yana (5)**
82:21 83:1 92:10,16
92:20
**Yastremski (8)**
4:8,24 44:5,12 58:16
116:18 119:15,16
**yeah (65)**
15:3 16:11 21:4 22:5
25:14 36:7 40:24
41:1 43:25 44:13,18
44:19 46:4 51:15
52:22 56:19 59:4
60:22 64:2 72:22
76:21 77:1,3 80:14
80:22,23 88:21
91:12 92:6,8,9,17
92:19 106:15,23
107:6 109:6,7,15
113:10 116:21
119:5,14,15 120:1
121:18 122:16
123:24 124:9,13
128:10 129:17
130:4 138:5 140:24
141:3,7 142:10,15
143:2 144:4 145:12
148:2 149:5 151:13
**year (4)**
27:19 29:1 140:19
144:6
**yesterday (3)**
25:7,18 121:4
**Yoffe (1)**
124:16
**York (11)**
1:2 2:6,6,11,11 6:2
7:8,8 109:14,15
151:16

---

### Z

**Z-h-o-n-g-n-a-n (1)**
13:12
**Zhongnan (4)**
12:19,21 13:1,12
**Zibareff (4)**
108:23,25 109:2
115:1
**Zibarev (1)**
113:4

---

### 0

---

### 1

**1 (14)**
4:3 5:2 32:13,16 34:4
34:10,11 35:1 53:17
62:19 70:4 73:11
87:4 112:25
**1:00 (1)**
101:3
**1:15 (1)**
51:19
**1:18-cv-03421 (3)**
1:6 6:6 7:3
**1:25 (1)**
51:20
**10 (6)**
4:3,15 37:14,20,22
38:20
**10025 (1)**
2:6
**1003 (1)**
7:8
**10038 (1)**
2:11
**104 (1)**
4:8
**1099 (1)**
49:19
**1099s (1)**
70:4
**10th (1)**
73:7
**11 (7)**
1:14 4:17 6:14 120:20
120:22 124:8 138:1
**110 (1)**
4:10
**114 (1)**
4:20
**117 (1)**
4:22
**118 (1)**
4:24
**12 (3)**

4:19 114:9,11
**12:13 (1)**
6:15
**120 (1)**
4:18
**1280 (2)**
1:9 6:9
**131 (1)**
5:2
**13th (1)**
148:20
**14 (3)**
4:21 116:24 117:2
**147 (2)**
5:5,7
**15 (3)**
4:23 118:6,7
**153 (1)**
3:5
**159066 (1)**
1:24
**16 (8)**
5:1 52:19 53:5 131:12
  131:14,21,22,24
**17 (6)**
5:3 147:16,17,20
  153:2,3
**18 (6)**
5:6 131:21 147:16,17
  148:3 153:2
**1st (3)**
131:19 132:8,24

_____
**2**
**2 (13)**
4:5,15 59:6,8 62:14
  63:25 72:19,20
  90:25 91:5 102:19
  124:18 133:7
**2:22 (1)**
93:15
**2:36 (1)**
93:16
**2000 (2)**
52:18,18
**201 (1)**
6:16
**2010 (1)**
132:13
**2015 (2)**
10:6,10
**2016 (3)**
52:23 53:4,10
**2017 (7)**
28:24,25 29:7 31:2
  46:7 52:13 84:7

**2018 (25)**
4:3,7,15,17,19,21,23
  5:5 19:5,6 20:14
  21:20 44:21 46:8
  63:17 73:7 109:4,11
  120:25 140:17
  147:23 148:4 149:2
  149:6 153:5
**2019 (7)**
1:14 5:2 6:15 131:19
  132:8 159:21
  160:23
**20th (1)**
84:7
**21 (3)**
5:5 147:23 148:1
**22 (1)**
4:17
**22nd (1)**
120:25
**23 (3)**
4:7,19 159:21
**24 (1)**
4:23
**27 (2)**
148:1,4

_____
**3**
**3 (16)**
4:6 54:24 69:12,15
  72:12,18,21 73:4,10
  87:11 105:14,23
  112:21,21 124:2,5
**3:52 (1)**
147:13
**3:55 (1)**
147:14
**301 (1)**
9:23
**32 (1)**
4:4
**37 (1)**
4:16
**3H (1)**
9:23

_____
**4**
**4 (3)**
4:7 104:24,25
**4:10 (1)**
158:12
**4018 (2)**
1:20 159:24

_____
**5**
**5 (4)**

4:9 110:7,8 112:14
**59 (1)**
4:5

_____
**6**
**6 (3)**
4:11 87:18,20
**670 (2)**
133:10,14
**69 (1)**
4:6

_____
**7**
**7 (7)**
3:4 4:12 88:22,23
  89:1,5 91:5
**75 (2)**
2:10 7:7
**76 (1)**
4:14
**765 (1)**
2:5

_____
**8**
**8 (7)**
4:13,21 75:24 83:24
  84:2 87:1 112:17
**80 (1)**
133:9
**84 (1)**
4:13
**87 (1)**
4:11
**89 (1)**
4:12

_____
**9**
**9 (6)**
4:14 76:2,3,4,8 82:19
**915 (1)**
1:21
**94105 (1)**
9:24