# EXHIBIT M

**From:** Eugene Morozov me@morozov.me
**Subject:** Re: Реквизиты ICOBOX HUB INC
**Date:** 31 January 2018 at 14:00
**To:** Sergei Motov sm@icobox.io
**Cc:** Pavel Prigolovko p.prigolovko@scgi.ru, Alex Moskovski alex.moskovski@icobox.io, Nick Evdokimov neo@icobox.io

Сергей,

По вопросу договоров - предлагаю идти по пути наименьшего сопротивления, но в рамках закона.

С нашей стороны достаточно (на английском или на двух языках):

- инвойс с деталями выполненного задания ЛИБО договор на консультационные (переводческие и пр) услуги (скан достаточен)
- паспорта всех UBOs если юрлицо
- паспорта получателей если физлицо
- проверка контрагентов на санкции (сайт МинФина США)
- предупредить банк о входящих/исходящих суммах и основаниях платежа чтобы не зависли (и нужно иметь в запасе 2-3 дня на случай если какой-либо платеж тормознет compliance BofA).

Если с нашей стороны будет нужна печать, сообщите срочно, ее нужно заказать, т к в США практически не используется.

Thank you,

Eugene Morozov, CPA
CEO
ICOBOX HUB

MOB/TELEGRAM +1-703-203-8374
WHATSAPP +7-903-1301707
SKYPE E.MOROZOV

CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT: This transmission may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the format. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to

On 31 Jan 2018, at 11:05, Eugene Morozov <me@morozov.me> wrote:

Сергей,

Реквизиты счета:

Client name: ICOBOX HUB INC
Client Addres:s 906 Broadway San Francisco CA 94133
Bank name: Bank of America
Bank Address: 1455 Stockton St San Francisco, CA 94133
ACH Routing: 121000358
Client Account: 3250 2113 3424

Thank you,

Eugene Morozov, CPA
CEO
ICOBOX HUB

MOB/TELEGRAM +1-703-203-8374
WHATSAPP +7-903-1301707
SKYPE E.MOROZOV

CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT: This transmission may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the format. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to

On 31 Jan 2018, at 03:27, Sergei Motov <sm@icobox.io> wrote:

Евгений, также просьба предоставить реквизиты банковского счета компании, чтобы мы заранее смогли подготовить платеж вам.

Как вам будет удобнее получить деньги на счет и по какому договору?

Сергей

2018-01-31 14:24 GMT+03:00 Sergei Motov <sm@icobox.io>:
 Евгений, большое спасибо!

 Сейчас готовим документы, предоставим asap.

 Небольшой вопрос: на всех ли сотрудников необходимы договоры (т.к. с двумя сотрудниками у нас договоры, с остальными оплата шла по счетам)?

 Сергей

 2018-01-30 21:47 GMT+03:00 Eugene Morozov <me@morozov.me>:
  Коллеги,

  Мы готовы помочь со стороны ICOBOX HUB INC.

  Для этого необходимо:

  1. Сделать договора от имени

  ICOBOX HUB INC
  21515 Hawthorne Blvd Ste 450
  Torrance CA 90503

  To be signed by
  Eugene Morozov, CPA
  CEO

  2. Согласовать с Николаем Евдокимовым необходимую сумму в месяц и обеспечить ее наличие.

  3. Предоставить паспорта всех нанимаемых.

  4. Предоставить оргструктуру команды, которой мы будем платить.

  Thank you,

  Eugene Morozov, CPA
  CEO
  ICOBOX HUB

  MOB/TELEGRAM +1-703-203-8374
  WHATSAPP +7-903-1301707
  SKYPE E.MOROZOV

  CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT: This transmission may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not format. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipien

  On 30 Jan 2018, at 05:54, Sergei Motov <sm@icobox.io> wrote:

  Павел,

  договоры напрямую с физическими лицами, по банкам постараюсь уточнить сегодня вечером/завтра утром. Всего от 2 до 8 человек. Примерный шаблон договора в приложении.

  Суммы в среднем порядка 4000$ на договор. Период: самая идеальная для нас (к сожалению) ситуация - это до момент открытия нами счета, на текущий момент ждем ответа от двух банков (надеюсь, что окончательное

  Сергей

  2018-01-30 16:49 GMT+03:00 Pavel Prigolovko <p.prigolovko@scgi.ru>:
   Сергей,
   Договора будет с напрямую физическими лицами? В какие банки платить? Есть проект(ы) договора(ов)?
   В целом, о каких суммах и за какой период времени идет речь?

**PLAINTIFFS' EXHIBIT E-15**

> Всех благ,
>
> Павел

30.01.2018 16:40, Sergei Motov пишет:
> Коллеги, всем привет!
>
> Основания для платежа - договоры оказания услуг, самый удобный вариант и для наших сотрудников и для ICOBox Hub - это подписать договоры между ребятами и вашей компанией, если это возможно.
>
> Сергей
>
>> 2018-01-30 16:17 GMT+03:00 Alex Moskovski <alex.moskovski@icobox.io>:
>> Супер, спасибо.
>>
>> Сергей, утряси тогда пож-та все детали, чтобы заранее все было готово.
>>
>>> On 30 Jan 2018, at 16:16, Pavel Prigolovko <p.prigolovko@scgi.ru> wrote:
>>>
>>> Алексей,
>>>
>>> Я думаю технически это возможно. Подписантом по счету является Евгений.
>>>
>>> Еще будет вопросы по учету данных расходов и основаниям для платежа.
>>>
>>> Всех благ,
>>>
>>> Павел
>>>
>>>
>>> 30.01.2018 15:49, Alex Moskovski пишет:
>>>> Павел, Евгений, приветствую.
>>>>
>>>> У нас сейчас назрела очень сложная ситуация с оплатой счетов - есть ряд сотрудников, которым обязательно нужна оплата фиатом, а свой счет у нас отсутствует. Сложность еще в том, что дата оплаты - 5 фев
>>>>
>>>> Скажите, возможно ли провести оплату с вашего счета, если он уже открыт?
>>>>
>>>> Присоединяю к диалогу Сергея - нашего юриста.
>>>>
>>>> Спасибо!
>>>>
>>>> С уважением,
>>>> Алексей Московский
>>>> ICOBox CEO.
>>>
>>> --
>>> Sincerely,
>>>
>>> Pavel Prigolovko
>>> Managing Director
>>> Standard Capital Group Inc.
>>>
>>> tel + 7 495 974 23 97
>>> mob + 7 916 161 61 82
>>>
>>> This e-mail message (including any attachments) may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient. If you have erroneously received thi
>>>

--
Sincerely,

Pavel Prigolovko
Managing Director
Standard Capital Group Inc.

tel + 7 495 974 23 97
mob + 7 916 161 61 82

This e-mail message (including any attachments) may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient. If you have erroneously received this mess