**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| EUGENE MOROZOV and MEM CONSULTING INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. NO. 1:18-cv-03421 (GBD) (SLC) |
| | ) |
| | ) |
| ICOBOX HUB INC., ICOBOX, ALEX MOSKOVSKY, and NICKOLAY EVDOKIMOV, | ) |
| | ) |
| Defendants. | ) |
| | ) |

---

## DECLARATION OF DIMITRY JOFFE, ESQ.

I, Dimitry Joffe, Esq., a member of the New York State Bar, declare as follows:

1.      I am counsel to Plaintiffs in the above-captioned case, and I submit this declaration in support of Plaintiffs' motion for an order of examination and attachment.

2.      Attaches as Exhibit A hereto is a true and correct copy of a request by plaintiff Securities and Exchange Commission ("SEC") for entry of default against defendants ICOBOX and Nikolay Evdokimov in SEC v. ICOBOX and Evdokimov, 2:19-cv-08066 (C.D. Cal.) (the "SEC Action").

3.      Attaches as Exhibit B hereto is a true and correct copy of the default entered against ICOBOX and Nikolay Evdokimov in the SEC Action.

4.      Attached as Exhibit C hereto is a true and correct copy of the complaint in Anaykin et al. v. Evdokimov et al., No. 2:19-cv-08165-DSF-AFM (C.D. Cal. Sept. 20, 2019).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 5, 2019      Respectfully Submitted,

Dimitry Joffe
Joffe Law P.C.
765 Amsterdam Avenue, 2C
New York, NY  10025
Tel: (917) 929-1964
Email: dimitry@joffe.law
*Counsel to Plaintiffs*