# EXHIBIT A

AMY J. LONGO (Cal. Bar No. 198304)
Email: longoa@sec.gov
BRENT W. WILNER (Cal. Bar No. 230093)
Email: wilnerb@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ICOBOX and NIKOLAY EVDOKIMOV,<br><br>Defendants. | Case No. 2:19-cv-08066-DSF (Ex)<br><br>**REQUEST BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ICOBOX AND NIKOLAY EVDOKIMOV; DECLARATION OF AMY JANE LONGO**<br><br>Judge: Dale S. Fischer<br>Magistrate Judge: Charles F. Eick |

REQUEST FOR ENTRY OF DEFAULT      1

|   |   |
|---|---|
| 1 | **TO THE CLERK OF THE COURT AND TO DEFENDANTS:** |
| 2 | PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission |
| 3 | (the "SEC") hereby requests that the Clerk, pursuant to Rule 55(a) of the Federal |
| 4 | Rules of Civil Procedure, enter a default against Defendants ICOBox and Nikolay |
| 5 | Evdokimov for failure to answer, plead, or otherwise respond to the Complaint filed |
| 6 | in this action. |
| 7 | As set forth in the attached Declaration of Amy Jane Longo, on September 21, |
| 8 | 2019, the SEC caused Defendants ICOBox and Nikolay Evdokimov ("Evdokimov") |
| 9 | to be served with a copy of the Summons for each respective defendant and the |
| 10 | Complaint pursuant to Fed. R. Civ. P. Rules 4(e)(2)(B) and 4(h)(1)(B).  The SEC |
| 11 | personally delivered these documents at an address in Beverly Hills, California, |
| 12 | which serves as Evdokimov's residence and as an office for ICOBox, to Maria |
| 13 | Batura, who is Evdokimov's co-resident and wife, and apparently in charge of the |
| 14 | office.  (*See* Dkt. No. 9 [Declaration of Service]). |
| 15 | Defendants' ICOBox's and Evdokimov's answer or other response to the |
| 16 | Complaint was due pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i) on October 15, 2019. |
| 17 | No answer or other response has been filed or served by Defendants ICOBox |
| 18 | and Evdokimov. |

Dated:  October 21, 2019

*/s/ Amy J. Longo*
Amy J. Longo
Attorney for Plaintiff
Securities and Exchange Commission

REQUEST FOR ENTRY OF DEFAULT    2

# DECLARATION OF AMY JANE LONGO

I, Amy Jane Longo, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted to practice law by the State Bar of California and by this Court. I am currently the Regional Trial Counsel for Plaintiff Securities and Exchange Commission's ("SEC") Los Angeles Regional Office. I have personal knowledge of the matters set forth herein, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

2. Plaintiff SEC filed its Complaint on September 18, 2019 (Dkt. No. 1).

3. On September 21, 2019, the SEC caused Defendants ICOBox and Nikolay Evdokimov ("Evdokimov") to be served with a copy of the Summons for each respective defendant and the Complaint pursuant to Fed. R. Civ. P. Rules 4(e)(2)(B) and 4(h)(1)(B).

4. On that date, the SEC personally delivered these documents at an address in Beverly Hills, California, which serves as Evdokimov's residence and as an office for ICOBox, to Maria Batura, who is Evdokimov's co-resident and wife, and apparently in charge of the office.

5. To date, Defendants ICOBox and Evdokimov, have not answered or otherwise responded to the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of October 2019 in Los Angeles, California.

*/s/ Amy Jane Longo*
Amy Jane Longo

REQUEST FOR ENTRY OF DEFAULT      3