IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EUGENE MOROZOV and MEM CONSULTING INC.,

        Plaintiffs,

against

ICOBOX HUB INC., ICOBOX, ALEX MOSKOVSKY, and NICKOLAY EVDOKIMOV,

        Defendants.

CIVIL ACTION NO.: 18 Civ. 3421 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

With respect to Plaintiffs' motion for default judgment (ECF No. 72), which includes a request for attorneys' fees, Plaintiffs' counsel is directed to file invoices, redacted if necessary, for the work performed for Plaintiffs in this case by **Thursday, April 16, 2020**.

Dated:     New York, New York
            April 2, 2020

                              SO ORDERED

                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge