**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EUGENE MOROZOV and MEM
CONSULTING, INC.,

                Plaintiffs,                    18 **CIVIL** 3421 (GBD)(SLC)

      -against-                    **JUDGMENT**

ICOBOX HUB, INC., ICOBOX, ALEX
MOSKOVSKY and NICKOLAY EVDOKIMOV,
                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 18, 2020, Magistrate Judge Cave's Report is ADOPTED in its entirety. Final judgment is entered ordering Defendant Evdokimov to pay Plaintiffs (1) $354,500 in damages, (2) $63,810 in attorneys' fees, and (3) $6,815 in costs.

**Dated:**  New York, New York
          August 18, 2020

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                               **BY:**  *K. Mango*
                                                      **Deputy Clerk**